UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | Civil No. 3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | December 3, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

    The Defendant Quinnipiac University School of Law hereby respectfully requests an extension of time of sixty (60) days up to and including January 30, 2004 in which to file any and all dispositive motions in this case. The additional time is required in order to conform with the Case Management Plan set forth in the parties' October 2, 2002 "Report of Parties' Planning Meeting," which contemplated that dispositive motions would be filed forty-five (45) days after the close of discovery. The additional time is further required as a result of the upcoming holiday period and to accommodate Defense counsel's trial schedule. This is Defendant's first request for an extension of this deadline.

    Counsel for Defendant has contacted Plaintiff's counsel who agrees to the granting of this motion.

- 2 -

DEFENDANT
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW


By: *William J. Albinger*
Stephen B. Harris, ct13125
William J. Albinger, ct19861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of December, 2003, a copy of the foregoing has been mailed, postage prepaid, to the following:

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

*William J. Albinger*
William J. Albinger

\7377\201\437611.1