UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3 A 10: 30

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br>December 3, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendant Quinnipiac University School of Law hereby respectfully requests an extension of time of sixty (60) days up to and including January 30, 2004 in which to file any and all dispositive motions in this case. The additional time is required in order to conform with the Case Management Plan set forth in the parties' October 2, 2002 "Report of Parties' Planning Meeting," which contemplated that dispositive motions would be filed forty-five (45) days after the close of discovery. The additional time is further required as a result of the upcoming holiday period and to accommodate Defense counsel's trial schedule. This is Defendant's first request for an extension of this deadline.

Counsel for Defendant has contacted Plaintiff's counsel who agrees to the granting of this motion.

Extension GRANTED, absent objection. Dispositive motions, if any, shall be filed by January 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/4/03