

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br>January 12, 2004 |



## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendant Quinnipiac University School of Law hereby respectfully requests an extension of time of fourteen (14) days up to and including February 13, 2004 in which to file any and all dispositive motions in this case. The additional time is required in order to accommodate Defense counsel's trial schedule and to allow the parties to explore the possibility of settlement. This is Defendant's second request for an extension of this deadline.

Counsel for Defendant has contacted Plaintiff's counsel who agrees to the granting of this motion.

Extension GRANTED, absent objection, to and including February 13, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/13/04