UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | Civil No. 3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | February 13, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules, defendant Quinnipiac University School of Law ("QUSL" or "Law School") respectfully moves the Court to enter summary judgment in its favor with respect to Counts 1 through 5 of the First Amended Complaint dated July 24, 2002 ("Complaint"). In support of its motion, QUSL respectfully represents that there are no genuine issues as to any material fact with respect to the claims alleged in the Complaint and that it is entitled to judgment as a matter of law. In further support of its motion, QUSL submits herewith a Memorandum of Law and a Local Rule 56(a)1 Statement of undisputed facts.

**ORAL ARGUMENT REQUESTED**

- 2 -

WHEREFORE, QUSL respectfully moves the Court to enter summary judgment in its favor with respect to Counts 1 through 5 of the Complaint.

By:

DEFENDANT
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW

Stephen B. Harris, ct13125
William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of February, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Gregg D. Adler, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT  06105-2922

_____
Stephen B. Harris

\7377\201\446070.1