UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ : | | |
| CINDY SLANE, : | CIVIL ACTION NO. | |
|   Plaintiff, : | 3:02 CV 00821 (AWT) | |
| : | | |
| v. : | | |
| : | | |
| QUINNIPIAC UNIVERSITY : | | |
| SCHOOL OF LAW : | | |
|   Defendant. : | | |
| _____: | February 20, 2004 | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff in the above-captioned case requests an extension of time of 30 days, from March 5, 2004 to April 5, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the motion raises some different legal and factual issues, and because plaintiff's counsel has a number of deposition and arbitration commitments during the corse of the next several weeks that will make if impossible to prepare an appropriate response to the defendant's motion by March 5.

The defendant's counsel, Steve Harris, has been contacted and agrees to the granting of this extension. This is plaintiff's first request for an extension of time within which to file plaintiff's opposition to defendant's motion for summary judgment.

Wherefore, the plaintiff respectfully request that the Court grant this Motion for Extension of Time.

        THE PLAINTIFF,

By: _____
Gregg D. Adler ct05698
Ruth L. Pulda  ct05697
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing the Plaintiff's Motion for Extension of Time has been mailed first-class, postage pre-paid on this 20th day of February, 2004 to the following counsel of record:

Stephen B. Harris
John G. Zandy
William J. Albinger
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_____
Gregg D. Adler