UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 23 P 1: 27
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| CINDY SLANE,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>Defendant. | February 20, 2004 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff in the above-captioned case requests an extension of time of 30 days, from March 5, 2004 to April 5, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the motion raises some different legal and factual issues, and because plaintiff's counsel has a number of deposition and arbitration commitments during the corse of the next several weeks that will make if impossible to prepare an appropriate response to the defendant's motion by March 5.

The defendant's counsel, Steve Harris, has been contacted and agrees to the granting of this extension. This is plaintiff's first request for an extension of time within which to file plaintiff's opposition to defendant's motion for summary judgment.

Extension GRANTED, absent objection, to and including April 5, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   02/25/04