UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

```
-------------------------------x
CINDY SLANE,                   :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:02CV00821(AWT)
                               :
QUINNIPIAC UNIVERSITY          :
SCHOOL OF LAW,                 :
                               :
     Defendant.                :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

____ A ruling on the following motions, which are currently pending: _____ (orefm.)

_x__ A settlement conference (orefmisc./cnf)

____ Other: _____ (orefmisc./misc)

It is so ordered.

Dated this 26th day of February, 2004, at Hartford, Connecticut.

                                    _____
                                         Alvin W. Thompson
                                    United States District Judge