UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 26  P 2: 16

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | March 25, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of 11 days, from April 5, 2004 to April 16, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the plaintiff, who is a lawyer, was working closely with counsel in preparing the response to the defendant's motion but has been suddenly called out of state due to a death in her family. Professor Slane's family emergency will make it impossible for her to collaborate on the brief for an indefinite period of time, and this will make it impossible to prepare an appropriate response to the defendant's motion by April 5.

The defendant's counsel, Steve Harris, has been contacted and agrees to the granting of this extension. This is plaintiff's second request for an extension of time within which to file plaintiff's opposition to defendant's motion for summary judgment.

Wherefore, the plaintiff respectfully request that the Court grant this Motion for Extension of Time.

THE PLAINTIFF,

By: _____
Gregg D. Adler ct05698
Ruth L. Pulda ct05697
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing the Plaintiff's Motion for Extension of Time has been mailed first-class, postage pre-paid on this 25th day of March, 2004 to the following counsel of record:

Stephen B. Harris
John G. Zandy
William J. Albinger
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_____
Gregg D. Adler