

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>Defendant. | |
| | March 25, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of 11 days, from April 5, 2004 to April 16, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the plaintiff, who is a lawyer, was working closely with counsel in preparing the response to the defendant's motion but has been suddenly called out of state due to a death in her family. Professor Slane's family emergency will make it impossible for her to collaborate on the brief for an indefinite period of time, and this will make it impossible to prepare an appropriate response to the defendant's motion by April 5.

The defendant's counsel, Steve Harris, has been contacted and agrees to the granting of this extension. This is plaintiff's second request for an extension of time within which to file plaintiff's opposition to defendant's motion for summary judgment.

Extension GRANTED, absent objection, to and including April 16, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  03/31/04