UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>  Plaintiff, | )<br>)<br>)     Civil No. 3:02 CV 00821 (AWT)<br>) |
| v. | )<br>) |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>  Defendant. | )<br>)     February 13, 2004<br>)<br>) |

### DEFENDANT'S REQUEST FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Rules 15(a) and 16(b) of the Federal Rules of Civil Procedure, defendant Quinnipiac University School of Law ("QUSL" or "Law School") respectfully requests leave to amend its "Answer and Affirmative Defense to Plaintiff's First Amended Complaint" dated August 14, 2002 ("Answer") by substitution of the pleading attached hereto as Exhibit 1. By the requested amendment, QUSL seeks to include an affirmative defense to plaintiff's claims under the Equal Pay Act, 29 U.S.C. § 206(d)("EPA"), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991 ("Title VII") and Connecticut General Statute § 46a-60 *et seq.* to the effect that any disparity between the compensation provided to plaintiff and her male comparator is based upon factors other than sex. In support of its request, QUSL respectfully represents that: this is its first such request; justice requires that the Answer be amended; and good cause exists for the proposed amendment. In further support of its request, QUSL submits herewith a Memorandum of Law.

**ORAL ARGUMENT REQUESTED**

[Margin annotation, left side: GRANTED. The Clerk shall docket the attached Defendant's First Amended Answer and Affirmative Defenses to Plaintiff's First Amended Complaint. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 03/31/04]