UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    :
CINDY SLANE,                        :   CIVIL ACTION NO.
     Plaintiff,                     :   3:02 CV 00821 (AWT)
                                    :
v.                                  :
                                    :
QUINNIPIAC UNIVERSITY               :
SCHOOL OF LAW                       :
     Defendant.                     :
_____:   April 12, 2004

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of two weeks, from April 16, 2004 to April 30, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the plaintiff, who is a lawyer, is working closely with counsel in preparing the response to the defendant's motion, and, despite working diligently on the statement of facts since her return from the family emergency that was the basis of our last request for extension of time, Professor Slane's professional obligations and responsibilities to the defendant law school have made it impossible for her to compete this project.  Moreover, my own schedule this week, which includes two arbitration hearings and one CHRO fact-finding conference, will make it impossible for me to compete the argument section of the brief and to prepare the other papers necessary to respond to the defendant's motion by April 16.

This case is scheduled for a settlement conference before Magistrate Judge

- 2 -

Martinez on July 20, 2004, and this additional extension of time allow all filings with respect to the defendant's motion for summary judgment to be completed will in advance of that conference.

The defendant's counsel, Steve Harris, has been contacted and agrees to the granting of this extension. This is plaintiff's third request for an extension of time within which to file plaintiff's opposition to defendant's motion for summary judgment.

Wherefore, the plaintiff respectfully request that the Court grant this Motion for Extension of Time.

                THE PLAINTIFF,

By: _____
Gregg D. Adler ct05698
Ruth L. Pulda ct05697
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing the Plaintiff's Motion for Extension of Time has been mailed first-class, postage pre-paid on this 12th day of April, 2004 to the following counsel of record:

Stephen B. Harris
John G. Zandy
William J. Albinger
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

                                               _____
                                               Gregg D. Adler