UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
CINDY SLANE,                                :     CIVIL ACTION NO.
    Plaintiff,                           :     3:02 CV 00821 (AWT)
                                            :
v.                                          :
                                            :
QUINNIPIAC UNIVERSITY                       :
SCHOOL OF LAW                               :
    Defendant.                          :
_____:     April 30, 2004


**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED
THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Cindy Slane respectfully moves the Court for permission to file the attached Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment.

    The filing is four (4) pages longer than contemplated by the Local Rules. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis, at least one of which is a matter of first impression for this Court. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's claims and which therefore needed to be explicated in the plaintiff's opposition memorandum. The plaintiff made every effort to present a

complete, but concise opposition memorandum, within the stated page limit, but needed to exceed that limit by four (4) pages. Therefore the plaintiff seeks this Court's permission to exceed the page limit contained in D. Conn. L. Civ. Rule 9(a)(2).

WHEREFORE, plaintiff respectfully requests permission to exceed the page limit with respect to her Memorandum, submitted herewith.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF

By: _____
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Motion for Permission to Exceed The Page Limit for Plaintiff's Memorandum of Law In Opposition to Motion for Summary Judgment has been mailed first-class, postage pre-paid on this 30th day of April, 2004 to the following counsel of record:

Stephen B. Harris
John G. Zandy
William J. Albinger
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_____
Gregg D. Adler