UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

41

| | |
|---|---|
| CINDY SLANE,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>Defendant. | April 30, 2004 |

FILED
2004 APR 30 P 3: 26
U.S. DISTRICT COURT
HARTFORD, CT

2004 MAY -4 P 1:40

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/3/04

### PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Cindy Slane respectfully moves the Court for permission to file the attached Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment.

The filing is four (4) pages longer than contemplated by the Local Rules. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis, at least one of which is a matter of first impression for this Court. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's claims and which therefore needed to be explicated in the plaintiff's opposition memorandum. The plaintiff made every effort to present a