**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| _____ : | | |
| CINDY SLANE, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02 CV 00821 (AWT) |
| | : | |
| v. | : | |
| | : | |
| QUINNIPIAC UNIVERSITY | : | |
| SCHOOL OF LAW | : | |
|     Defendant. | : | |
| _____: | | April 30, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that plaintiff, Cindy Slane has manually filed the following documents:

Exhibits 2 - 10 to the Plaintiff's Local Rule 56(a)2 Statement In Support of Memorandum Opposing Summary Judgment and Attachments A - BB to Exhibit 1 of the Plaintiff's Local Rule 56(a)2 Statement In Support of Memorandum Opposing Summary Judgment.

These document have not been filed electronically because the documents cannot be converted to an electronic format. The documents have been manually served on all parties.

                        Respectfully submitted,

                        _____
                        Gregg D. Adler ct05698
                        Livingston, Adler, Pulda, Meiklejohn
                          & Kelly, P.C.
                        557 Prospect Avenue
                        Hartford, CT 06105-2922
                        Phone: (860) 233-9821
                        Fax: (860) 232-7818
                        gdadler@lapm.org

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Manual Filing has been mailed first-class, postage pre-paid on this 30th day of April, 2004 to the following counsel of record:

Stephen B. Harris
John G. Zandy
William J. Albinger
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

                                                _____
                                                Gregg D. Adler