UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,  :<br>    Plaintiff,  :<br>v.  :<br>  :<br>QUINNIPIAC UNIVERSITY  :<br>SCHOOL OF LAW  :<br>    Defendant.  :<br>_____: | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT)<br><br><br><br><br><br>April 29, 2004 |

## AFFIDAVIT OF CORINNE C. COLLINS

I, Corinne C. Collins, being duly sworn, hereby depose and say:

1. My name is Corinne C. Collins. I am over 18 years of age and I understand the meaning of an oath. My business address is 557 Prospect Avenue, Hartford, CT 06105.

2. I am employed by the law firm of Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. as a secretary/paralegal. I was originally hired as a legal secretary in 1989 and have performed paralegal work since December of 1998.

3. In my capacity as a paralegal, I have been responsible for assisting Gregg D. Adler and Ruth L. Pulda with discovery and document management in the case of Slane v. Quinnipiac University School of Law.

4. The document appended hereto as Attachment A is a summary I prepared based upon Law School faculty salary information provided by the defendant during discovery. The documents upon which I relied to prepare Attachment A

- 2 -

were provided by the defendant in July 2003, and were Bates Stamped as Def-0548-0654. To the extent that these documents did not make clear whether a particular faculty member was properly categorized as clinical, doctrinal or legal instructor, I relied upon other information provided during discovery and/or on information received from the plaintiff.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge and belief.

_____
Corinne C. Collins

Sworn and subscribed to before me on this 29th day of April, 2004.

_____
Commissioner of the Superior Court

## QUSL FACULTY SALARIES FOR 2000-2001

I. CLINICAL FACULTY

    **1** MALES     **110,130.** AVERAGE SALARY

    **3** FEMALES     **73,800.** AVERAGE SALARY

II. DOCTRINAL FACULTY

    **18** MALES     **108,253.** AVERAGE SALARY

    **8** FEMALES     **99,485.** AVERAGE SALARY

III. LEGAL SKILLS INSTRUCTORS

    **2** MALES     **49,863.** AVERAGE SALARY

    **6** FEMALES     **52,113.** AVERAGE SALARY