UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br>May 5, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully requests an extension of time of fourteen (14) days up to and including Friday, May 28, 2004 to file a reply brief to Plaintiff Cindy Slane's Memorandum of Law in Opposition to Motion for Summary Judgment. The additional time is required in order to allow QUSL and its attorneys time to review the voluminous documents filed by Plaintiff in response to QUSL's Motion for Summary Judgment and to formulate an appropriate response. These documents include Plaintiff's 44-page Memorandum of Law, 34-page Local Rule 56(a) Statement, and her 56-paragraph Affidavit, along with numerous exhibits. The additional time is further required in order to permit QUSL's Dean and Associate Dean sufficient time to participate in the formulation of an appropriate response to Plaintiff's written submission and to attend to their responsibilities associated with the upcoming conclusion of the academic semester. This is QUSL's first request for an extension of this deadline.

- 2 -

Counsel for QUSL has contacted Plaintiff's counsel who consents to the granting of this motion.

                    DEFENDANT
                    QUINNIPIAC UNIVERSITY
                    SCHOOL OF LAW

By: _/s/ William J. Albinger_
Stephen B. Harris, ct13125
William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of May, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

_____
William J. Albinger

\7377\201\464514.1