D 45

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY -6  A 10: 51
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | Civil No. 3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | May 5, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully requests an extension of time of fourteen (14) days up to and including Friday, May 28, 2004 to file a reply brief to Plaintiff Cindy Slane's Memorandum of Law in Opposition to Motion for Summary Judgment. The additional time is required in order to allow QUSL and its attorneys time to review the voluminous documents filed by Plaintiff in response to QUSL's Motion for Summary Judgment and to formulate an appropriate response. These documents include Plaintiff's 44-page Memorandum of Law, 34-page Local Rule 56(a) Statement, and her 56-paragraph Affidavit, along with numerous exhibits. The additional time is further required in order to permit QUSL's Dean and Associate Dean sufficient time to participate in the formulation of an appropriate response to Plaintiff's written submission and to attend to their responsibilities associated with the upcoming conclusion of the academic semester. This is QUSL's first request for an extension of this deadline. Extension GRANTED, without objection, to and including May 28, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   05/14/04