UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br><br><br>May 28, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully requests an extension of time of seven (7) days up to and including Friday, June 4, 2004 to file a reply brief to Plaintiff Cindy Slane's Memorandum of Law in Opposition to Motion for Summary Judgment. The additional time is required in order to permit QUSL's Dean and Associate Dean sufficient time to participate in the formulation of an appropriate response to Plaintiff's written submission. This is QUSL's second request for an extension of this deadline.

    Counsel for QUSL has contacted Plaintiff's counsel who consents to the granting of this motion.

- 2 -

                    DEFENDANT
                    QUINNIPIAC UNIVERSITY
                    SCHOOL OF LAW

By: _/s/ William J. Albinger_____
      Stephen B. Harris, ct13125
      William J. Albinger, ct19861
      Wiggin and Dana LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of May, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
William J. Albinger

\7377\201\469151.1