

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

47

FILED
2004 MAY 28 P 1:36
U.S. DISTRICT COURT
HARTFORD, CT.

| | )  | |
|---|---|---|
| CINDY SLANE, | ) | |
| Plaintiff, | ) | Civil No. 3:02 CV 00821 (AWT) |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY | ) | |
| SCHOOL OF LAW | ) | May 28, 2004 |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
IN FURTHER SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully requests an extension of time of seven (7) days up to and including Friday, June 4, 2004 to file a reply brief to Plaintiff Cindy Slane's Memorandum of Law in Opposition to Motion for Summary Judgment. The additional time is required in order to permit QUSL's Dean and Associate Dean sufficient time to participate in the formulation of an appropriate response to Plaintiff's written submission. This is QUSL's second request for an extension of this deadline.

Counsel for QUSL has contacted Plaintiff's counsel who consents to the granting of this motion.

FILED 2004 JUN -1 P 12:15 U.S. DISTRICT COURT HARTFORD CT.

Extension GRANTED, nunc pro tunc, to and including June 4, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  05/ /04