UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br>June 4, 2004 |

## DEFENDANT'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully moves the Court for permission to file the attached Reply to Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment. The attached reply brief exceeds the page limit contemplated by Local Rule 7(d) by four (4) pages. QUSL requires the additional pages in order to properly address the numerous factual contentions and legal arguments raised by Plaintiff in her opposition papers.

By way of background, QUSL moved for summary judgment on each of the five counts of plaintiff's First Amended Complaint. In support of its motion, QUSL filed a 35-page memorandum of law and a 54-paragraph statement in compliance with Local Rule 56(a)1. In response, Plaintiff filed a 44-page memorandum in opposition to QUSL's motion – which exceeded the page limit set forth in the Local Rules. In addition, she filed a 54-paragraph "Statement of Material Facts in Dispute," a 56-paragraph affidavit, and various exhibits. In her

opposition papers, Plaintiff recasts the nature of her gender discrimination claims and raises many factual issues which were not addressed by QUSL in its motion papers.

QUSL made every effort to address the relevant factual allegations and legal arguments made by Plaintiff in her opposition papers, within the page limit contemplated by the Local Rules, but needed to exceed the page limit by four (4) pages.

WHEREFORE, QUSL respectfully requests permission to exceed the page limit contained in Local Rule 7(d) with respect to its reply brief.

DEFENDANT
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW

By: _____
Stephen B. Harris, ct13125
William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of June, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

_____
William J. Albinger

\7377\201\470296.1