

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2004 APR 12 P 2: 53

| | |
|---|---|
| CINDY SLANE,<br>  Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>  Defendant. | April 12, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of two weeks, from April 16, 2004 to April 30, 2004, within which to file her opposition to defendant's motion for summary judgment.

This extension is necessary because the plaintiff, who is a lawyer, is working closely with counsel in preparing the response to the defendant's motion, and, despite working diligently on the statement of facts since her return from the family emergency that was the basis of our last request for extension of time, Professor Slane's professional obligations and responsibilities to the defendant law school have made it impossible for her to compete this project. Moreover, my own schedule this week, which includes two arbitration hearings and one CHRO fact-finding conference, will make it impossible for me to compete the argument section of the brief and to prepare the other papers necessary to respond to the defendant's motion by April 16.

Extension GRANTED, absent objection, to and including April 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  04/16/04

FILED 2004 APR 16 P 4: 11