UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | Civil No. 3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | June 4, 2004 |

### DEFENDANT'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Defendant Quinnipiac University School of Law ("QUSL") hereby respectfully moves the Court for permission to file the attached Reply to Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment. The attached reply brief exceeds the page limit contemplated by Local Rule 7(d) by four (4) pages. QUSL requires the additional pages in order to properly address the numerous factual contentions and legal arguments raised by Plaintiff in her opposition papers.

By way of background, QUSL moved for summary judgment on each of the five counts of plaintiff's First Amended Complaint. In support of its motion, QUSL filed a 35-page memorandum of law and a 54-paragraph statement in compliance with Local Rule 56(a)1. In response, Plaintiff filed a 44-page memorandum in opposition to QUSL's motion – which exceeded the page limit set forth in the Local Rules. In addition, she filed a 54-paragraph "Statement of Material Facts in Dispute," a 56-paragraph affidavit, and various exhibits. In her

GRANTED. The Clerk shall docket the attached reply. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 06/11/04