UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE, )<br>Plaintiff, ) | Civil No. 3:02 CV 00821 (AWT) |
| v. ) | |
| QUINNIPIAC UNIVERSITY )<br>SCHOOL OF LAW )<br>Defendant. ) | January 20, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendant will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

DEFENDANT
Quinnipiac University School of Law

By: _____
Stephen B. Harris (ct13125)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of January, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

> Gregg D. Adler, Esq.
> Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
> 557 Prospect Avenue
> Hartford, CT  06105-2922

and by certified mail, to the following:

> Brad Saxton, Esq.
> Quinnipiac University School of Law
> 275 Mount Carmel Avenue
> Hamden, CT 06518

_____
Stephen B. Harris

\7377\201\510542.1