UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2005 JAN 21 P 2: 25
U.S. DISTRICT COURT
HARTFORD, CT.

CINDY SLANE,
    Plaintiff,

v.

QUINNIPIAC UNIVERSITY
SCHOOL OF LAW
    Defendant.

Civil No. 3:02 CV 00821 (AWT)

January 20, 2005

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendant will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

FILED
2005 FEB -1 P 4: 35
U.S. DISTRICT COURT
HARTFORD, CT.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/1/05

By:

DEFENDANT
Quinnipiac University School of Law

_____
Stephen B. Harris (ct13125)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400