UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br><br>July 21, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendant will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

DEFENDANT
Quinnipiac University School of Law

By: _William J. Albinger_
William J. Albinger (ct19861)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Gregg D. Adler, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT  06105-2922

and by certified mail, to the following:

>Brad Saxton, Esq.
>Quinnipiac University School of Law
>275 Mount Carmel Avenue
>Hamden, CT 06518

_____
William J. Albinger

\7377\201\541211.1