UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE, | : |
|       Plaintiff, | : |
| v. | :   CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : |
|       Defendant. | :   JULY 25, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for the defendant, Quinnipiac University School of Law. This will certify that the undersigned is admitted to practice before this Court.

                                            Respectfully submitted,

                                            DEFENDANT,
                                            QUINNIPIAC UNIVERSITY
                                            SCHOOL OF LAW

                                            By: _____
                                            Lawrence Peikes (ct07913)
                                            lpeikes@wiggin.com
                                            Wiggin and Dana LLP
                                            Their Attorneys
                                            400 Atlantic Street
                                            P.O. Box 110325
                                            Stamford, CT  06911-0325
                                            (203) 363-7600
                                            (203) 363-7676 (Fax)

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

> Gregg D. Adler, Esq.
> Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
> 557 Prospect Avenue
> Hartford, CT  06105

_____
Lawrence Peikes

\7377\201\544862.1