UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2005 JUL 21 A 10: 10
U.S. DISTRICT COURT
HARTFORD, CT.



| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | Civil No. 3:02 CV 00821 (AWT)<br><br><br>July 21, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendant will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

FILED 2005 SEP -7 P 4: 40 DISTRICT COURT HARTFORD, CT

DEFENDANT
Quinnipiac University School of Law

By: _William J. Albinger_
William J. Albinger (ct19861)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400

**GRANTED.   It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/7/05