UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
CINDY SLANE,                   :
                               :
     Plaintiff,                :
                               :
v.                             :   Civ. No. 3:02CV00821(AWT)
                               :
QUINNIPIAC UNIVERSITY          :
SCHOOL OF LAW,                 :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

After oral argument yesterday, the Defendant's Motion for Summary Judgment (Doc. No. 28) was DENIED with respect to each of Counts I, II, III, IV, and V of the First Amended Complaint.

As was discussed during oral argument, the plaintiff is pursuing, pursuant to each of Count II (Title VII employment discrimination claim) and Count Four (CFEPA employment discrimination claim), two separate theories. The first theory is a claim of unequal pay for equal work. The second theory is a claim of sex-based wage discrimination even if no member of the opposite sex held an equal but higher-paying job. The motion for summary judgment is being denied without prejudice as to the second theory, and by no later than April 9, 2007, each party shall submit a trial brief addressing what was described during oral argument as the "adverse employment action/statute of

limitations issue," and either party wishing to do so may file an opposition and/or reply in accordance with the schedule for briefing provided for by the Local Rules.

It is so ordered.

Dated this 7th day of February 2007 at Hartford, Connecticut.

                                              /s/AWT
                                    Alvin W. Thompson
                           United States District Judge