# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CINDY SLANE,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | : | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW | : | |
| | : | Defendant.<br>April 9, 2007 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Do you know any of the lawyers or law firms involved in this case, or have you or any close friend or relative ever been a client of either of the law firms?

    a. If so, please explain the nature of the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against that lawyer's client.

2. Do you know the plaintiff in this case, Cindy Slane?

    a. If so, please explain how you know her and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against Ms. Slane.

3. Have you ever been employed by, had a business relationship with or been a student at the Quinnipiac University or Quinnipiac University School of Law or its predecessor, the University of Bridgeport School of Law?

    a. If so, please explain the nature of your relationship with the defendant and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against Quinnipiac University or the Law School.

4. Do you know any of the following individuals who may be called as witnesses or whose name may come up on this case:

| | |
|---|---|
| Carolyn Kaas | Toni Robinson |
| Leslie Book | Mary Ferrari |
| Neil Cogan | Alexander Scherr |
| David King | Kristen Bloom |
| Edward Kavanagh | Brad Saxton |
| Susan Storey | |

    a. If so, please explain the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively evaluate any testimony given by that person.

5. Are you, or any close relative or significant other a lawyer? If so:

    a. What type of law do you practice?

    b. Where?

    c. What law school did you attend and when?

    d. Did you participate in clinical or externship programs while in law school?

    e. Is there anything about your experience in law school or as a lawyer that wold cause you to have any predispositions about the issues involved in this case?

        (i) If so, please explain.

6. Have you or any close friend or relative ever been employed in the personnel, human resources, or labor relations field for a corporation, for a governmental agency or for a university?

    a. If so, please state when you or the close friend or relative held the position and describe the nature and duties of the position.

7. Have you or any close friend or relative ever been employed as a college or University Administrator or faculty member?

    a. If so, please state when you or the close friend or relative held the position, identify the institution at which you worked and describe the nature and duties of that position.

8. Have you or any close friend or relative ever been accused of discrimination or retaliation with respect to employment?

    a. If so, please describe the circumstances of such accusation.

9. Have you had any experience with lawyers, or any views of the legal profession generally, that might affect your ability to fairly evaluate the evidence in this case where most of the witnesses will be lawyers?

    a. If so, please explain.

10. Do you have any opinion about employees who bring lawsuits against their employers?

    a. If so, please describe those opinions.

11. Do you have any personal opinions or beliefs that would make it difficult for you to be objective in this type of case?

    a. If so, please explain.

12. Have you or any close friend or relative ever been involved in a lawsuit as a party, a witness or a juror?

    a. If you were a party, were you a plaintiff or a defendant? What type of case? What was the result?

    b. If you were a witness, what type of case? For which side did you testify? What was the result?

    c. If you were a juror, did the case go to a verdict? What type of case? What was the verdict?

13. Would you have any difficulty awarding the plaintiff damages for emotional distress if you were satisfied that she was entitled to them?

14. Would you have any difficulty awarding damages to punish an employer or deter future illegal conduct if you were satisfied that such an award should be made?

15. If you are currently employed, please state the position held, the name and location of the employer, and the length of your employment.

16. If you are not currently employed, please state the last position you held, the name and location of the employer, and the length of your employment.

17. If you have a spouse or partner who is currently employed, please state the position held, the name and location of the employer, and the length of his or her employment.

18. If you have a spouse or partner who is not currently employed, please state the last position he or she held, the name and location of the employer, and the length of his or her employment.

19. If you have a child or children who are currently employed, please state his, her or their position held, the name and location of the employer, and the length of employment.

20. If you have a child or children who are not currently employed, please state position held, the name and location of the employer, and the length of employment.

                                    RESPECTFULLY SUBMITTED,

                                    THE PLAINTIFF

By: _____
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821_____

# TAB B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CINDY SLANE, | : | |
| Plaintiff, | : | |
| v. | : | CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : | |
| Defendant. | : | APRIL 9, 2007 |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Trial Memorandum Order entered by the Court on February 7, 2007, defendant Quinnipiac University School of Law ("defendant" or "QUSL") respectfully requests that the following proposed voir dire questions be submitted to the jury panel in connection with the trial of the above-captioned case.

1. Describe your educational background starting with high school.

2. What is your current occupation? By whom are you employed? How long have you been employed in your current capacity? How long have you been employed by your current employer?

3. Do you have any responsibility for supervising or managing other employees? If so, how many employees do you manage or supervise? If not, have you ever had supervisory or managerial responsibilities? Please describe your management experience.

4. Do you have any responsibility for setting employees' salaries or deciding the amount of employees' raises or bonuses? If so, please describe your role in that process.

5. Have you received any legal education, such as a law degree, paralegal training or undergraduate coursework on the law?

6. Do you have any experience working in the field of law, or in the area of human resources or employee relations? If so, please describe your experience.

7. Do you have any experience working in the field of education or at a college or university? If so, please describe your experience.

8. Do you have any friends or family members who are employed as a teacher or professor? If so, please identify the nature of your relationship with this person and state where and in what capacity s/he is employed?

9. Have you or a member of your immediate family or a close friend ever been a party to a civil lawsuit? If so, were you or your family member a plaintiff or a defendant? How did the case turn out.

10. Have you or a member of your immediate family or a close friend ever been otherwise involved in a lawsuit, such as by serving as a witness or a juror? If so, please describe the circumstances.

11. Have you or any member of your immediate family or a close friend ever filed a formal complaint, lawsuit, charge or grievance against an employer? If so, please describe the nature of the complaint and the result.

12. Have you or any member of your immediate family or a close friend ever otherwise been involved in a legal dispute with an employer, either as a witness or a party? If so, please describe the circumstances.

13. Are you or any member of your immediate family in a union? If so, do you or your family member hold any union office? If not, have you or your family member ever held any union office? If so, when, what union, what position(s)?

14. Do you believe employers tend to treat their employees unfairly? If so, why do you believe that to be the case?

15. Do you believe women are generally paid less than men even when they are performing the same jobs?

16. Do you believe that male professors are generally paid more than female professors?

17. Do you believe as a general rule that employers have little or no compassion for the well being of their employees? Do you believe universities or colleges tend to treat their employees better, worse or about the same other employers?

18. Do you believe deans or other university administrators are generally untrustworthy?

19. Do you believe that you or any member of your immediate family or a close friend has been the victim of discrimination by an employer? If so, please describe the circumstances.

20. Have you or any member of your immediate family or a close friend ever had any particularly bad experiences with an employer? If so, please describe the circumstances.

21. Even if you believed that plaintiff had not proven her case, and therefore was not entitled to damages, would you be inclined to award her money anyway on the theory that the University can afford it?

22. What if you felt that the plaintiff was treated unfairly but failed to prove her claim under the law as described to you by the judge, would you think it was appropriate to award her damages even if she had no legal right to compensation?

23. Would you instinctively believe the testimony of an employee over the testimony of an employer?

24. Have you or any member of your immediate family or a close friend ever been accused of discriminating against an employee? If so, please describe the circumstances.

25 Have you or any member of your immediate family ever attended Quinnipiac University or Quinnipiac University School of Law, or had any business dealings with Quinnipiac? If so, please describe the experience.

26. Have you ever believed you were paid a lower salary than a co-worker performing the same basic job? If so, please describe the circumstances.

27. Do you believe that employees performing the same or similar duties at the some company should all be paid the same amount regardless of individual circumstances?

28. Would you be able to follow and apply the law as described to you by the judge even if you disagreed with the law or felt the legal standards were too demanding on a plaintiff?

29. Would you assume that if an employee went to the trouble and expense of filing a lawsuit against her employer, and seeing it trough to trial, that she must have a good case?

Respectfully submitted,

DEFENDANT
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW

By: /s/ Lawrence Peikes
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Meghan D. Burns (ct26267)
mburns@wiggin.com
Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911
(203) 363-7600
(203) 363-7676 (fax)

\7377\201\642035.1

5