# TAB C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CINDY SLANE,<br>  Plaintiff, | : <br> : <br> : | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | : <br> : | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW | : <br> : <br> : | Defendant.          :<br>April 9, 2007 |

## PLAINTIFF'S LIST OF EXHIBITS

Pursuant to the Trial Memorandum Order entered by the Court on February 7, 2007, plaintiff Cindy Slane ("plaintiff" or "Slane") respectfully submits the following list of exhibits in connection with the trial of the above-captioned case.

1. Plaintiff's resume used in hiring process (Bates nos. 000238-000292)

2. Memo re: Proposal for director of externships, 3/14/94 (Bates nos. 000013-000016)

3. Slane/QUSL contract letter, 7/26/94 (Bates no. DEF-0050)

4. QUSL Faculty Meeting Minutes excerpt, 11/2/94 (Bates no. DEF-0658)

5. QUSL Faculty Meeting Minutes excerpt, 12/9/94 (Bates no. DEF-0659)

6. ABA Site Inspection Report, 3/95 (Bates nos. 000018-000021)

7. Memo from Cogan to faculty, 9/19/96 (Bates no. DEF-025)

8. Memo from Slane to Curriculum & Studies Committee, 9/29/96 (Bates nos. 000047-000066)

9. QUSL Faculty Meeting minutes, 10/2/96 (Bates nos. 00001A-00002A)

10. ABA Standard 405(c). (Bates no. 000004)

11. Slane/QUSL contract letter, 5/19/95 (Bates no. DEF-0052)

12. Slane/QUSL contract letter, 5/3/96 (Bates no. DEF-0054)

13. Slane/QUSL contract letter, 9/11/97 (Bates no. DEF-0055)

14. Slane/QUSL contract letter, 8/18/98 (Bates no. DEF-0058)

15. Slane/QUSL contract letter, 5/23/90 (Bates no. DEF-0059)

16. Slane/QUSL contract letter, 6/7/2000 (Bates no. DEF-0061)

17. Slane/QUSL contract letter, 6/29/2001 (Bates no. DEF-0062)

18. Slane/QUSL contract letter, 6/27/2002 (Bates no. DEF-0064)

19. Slane/QUSL contract letter, 6/12/2003

20. Slane/QUSL contract letter, 6/10/2005

21. Slane/QUSL contract letter, 6/1/2006

22. Letter from Slane and Kaas to Cogan, 5/26/2000 (Bates nos. 000095-000098)

23. Email from Cogan to Slane and Kaas, 5/3/2000 (Bates nos. DEF-0001)

24. Memo from Kaas and Slane to Cogan, 6/2/2000 (Bates nos. DEF-0002-0005)

25. Memo from Cogan to Slane, 6/2/2000 (Bates nos. DEF-0006-0007)

26. Memo from Kaas and Slane to Cogan, 7/21/2000 (Bates no. 000350)

27. Emails between Kaas and Cogan, 6/12/2000-6/23/2000 (Bates no. 000100)

28. Email from Kaas to Cogan, 7/12/2000 (Bates no. 000328)

29. Letter from Slane to King, 10/24/2000 (Bates nos. DEF-0013-0024)

30. Email between King and Slane, 10/30/2000 (Bates no. 000228)

31. Email from Slane to King, 9/9/2000 (Bates no. 000229)

32. Leslie Book resume (Bates nos. 000318-000320)

33. Memo, Carson to DeAngelis, 8/4/97 (Bates no. DEF-0033)

34. Book/QUSL contract letter, 8/11/97 (Bates no. DEF-0045A)

35. Book/QUSL contract letter, 5/20/98 (Bates no. DEF-0046A)

36. Book/QUSL contract letter, 5/25/99 (Bates no. DEF-0047A)

37. Memo form Book to Cogan, 4/8/98 (Bates nos. 000127-000128)

38. Book Affidavit, 2/12/2002 (Bates nos. 000127-000128)

39. Letter from Cogan to Book, 6/12/98 (Bates no. DEF-0435)

40. QUSL Shared Goals for All in-House Clinics & Externship Programs, 3/15/2000 (Attachment O to Plaintiff's Affidavit)

41. Slane Professional Report, 1994-1995 (Bates nos. _____)

42. Slane Professional Report, 1995-1996 (Bates nos. _____)

43. Slane Professional Report, 1996-1997 (Bates nos. _____)

44. Slane Professional Report, 1997-1998 (Bates nos. _____)

45. Slane Professional Report, 1998-1999 (Bates nos. 000303-000317)

46. Slane Professional Report, 1999-2000 (Bates nos. _____)

47. Slane Professional Report, 2000-2001 (Bates nos. _____)

48. Slane Professional Report, 2001-2002 (Bates nos. DEF-0021-0032)

49. Slane Professional Report, 2002-2003 (Bates nos. _____)

50. Slane Professional Report, 2003-2005 (Bates nos. _____)

51. Slane Professional Report, 2005-2006 (Bates nos. _____)

52. Cogan remarks at Baldwin Reception, 10/1999 (Video cassette)

53. AALS Report on QUSL, 3/2005

54. ABA Report on QUSL, 3/2005

55. Tucker/QUSL contract letter, 4/15/94 (Bates nos. DEF-0517-0518)

56. Tucker/QUSL contract letter, 7/28/94 (Bates no. DEF-0516)

57. Tucker/QUSL contract letter, 12/16/94 (Bates no. DEF-0515)

58. Tucker/QUSL contract letter, 4/26/95 (Bates nos. DEF-0514)

59. Tucker 1994-1995 W-2 Forms (Bates nos. 000113-000114)

60. Cowan/QUSL contract letter, 6/30/95 (Bates no. DEF-0519)

61. O'Connor/QUSL contract letter, 8/7/2000 (Bates no. DEF-0441)

62. O'Connor/QUSL contract letter, 6/29/2001 (Bates no. 000198)

63. O'Connor/QUSL contract letter, 6/27/2002 (Bates no. 000199)

64. Feigenson/QUSL contract letter, 5/19/99 (Bates no. DEF-0779)

65. Spencer Wages Summary (Bates no. DEF-0639)

66. Dailey Wages Summary (Bates nos. DEF-0565-0566)

67. Dunlop Wages Summary (Bates nos. DEF-0568-0570)

68. Email from Slane to King, 12/11/2000 (Bate no. DEF-0020A)

69. Memo from Slane to King, 6/19/02 (Bates no. DEF-0034A-0038A)

70. Revised Draft Informal Opinion (Attachment AA to Plaintiff's Affidavit)

71. QUSL Faculty Handbook/Personnel Policies

72. Kaas Wages Summary (Bates no. DEF-0498)

73. Trowbridge Wages Summary (Bates no. DEF-0049)

74. QU Annual Report, 2005-2006

75. Email from Trowbridge to Clinical faculty members, 2/23/2004

    (Attachment Q to Plaintiff's Affidavit)


<u>Note</u> Additional documents regarding faculty salaries will be added after the defendant provides its supplemental responses to the plaintiff's discovery requests.


This list does not necessarily include exhibits that may be used by plaintiff for purposes of impeachment and/or rebuttal. Inclusion of any particular exhibit on this list is not intended to, and does not, operate as a waiver of the right to object to its admission into evidence. Plaintiff reserves the right to amend this exhibit list at any point up until the time of trial and to offer into evidence any document identified as an exhibit or prospective exhibit by defendant.

                                Respectfully submitted,
                                Plaintiff, Cindy Slane


                        By:     _____
                                Gregg D. Adler ct05698
                                Livingston, Adler, Pulda, Meiklejohn
                                  & Kelly, P.C.
                                557 Prospect Avenue
                                Hartford, CT 06105-2922
                                (860) 233-9821
                                (860) 232-7818 (fax)
gdadler@lapm.org

- 5 -

# TAB D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CINDY SLANE, | : | |
| Plaintiff, | : | |
| v. | : | CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : | |
| Defendant. | : | APRIL 9, 2007 |

## DEFENDANT'S LIST OF EXHIBITS

Pursuant to the Trial Memorandum Order entered by the Court on February 7, 2007, defendant Quinnipiac University School of Law ("defendant" or "QUSL") respectfully submits the following list of exhibits in connection with the trial of the above-captioned case.

1. Plaintiff's list of teaching responsibilities (Bates nos. 000217-000224)

2. Book's resume (Bates nos. 000318-000320)

3. Letter from plaintiff and Kaas to Cogan dated May 26, 2000 (Bates nos. 000095-000098)

4. Email message from Cogan to plaintiff and Kaas dated May 31, 2000 (Bates no. 000329)

5. Memorandum from plaintiff and Kaas to Cogan entitled "Draft Letter to Dean King and Provost John Bennett" dated June 2, 2000 (Bates nos. 000332-000335)

6. Email from Cogan to plaintiff dated June 2, 2000 (Bates nos. 000326-000327)

7. Emails between Cogan and Kaas dated June 22, 2000 (Bates no. 000100)

8. Email from Kaas to Cogan dated July 12, 2000 (Bates no. 000328)

9. Memo from plaintiff and Kaas to Cogan re: Letter to Dean King and Provost Bennett (Bates no. 000330)

10. Email from Kaas to Cogan dated July 21, 2000 (Bates no. 000347)

11. Letter from plaintiff to King dated October 24, 2000 (Bates nos. 000101-000112)

12. Affidavit of Book (Bates nos. 000127-000128)

13. Email from plaintiff to King dated December 11, 2000 (Bates no. 000344)

14. Plaintiff's Professional Report 2001 – 2002 (Bates nos. DEF-0021-0032)

15. Emails between plaintiff and King re: Sabbatical (Bates no. DEF-0033)

16. Memo from plaintiff to King re: Requested Report on Sabbatical dated in handwriting 6/19/02 (Bates nos. DEF-0034 – DEF-0038)

17. Plaintiff's Preliminary Damages Analysis (Bates no. 000170)

18. Plaintiff's Professional Report 1998-99 (Bates nos. 000303-000317)

19. Memo from Lahey to all full-time faculty dated January 6, 2003

20. Memorandum from Cogan to QUSL faculty dated September 19, 1996

21. Minutes of faculty meeting, dated October 2, 1996 (first page no visible Bates Stamp, second page Bates no. DEF-0663)

22. Letter from Bennett to Book dated August 11, 1997 (Bates no. DEF-0425)

23. Letter from Bennett to Book dated May 20, 1998 (Bates no. DEF-0426)

24. Memo from Cogan to Book dated June 5, 1998 (Bates no. DEF-0432)

25. Letter from Bennett to Book dated May 25, 1999 (Bates no. DEF-0427)

26. Memo from Cogan to Book dated May 14, 1999 (Bates no. DEF-0431)

27. Emails between plaintiff and King dated October 30, 2000 (Bates no. 000228)

28. Email from plaintiff to King dated November 9, 2000 (Bates no. 000229)

2

29. Letter from Kavanagh to plaintiff dated June 29, 2001 (contract for 2001 – 2002) (Bates no. 000165)

30. Letter from Kavanagh to plaintiff dated June 29, 2001 (contract for 2002 – 2003) (Bates no. 000163)

31. Email between plaintiff and King re: Summer Compensation (Bates nos. 000230-000231)

32. Memo from plaintiff to King dated May 6, 2002 (Bates nos. 000115-000116)

33. Letter from McCourt to plaintiff dated May 15, 2002 (Bates no. 000164)

34. Kaas' handwritten notes

35. Memo from Kaas to Cogan, Trowbridge and plaintiff dated June 26, 1998 (Bates nos. 000260-000262)

36. Letter from plaintiff to King dated February 18, 2001

37. Affidavit of Neil Cogan dated May 2, 2002 (Bates nos. DEF-0251-253)

38. Letter from John Bennett to plaintiff dated July 26, 1994 (Bates no. DEF-349)

39. QUSL Website re: Tax Clinic

40. Memorandum from Book to Cogan dated April 8, 1998

41. Email message from King to plaintiff dated February 14, 2001

42. Letter from Kavanagh to plaintiff dated June 29, 2001 (Bates no. 000165)

43. Letter from McCourt to plaintiff dated June 27, 2002 (Bates no. 000163)

44. Memorandum from plaintiff to Cogan dated October 2, 1996 (Bates nos. DEF-405-408

45. Memo from Cogan to plaintiff dated April 8, 1996 (Bates no. DEF-0053)

46. Letter from Cogan to Book dated July 8, 1997 (Bates no. DEF-0044A)

3

This list does not necessarily include exhibits that may be used by defendant for purposes of impeachment and/or rebuttal. Inclusion of any particular exhibit on this list is not intended to, and does not, operate as a waiver of the right to object to its admission into evidence. Defendant reserves the right to amend this exhibit list at any point up until the time of trial and to offer into evidence any document identified as an exhibit or prospective exhibit by plaintiff.

Respectfully submitted,

DEFENDANT,
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW

By: _____
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Meghan D. Burns (ct26267)
mburns@wiggin.com
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)