# EXHIBIT A



State of Connecticut
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
1057 Broad Street, Bridgeport, CT 06604   (203) 579-6246
www.state.ct.us/chro
TDD (203) 579-6246

October 29, 2001

<u>Certified Mail 7001 0320 0003 6672 6780</u>
Cindy R. Slane
85 Kellers Farm Rd
Easton, CT 06612

<u>Certified Mail 700 0320 0003 6672 6773</u>
Quinnipiac University
School of Law
David King
President
275 Mt. Carmel Avenue
Hamden, CT 06518

Notice of Fact Finding Subject To Mandatory Mediation and Penalty for Failure to Attend
CHRO No: <u>0130204 Cindy R. Slane v. Quinnipiac School of Law</u>
EEOC No: <u>16AA13036</u>

Dear Parties:

Notice is hereby given to the above-named parties that in accordance with Section 46a-54-69 of the Regulations of Connecticut State Agencies, the Commission has scheduled a fact finding conference for the purpose of:(a) finding facts pertinent to the issues raised in the complaint; and (b) promoting voluntary resolution of the complaint through settlement or other administrative processes.

The Fact Finding Conference has been scheduled to convene at 10:30 A.M. on the 7th day of December, 2001 in the Southwest Regional Office located at 1057 Broad Street, Bridgeport, CT.

Each party should present to the Commission all facts, testimonial, documentary or otherwise, of any type and/or of whatever source, deemed relevant by the party wishing to have the information considered by the investigator. In addition, the respondent is required to bring the following individuals: Edward Kavanaugh, Interim Vice President and David King, Interim Dean. Respondent is also requested to provide the last known mailing address and phone number for the former Dean, Neil Cogan.

FL301(2)

Issued 4/94
Revised 1/1/96



**CHRO**        *Safeguarding Civil Rights in Connecticut*
Affirmative Action/ Equal Opportunity Employer

The Comission will assist in obtaining the testimony of any person as a witness deemed by the Commission to have personal knowledge of the facts relevant to this investigation or compel the production of any documents deemed to be relevant by the Commission in the possession of the opposing party, provided that any such request(s) are made at least fifteen (15) working days prior to the date scheduled for the conference.

Notice is further given that each party has a right to be represented by Counsel of the party's choice. Either party electing to be represented by counsel shall notify the Commission of said election and the name of the attorney(s) at least twenty four (24) hours prior to the Conference.

Notice is further given that this process will be used in order to encourage the parties to settle the complaint pursuant to the Commission's predetermination conciliation process. _Therefore, this conference must be attended by individuals, whether complainant, respondent or their representatives, who have the authority to make and accept offer(s) settling the complaint._

**Further be advised that this fact finding conference is in furtherance of the Commission's Mandatory Mediation Predetermination Conciliation Process and as such the parties' participation is subject to the Commission's authority to dismiss the complainant's complaint or default the respondent if either of you fail to attend the conference, without good cause, upon receipt of this notice. See the enclosed notice of mandatory mediation, for a further explanation of the parties' rights, duties and responsibilities.**

Either party may raise any concerns pertinent to this complaint, with the HRO Investigator whose name appears below, between 8:30 a.m. and 4:30 p.m. Monday through Friday.

Sincerely,

Carolyn F. Anderson
Assistant Commission Counsel 1

CFA

Enclosure:   GENERAL NOTICE - FACT FINDING CONFERENCES
             WITNESS INTERVIEWS, CHRO Form 301

FL301(2)                                            Issued 4/94
                                                    Revised 1/1/96

```
pc:  Complainant's Attorney: n/a
     Respondent's Attorney:  John G. Zandy
```

Wiggin & Dana
Attorney John G. Zandy
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832



State of Connecticut
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
1057 Broad Street, Bridgeport, CT 06604  (203) 579-6246  Fax (203) 579-6950
www.state.ct.us/chro
TDD (203) 579-6246

<u>Certified Mail 7001 0320 0003 6672 6780</u>
Cindy R. Slane
85 Kellers Farm Rd
Easton, CT 06612

<u>Certified Mail 700 0320 0003 6672 6773</u>
Quinnipiac University
School of Law
David King
President
275 Mt. Carmel Avenue
Hamden, CT 06518

Notice of Mandatory Mediation and Penalty for Failure to Attend
CHRO No: <u>0130204 Cindy R. Slane v. Quinnipiac School of Law</u>
EEOC No: <u>16AA13036</u>

Dear Parties:

The parties to this complaint are hereby informed that the Commission has scheduled a Mandatory Mediation Conference for the purpose of attempting to resolve this complaint through means of compromise and settlement.

The Conference is scheduled to convene at 10:30 A.M. on the 7th day of December, 2001 in the Southwest Regional Office located at 1057 Broad Street, Bridgeport, CT.

### NOTICE OF DEFAULT AND/OR DISMISSAL OF COMPLAINT
### FOR FAILURE TO ATTEND CONFERENCE

Please take notice of the fact that pursuant to Section 46a-83(b) of the Connecticut General Statutes (formerly Public Act 94-238), the Commission has the authority to <u>**DISMISS THE COMPLAINT IF THE COMPLAINANT, AFTER NOTICE AND WITHOUT GOOD CAUSE, FAILS TO ATTEND THE CONFERENCE AND TO DEFAULT A RESPONDENT WHO, AFTER NOTICE AND WITHOUT GOOD CAUSE, FAILS TO ATTEND THE CONFERENCE**</u>.

Therefore, this conference can be rescheduled <u>**only**</u> if it is mutually agreed to by all parties. It is suggested that any attempt to reschedule the Conference be by way of a conference

FL409(1)                                                                Issued 2/95
                                                                        Revised 1/1/96



**CHRO**          *Safeguarding Civil Rights in Connecticut*

Affirmative Action/ Equal Opportunity Employer

call so all aspects of the rescheduling activities can be mutually agreed upon. The party desiring to reschedule the Conference is responsible for coordinating the conference call and/or confirming a new date within the time period specified above.

**UNTIL APPROVED, IN WRITING, BY THE COMMISSION, THE CONFERENCE HAS NOT BEEN RESCHEDULED AND AS SUCH, THE ABOVE DATE CONTROLS.**

If you have any concerns upon receipt of this letter and notice, please contact me between 8:30 a.m. and 4:30 p.m., Monday through Friday, in the Office of the Commission.

Sincerely,

Carolyn F. Anderson
Assistant Commission Counsel 1

pc:  Complainant's Attorney: n/a
     Respondent's Attorney: John G. Zandy, Esq.



State of Connecticut
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
1057 Broad Street, Bridgeport, CT 06604   (203) 579-6246
www.state.ct.us/chro
TDD (203) 579-6246

April 9, 2002

Cindy R. Slane
85 Kellers Farm Rd
Easton, CT 06612

Quinnipiac University
School of Law
David King
Interim Dean
275 Mt. Carmel Avenue
Hamden, CT 06518

Notice of Rescheduled Fact Finding Subject To Mandatory Mediation and Penalty for Failure to Attend
CHRO No: <u>0130204 Cindy R. Slane v. Quinnipiac School of Law</u>
EEOC No: <u>16AA13036</u>
Dear Parties:

The Fact Finding and Mandatory Conference that was previously scheduled to take place on February 14, 2002, at 10:30 A.M. has been rescheduled to take place on **April 18, 2002, at 10:30 A.M.** at the Southwest Regional Office located at 1057 Broad Street, Bridgeport, CT. Each party should present to the Commission all facts, testimonial, documentary or otherwise, of any type and/or of whatever source, deemed relevant by the party wishing to have the information considered by the investigator. The parties are reminded that the terms and conditions set forth in the original notice of Fact Finding and Mandatory Mediation dated October 29, 2001, are still in effect.

Either party may raise any concerns pertinent to this complaint, with the CHRO Investigator whose name appears below, between 8:30 a.m. and 4:30 p.m. Monday through Friday.

Sincerely,

Carolyn F. Anderson
Assistant Commission Counsel 1
CFA

FL301(2)

1

Issued 4/94
Revised 1/1/0?

**CHRO**   *Safeguarding Civil Rights in Connecticut*
Affirmative Action/ Equal Opportunity Employer

pc:  Complainant's Attorney: Ruth L. Pulda , Esq.
Respondent's Attorney: John G. Zandy, Esq.


Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
Attorney Ruth L. Pulda
557 Prospect Avenue
Hartford, CT 06105-2922

Wiggin & Dana
Attorney John G. Zandy
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832



State of Connecticut
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
1057 Broad Street, Bridgeport, CT 06604  (203) 579-6246
www.state.ct.us/chro
TDD (203) 579-6246

April 24, 2002

Cindy R. Slane
85 Kellers Farm Rd
Easton, CT 06612

Quinnipiac University
School of Law
David King
Interim Dean
275 Mt. Carmel Avenue
Hamden, CT 06518

Notice of Rescheduled Fact Finding Subject To Mandatory Mediation and Penalty for Failure to Attend
CHRO No: 0130204 Cindy R. Slane v. Quinnipiac School of Law
EEOC No: 16AA13036
Dear Parties:

The Fact Finding and Mandatory Conference that was previously scheduled to take place on February 14, 2002, at 10:30 A.M. has been rescheduled to take place on **May 8, 2002, at 10:30 A.M.** at the Southwest Regional Office located at 1057 Broad Street, Bridgeport, CT. Each party should present to the Commission all facts, testimonial, documentary or otherwise, of any type and/or of whatever source, deemed relevant by the party wishing to have the information considered by the investigator. The parties are reminded that the terms and conditions set forth in the original notice of Fact Finding and Mandatory Mediation dated October 29, 2001, are still in effect.

Either party may raise any concerns pertinent to this complaint, with the CHRO Investigator whose name appears below, between 8:30 a.m. and 4:30 p.m. Monday through Friday.

Sincerely,

Carolyn F. Anderson
Assistant Commission Counsel 1
CFA

FL301(2)

1

Issued 4/94
Revised



**CHRO**  *Safeguarding Civil Rights in Connecticut*
Affirmative Action/ Equal Opportunity Employer

pc: Complainant's Attorney: Ruth L. Pulda , Esq.
Respondent's Attorney: John G. Zandy, Esq.

Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
Attorney Ruth L. Pulda
557 Prospect Avenue
Hartford, CT 06105-2922

Wiggin & Dana
Attorney John G. Zandy
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832