# United States District Court

_____DISTRICT OF_____
CONNECTICUT

CINDY SLANE,

                                                      **APPEARANCE**
                              **CASE NUMBER: 3:02cv00821 (AWT)**

      Plaintiff

v.

QUINNIPIAC UNIVERSITY SCHOOL OF LAW,

      Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff, Cindy Slane.

| | |
|---|---|
| April 11, 2007 | *(signature)* |
| *Date* | Signature |
| | |
| ct07419 | Mary E. Kelly |
| *Connecticut Federal Bar Number* | *Print Name* |
| | |
| (860) 233-9821 | Livingston, Adler, Pulda, Meiklejohn |
| *Telephone Number* |   & Kelly, P.C. |
| | |
| (860) 232-7818 | 557 Prospect Avenue |
| *Fax Number* | *Address* |
| | |
| mekelly@lapm.org | Hartford, CT   06105-2922 |
| *E-mail Address* | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Mary E. Kelly ct07419
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org