UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT) |
| v. | |
| QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | April 23, 2007 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION IN LIMINE

The plaintiff in the above-captioned case requests an extension of time of 21 days from April 30, 2007 to May 21, 2007, within which to respond to defendant's motion in limine.

This extension is necessary due to the serious illness of an immediate family member of Attorney Mary E. Kelly, who is the attorney with primary responsibility for preparing the plaintiff's opposition memorandum. The additional time requested is therefore necessary in order for the plaintiff to fully and properly respond to the defendant's motion.

The defendant's counsel, Lawrence Peikes, has been contacted and agrees to the granting of this extension. This is plaintiff's first request for an extension within which to respond to the defendant's motion in limine.

Wherefore, the plaintiff respectfully request that the Court grant this Motion for Extension of Time.

                              THE PLAINTIFF,

By: _____
    Gregg D. Adler ct05698
    Mary E. Kelly ct07419
    Livingston, Adler, Pulda, Meiklejohn
      & Kelly, P.C.
    557 Prospect Avenue
    Hartford, CT 06105-2922
    (860) 233-9821

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, a copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Gregg D. Adler ct05698
Mary E. Kelly ct07419
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: gdadler@lapm.org
        mekelly@lapm.org