UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE, | : |
|     Plaintiff, | : |
| v. | :    CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : |
|     Defendant. | :    JUNE 7, 2007 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for the defendant, Quinnipiac University School of Law. This will certify that the undersigned is admitted to practice before this Court.

                                            Respectfully submitted,

                                            DEFENDANT,
                                            QUINNIPIAC UNIVERSITY
                                            SCHOOL OF LAW

By:    */s/ Meghan D. Burns*
             Meghan D. Burns (ct26267)
             mburns@wiggin.com
             Wiggin and Dana LLP
             Their Attorneys
             One Century Tower
             P.O. Box 1832
             New Haven, CT 06508-1832
             (203) 498-4400
             (203) 782-2889 (Fax)

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of June, 2007, a copy of the foregoing has been was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Gregg D. Adler, Esq.<br>
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.<br>
557 Prospect Avenue<br>
Hartford, CT 06105

/s/ *Meghan D. Burns*
Meghan D. Burns

\7377\201\655433.1