UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE,<br>    Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br>SCHOOL OF LAW<br>    Defendant. | CIVIL ACTION NO.<br>3:02 CV 00821 (AWT)<br><br><br><br><br><br>June 26, 2007 |

**PROPOSED SUPPLEMENTAL PRETRIAL ORDER**

In accordance with discussions held during the June 12, 2007 Status Conference regarding the continuance of the trial in this matter and the necessity of additional limited discovery, the Court hereby enters the following Order:

(1) Discovery is hereby re-opened limited to issues concerning the statute of limitations defenses which were raised for the first time in the Second Amended Answer dated June 8, 2007.

(2) By no later than August 31, 2007, each party shall file a trial brief addressing the statute of limitations issues in light of the Supreme Court's decision in <u>Ledbetter v. Goodyear Tire & Rubber Co., Inc.</u>, 127 S.Ct. 2162 (May 29, 2007), including the legal and factual basis for tolling any applicable statute of limitations.

(3) The parties shall submit proposed jury instructions within seven (7) days of the Court's ruling on the statute of limitations issues, which ruling is expected to be issued on or before October 1, 2007.

(4)   Jury selection will be held on October 12, 2007 and the trial will commence on October 15, 2007.

(5)   The defendant's Motion for Leave to File Second Amended Answer is granted by consent.

It is so ordered.

Dated this _____ day of June, 2007 at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge

**CERTIFICATE OF SERVICE**

   This is to certify that on June 26, 2007 a copy of the foregoing Proposed Supplemental Pretrial Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 /s/
               Gregg D. Adler ct05698
               Mary E. Kelly ct07419
               Livingston, Adler, Pulda, Meiklejohn
                & Kelly, P.C.
               557 Prospect Avenue
               Hartford, CT 06105-2922
               Phone: (860) 233-9821
               Fax: (860) 232-7818
               E-mail:  gdadler@lapm.org
                    mekelly@lapm.org