**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
CINDY SLANE,                   :
                               :
     Plaintiff,                :
                               :
v.                             :    Civ. No. 3:02CV00821(AWT)
                               :
QUINNIPIAC UNIVERSITY          :
SCHOOL OF LAW,                 :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**REVISED SCHEDULING ORDER**

In accordance with discussions held during the June 12, 2007 status conference regarding the continuance of the trial in this matter and the necessity of additional limited discovery, the Court hereby enters the following Order:

(1) Discovery is hereby re-opened limited to issues concerning the statute of limitations defenses which were raised for the first time in the Second Amended Answer dated June 8, 2007.

(2) By no later than August 31, 2007, each party shall file a trial brief addressing the statute of limitations issues in light of the Supreme Court's decision in Ledbetter v. Goodyear Tire & Rubber Co., Inc., 127 S.Ct. 2162 (May 29, 2007), including the legal and factual basis for tolling any applicable statute of

    limitations.

(3) The parties shall submit proposed jury instructions within seven (7) days of the Court's ruling on the statute of limitations issues, which ruling is expected to be issued on or before October 1, 2007.

(4) Jury selection will be held on October 12, 2007 and the trial will commence on October 15, 2007.

It is so ordered.

Dated this 27th day of June 2007 at Hartford, Connecticut.

                                        /s/AWT
                              Alvin W. Thompson
                     United States District Judge