UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE, | : |
|     Plaintiff, | : |
| v. | :   CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : |
|     Defendant. | :   JULY 26, 2007 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendant, Quinnipiac University School of Law, hereby respectfully moves that the Court grant a 25-day extension of time in which to serve defendant's response to Plaintiff's Second Set of Interrogatories and First Request for Production, up to and including August 21, 2007. There have been no prior motions for the requested relief. Plaintiff's counsel has indicated he has no objection to defendant receiving an extension of time. However, plaintiff's counsel did not indicate whether he has an objection to the length of the extension sought.

DEFENDANT,
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW

By: /s/ Meghan D. Burns
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Meghan D. Burns (ct26267)
mburns@wiggin.com
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of July, 2007, a copy of the foregoing has been was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Gregg D. Adler, Esq.<br>
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.<br>
557 Prospect Avenue<br>
Hartford, CT 06105

_____/s/ Meghan D. Burns_____
Meghan D. Burns

\7377\201\661727.1