UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CINDY SLANE, | : |
| Plaintiff, | : |
| v. | : CASE No. 3:02CV00821 (AWT) |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW, | : |
| Defendant. | : JULY 27, 2007 |

### DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendant, Quinnipiac University School of Law, hereby respectfully moves that the Court grant a 19-day extension of time in which to serve defendant's response to Plaintiff's Second Set of Interrogatories and First Request for Production, up to and including August 15, 2007.

Defendant filed a Motion for Extension of Time on July 26, 2007 requesting a 25-day extension up to and including August 21, 2007. See Document No. 85. Plaintiff's counsel contacted defendant's counsel this morning to object to the requested 25-day extension of time and counsel for both parties agreed to an extension of time to and including August 15, 2007. Defendant's counsel agreed to file an amended motion based upon that agreement. However, the Court granted defendants motion for the 25-day extension before defendant's counsel was able to file this amended motion. See Document No. 86. Thus, defendant respectfully requests that that extension of time granted by the Court be corrected to reflect an extension to and including August 15, 2007 in accordance with the parties' agreement.

Respectfully submitted,

DEFENDANT
QUINNIPIAC UNIVERSITY
SCHOOL OF LAW


By: ___/s/Meghan D. Burns___
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Meghan D. Burns (ct26267)
mburns@wiggin.com
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

2

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2007, a copy of the foregoing has been was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Gregg D. Adler, Esq.<br>
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.<br>
557 Prospect Avenue<br>
Hartford, CT 06105

_/s/ Meghan D. Burns_
Meghan D. Burns

\7377\201\662268.1