```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


------------------------------x
CINDY SLANE,                  |
          Plaintiff,          |   CIVIL ACTION NO.
                              |   3:02CV00821(AWT)
             vs.              |
                              |
QUINNIPIAC UNIVERSITY         |   June 12, 2007
SCHOOL OF LAW,                |
          Defendant.          |
------------------------------x


                    DEPOSITION OF BRAD SAXTON



     Taken before Kerry A. Angelo, LSR # 459, a Court
     Reporter and Notary Public within and for the
     State of Connecticut, pursuant to Notice and the
     Federal Rules of Civil Procedure, at Quinnipiac
     School of Law, 275 Mt. Carmel Avenue, Hamden,
     Connecticut 06518, on June 12, 2007, commencing
     at 10:09 a.m.









                      TYSZKA COURT REPORTING
                         189 Old Forge Road
                         West Hartford, CT
                           860.379.7955         COPY
```

```
 1    accurate or not.
 2            And I -- the past couple of years, actually, I
 3    don't think I've -- I may have gone -- I probably did
 4    consult with David in the few situations where I was really
 5    coming down on somebody with a very low raise to let him
 6    know why I was doing it and what I was thinking.
 7        Q    You don't normally share salary information with
 8    other faculty members, other than the individual involved,
 9    correct?
10        A    Correct.  I do, generally, give the faculty the
11    aggregated parameters, you know, Here's the kind of pool I
12    was looking at this year.  And I talk with them about how I
13    go about the process of making the decisions.
14        Q    But in that case, you're sort of evaluating their
15    individual performance in light of the raise pool you have
16    available so that you can articulate to them where they fit
17    in performancewise to the raise pool, correct?
18        A    Yes.
19        Q    But you're -- you don't tell a faculty member what
20    you're paying some other faculty member?
21        A    I do not.
22        Q    Are you aware of whether the University has any
23    practices or policies with respect to sharing salary
24    information?
25        A    In the institutional policies that we have that --
```

1  payroll information is one of the things that's described as
2  confidential information so, you know, it's in people's
3  faculty files.
4      But, you know, the University does have University
5  policies that sort of, you know, talk about the
6  confidentiality of personnel records, and that includes
7  payroll information.  But when I -- I guess my
8  interpretation of it is that the -- I'm sorry.
9      Q    Before we get to your interpretation -- I'll ask
10 you about your interpretation.
11     A    Okay.
12     Q    But let's -- I just want to follow up on -- so is
13 there -- are you -- is there something in writing that
14 indicates that faculty payroll information is confidential,
15 that you're aware of?
16     A    Yes.
17     Q    What document is that in?
18     A    It's in the University's institutional-wide
19 personnel policies.
20     Q    And that policy is followed by the law school as
21 part of the University?
22     A    Yes.
23     Q    Have you ever been -- withdraw that.
24          Is it your understanding that that policy was in
25 effect prior to you being here, or do you know?

1    A    I'm pretty confident that it's sort of a
2 long-standing institutional policy.
3    Q    You don't share salary information with anyone
4 other than -- I mean -- withdraw that. You have already
5 answered that.
6         Do you know -- are you aware of any policy or
7 practice with respect to faculty members sharing, with each
8 other, salary information?
9    A    Aware of a policy or a practice?
10   Q    Yeah.
11   A    Which one, policy or practice?
12   Q    Whether it's encouraged, discouraged, do you know
13 -- is there any --
14   A    I don't think there is a policy or practice. I
15 mean, I -- I think people are aware, you know, that -- that
16 the institutional policy is that payroll information is
17 confidential. That's sort of the institutional culture.
18        And I've heard -- a number of faculty members have
19 said to me in, you know, my meetings with them individually
20 or something, saying, I don't know what other people and I
21 don't care what other people make, or, I don't, you know,
22 want to know that.
23        So there's -- I think it's sort of the culture.
24 But I -- there's nothing that I'm aware of that would
25 suggest to any faculty member that they would be punished if

1   they shared their -- their faculty salary information with
2   another person or that they would be precluded from doing
3   that. I just --
4       Q   The culture, as I understand you articulated, is
5   that -- is that -- it is, from your perception, faculty
6   understands that they're not supposed to know what other
7   people are making?
8       A   I think -- I think they understand that it's not
9   public information; that, you know, that it is not something
10  that is broadly distributed publicly. But I would be
11  surprised if any faculty member would think that our
12  policies would preclude them from telling, you know, their
13  friend or another faculty member, Oh, here's what my salary
14  is.
15      Q   Are you aware of any practice of faculty members
16  sharing salary information with each other?
17      A   I don't really know.
18      Q   I mean, has anyone ever to come you in a salary
19  negotiation and said, Well, I know "X" person's making this,
20  how come you're not paying me that?
21      A   No. It's probably much more common that I've
22  heard people say, I don't know what other people are making
23  and I don't care what other people are making.
24          I have -- I have had some faculty members come to
25  me, voicing their suspicion, in general terms, that there's

1       I do remember Carry Cass has occasionally talked
2  with me -- and my sense is that, among the clinical folks,
3  that maybe there's more open discussion with each other
4  about sort of who's doing what or what's going on.
5       But I don't know that the -- I do know that Carry
6  has come to me, saying, I heard that so-and-so got summer
7  teaching money for this or I heard so-and-so was getting,
8  you know, money to write this or do that.  And that led me
9  to believe -- these -- these are relatively recent, you
10 know, couple years sorts of things, that, you know, there
11 was some discussion there.
12      I have had some other faculty members who -- and
13 these were -- there were really, you know, a couple of
14 people who have this perception of the star faculty members
15 making, you know, 50 to $60,000 more than anybody else
16 makes -- who have not said, I want to know how much somebody
17 makes, but have wanted to say, I -- you know, I heard that
18 there was people who got raises.  They were 15 percent
19 raises when you were doing this and I -- you know, I don't
20 know if that's true or not, but they were sort of asking for
21 information.
22      I've never had a faculty member, that I can
23 recall, saying, How much does so-and-so make.
24   Q    If somebody asked you what other faculty members
25 make, you would -- what would you do?

```
 1        A    I would say no. I would say you're -- you know,
 2   you're free to ask so-and-so if they want to tell you. But
 3   I view that as confidential information, and our policies
 4   make it confidential information; that we don't publish
 5   individual faculty's salary information.
 6        Q    So you wouldn't communicate it to a person?
 7        A    No.
 8        Q    Because you have to abide by the institutional
 9   policy?
10        A    Right.
11        Q    Again, I know you weren't the dean when 99 percent
12   of the things that happened in this lawsuit happened, but I
13   just want to get some process issues straightened out.
14        A    Okay.
15        Q    Could you -- as I understand the process -- and I
16   want you articulate it for me -- that when you get ready to
17   set existing faculty salaries for the upcoming year --
18        A    Okay.
19        Q    -- you're given, from probably the provost, a
20   raise pool?
21        A    Right.
22        Q    A percentage raise pool?
23        A    Right.
24        Q    Could you just explain what that is and what you
25   do with it?
```