# QUINNIPIAC UNIVERSITY

# Manual of Institutional, Academic and Personnel Policies

The Quinnipiac Commitment:
- high-quality academic programs
- student-oriented environment
- sense of community

DEF-0865

# INTRODUCTION

It is important to recognize that the policies contained in the Quinnipiac University Manual of Institutional, Academic and Personnel Policies are official policies to which the University is committed in its dealings with faculty, staff, and students, independent of any other documents, contractual obligations or laws. Any changes in these policies would require formal action by, and approval of, the full Board of Trustees.

The Quinnipiac University Manual of Institutional, Academic and Personnel Policies was reviewed in draft form during the 1995-96 academic year by the University's Planning Council consisting of the President's Cabinet, the Deans and the Chair and Vice-Chair of the Faculty Senate, as well as by the Academic Affairs Committee of the Board of Trustees. The draft document was also reviewed by a committee of, and the full, Faculty Senate. The first final draft of this Manual was subsequently approved by the Faculty Senate, the President's Cabinet and by the full Board of Trustees at its meeting on May 14, 1996. This most recently updated edition of the Manual was approved by the full Board of Trustees at its meeting on September 28, 2004.

The Quinnipiac University institutional, academic and personnel policies set forth in this manual, as well as all University policies, must conform to all applicable local, state, and federal laws and negotiated agreements with bargaining units. Such laws and agreements will take precedence over University policies in case of conflict.

This compilation of major University policies may not include all policies, practices and procedures of the institution. Other University policies may be found in the University Catalog, the Student Handbook, Quinnipiac University Law School Policies, and other University publications.

DEF-0866

The University has a willingness to discuss special packages for special needs beyond this minimum guaranteed benefit -- for faculty and staff.

### D. INSTITUTIONAL RECORDS

Institutional records are solely the property of Quinnipiac University and are maintained and kept confidential in accordance with applicable federal and state law. Institutional records include all written information pertaining to personnel, payroll, registrar, admissions, financial aid, development, medical records, security reports, financial data and other information of a confidential nature concerning faculty, staff, and students.

### E. PERSONNEL FILES--Staff

Employee personnel and medical files are solely the property of Quinnipiac University and are maintained and kept confidential in accordance with applicable federal and state law. Personnel records are kept in the Human Resources Department and medical records are kept in the Health Center. Information contained in personnel and medical records is released only in accordance with applicable law. It is the responsibility of the employee to notify Human Resources of any changes in home address, telephone number, number of dependents, group life beneficiary designation, education, etc.

### F. DOMESTIC PARTNER BENEFITS

Same-sex domestic partners of Quinnipiac faculty (law and non-law) and staff, who demonstrate that they are in a verifiable committed relationship are eligible for health, dental, and educational benefits. Registered domestic partners and qualified children of domestic partners must meet the following criteria:

Eligibility Requirements for Domestic Partners

   I. Domestic Partner eligibility between two persons of the same-sex exists when all the requirements identified in i, ii, and iii below are satisfied:

   i. Domestic Partners must meet <u>all</u> of the criteria below:
   1. Each party is at least twenty-one years of age or older.
   2. Domestic partners have agreed to be jointly responsible for basic living expenses incurred during the domestic partnership. Basic living expenses are defined as the cost of basic food, shelter and any other expenses of the common household.
   3. Partners have an intimate, committed relationship of mutual caring which has existed for at least 12 months and intend to remain in such relationship for an indefinite period.
   4. Partners share the same regular and permanent residence for at least 12 months prior to applying for domestic partner coverage.

# QUINNIPIAC UNIVERSITY

# Manual of Institutional, Academic and Personnel Policies

The Quinnipiac Commitment:
- high-quality academic programs
- student-oriented environment
- sense of community

DEF-0868

# INTRODUCTION

It is important to recognize that the policies contained in the Quinnipiac University Manual of Institutional, Academic and Personnel Policies are official policies to which the University is committed in its dealings with faculty, staff, and students, independent of any other documents, contractual obligations or laws. Any changes in these policies would require formal action by, and approval of, the full Board of Trustees.

The Quinnipiac University Manual of Institutional, Academic and Personnel Policies was reviewed in draft form during the 1995-96 academic year by the University's Planning Council consisting of the President's Cabinet, the Deans and the Chair and Vice-Chair of the Faculty Senate, as well as by the Academic Affairs Committee of the Board of Trustees. The draft document was also reviewed by a committee of, and the full, Faculty Senate. The first final draft of this Manual was subsequently approved by the Faculty Senate, the President's Cabinet and by the full Board of Trustees at its meeting on May 14, 1996. This most recently updated edition of the Manual was approved by the full Board of Trustees at its meeting on September 28, 2004; and on February 28, 2006, the Quinnipiac University Board of Trustees reasserted its support for all of the policies contained in the Manual of Institutional, Academic and Personnel Policies, in particular those relating to the faculty such as academic freedom, rank and tenure, and salary and benefits. The Board of Trustees also reaffirmed its support for all other long-standing University policies concerning faculty rights and privileges, governance responsibilities and welfare and benefits.

The Quinnipiac University institutional, academic and personnel policies set forth in this manual, as well as all University policies, must conform to all applicable local, state, and federal laws and negotiated agreements with bargaining units. Such laws and agreements will take precedence over University policies in case of conflict.

This compilation of major University policies may not include all policies, practices and procedures of the institution. Other University policies may be found in the University Catalog, the Student Handbook, Quinnipiac University Law School Policies, and other University publications.

### D. INSTITUTIONAL RECORDS

Institutional records are solely the property of Quinnipiac University and are maintained and kept confidential in accordance with applicable federal and state law. Institutional records include all written information pertaining to personnel, payroll, registrar, admissions, financial aid, development, medical records, security reports, financial data and other information of a confidential nature concerning faculty, staff, and students.

### E. PERSONNEL FILES--Staff

Employee personnel and medical files are solely the property of Quinnipiac University and are maintained and kept confidential in accordance with applicable federal and state law. Personnel records are kept in the Human Resources Department and medical records are kept in the Health Center. Information contained in personnel and medical records is released only in accordance with applicable law. It is the responsibility of the employee to notify Human Resources of any changes in home address, telephone number, number of dependents, group life beneficiary designation, education, etc.

### F. DOMESTIC PARTNER BENEFITS

Same-sex domestic partners of Quinnipiac faculty and staff, who demonstrate that they are in a verifiable committed relationship are eligible for health, dental, and educational benefits. Registered domestic partners and qualified children of domestic partners must meet the following criteria:

Eligibility Requirements for Domestic Partners

   I. Domestic partner eligibility between two persons of the same-sex exists when all the requirements identified in i, ii, and iii below are satisfied:

   i. Domestic partners must meet all of the criteria below:
      1. Each party is at least twenty-one years of age or older.
      2. Domestic partners have agreed to be jointly responsible for basic living expenses incurred during the domestic partnership. Basic living expenses are defined as the cost of basic food, shelter and any other expenses of the common household.
      3. Partners have an intimate, committed relationship of mutual caring which has existed for at least 12 months and intend to remain in such relationship for an indefinite period.
      4. Partners share the same regular and permanent residence for at least 12 months prior to applying for domestic partner coverage.
      5. Neither party is married to anyone or involved in another domestic partnership.
      6. Neither party is related to the other by adoption or blood to a degree of closeness that would bar marriage in the state in which they reside.