State of Connecticut                    County of Hartford

1                          AFFIDAVIT

2    I, Carmine J. Santaniello, Jr., being duly sworn, depose and
3    state:  I have been employed as an attorney by the Office of
4    Chief Counsel, United States Department of the Treasury, Internal
5    Revenue Service, since May 1987.  In January 1996, I was hired as
6    an adjunct faculty by the Quinnipiac University School of Law,
7    formerly known as Quinnipiac College School of Law.  Since that
8    time, each spring semester I have taught a two-credit course,
9    entitled "Civil Tax Procedure".  In June 1997, I was approached
10   by two Quinnipiac faculty members, who suggested that I apply for
11   the position of Director of the Quinnipiac Tax Clinic.  As they
12   explained to me, the administration intended to fill the
13   position, held at that time by three tax faculty members on a
14   rotating basis, with a full-time professional director.  Although
15   I informed them that I was not interested in the position, they
16   eventually persuaded me to at least apply and interview for the
17   position.  Shortly thereafter, I appeared before the full faculty
18   for an interview by that body.  I also met with individual
19   faculty members as well.  I eventually met with (but do not
20   recall exactly when) Neil Cogan, the law school's Dean, who
21   offered me the position.  During my conversation with Dean Cogan,
22   our discussion eventually turned to compensation.  In response to
23   his inquiry regarding my salary requirements, I informed him that

1  my then-present salary was approximately $70,000, and that it
2  would increase to $75,000 in the near future. Dean Cogan stated
3  that, although $75,000 fell outside the clinic director salary
4  range, he was willing to offer me that amount to secure my
5  services. He also stated that salaries were not a matter of
6  public record at Quinnipiac College, and requested that I not
7  divulge the amount offered, as it could upset the salary
8  structure. Dean Cogan also offered to reimburse me for my moving
9  expenses if I relocated from Massachusetts to the Hamden,
10 Connecticut area. A few days later, I contacted Dean Cogan,
11 thanked him for the school's offer of employment, and declined
12 the offer for reasons explained to him at that time.

I have read the above statement, consisting of 2 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to all interested parties.

CARMINO J. SANTANIELLO, JR.

Subscribed and sworn to
before me at East Hartford, Connecticut
on this 3rd day of ~~December~~ June, 2007.

JOSEPH F. LONG
Commissioner of the Superior Court

Juris Number 303713

TOTAL P.03