EX. J



QUINNIPIAC COLLEGE



RECEIVED JUL 26 2000
QUINNIPIAC UNIVERSITY
ACADEMIC AFFAIRS

Office of the Provost

June 7, 2000

Cindy Slane, Esq.
85 Kellers Farm Road
Easton, CT 06612

Dear Professor Slane:

    I am pleased to offer you reappointment to the faculty of Quinnipiac College as Assistant Clinical Professor of Law and Director of Extenship Programs for the period July 31, 2000 through May 26, 2001. Your salary for this period will be $59,750 subject to the usual withholdings and deductions. No consideration, has, as yet, been given to raises for the 2000/2001 academic year covered by this contract. However, the University, in consultation with Dean King, intends to evaluate the questions of raises for the year, in light of law school revenues. We anticipate that this evaluation will occur by October 31, 2000.

    If you wish to accept this appointment, please sign and return the original copy of this offer to Dr. Patrick J. Healy, Senior Vice President for Finance and Administration, marked personal and confidential, by June 21, 2000. This tender of appointment expires after that date.

Sincerely,

*John Bennett*

John B. Bennett

Deans verification: *[signature]*

    I accept the appointment as outlined above, subject to all of its terms and conditions.

Signature: *Cindy R. Slane*   Date: 7/17/00