2006 WL 2612645 (U.S.)


In determining how much of a merit increase you will receive, and how frequently
you receive it, your manager will make into consideration factors such as:
- your job performance
- where your salary stands within the range
- amount and timing of your last merit or promotional increase
- amount of available merit increase funds


A job change is considered a promotion when both the nature of the job and the
level of the job meet these qualifications:
- Nature of the job changes -
This means an associate transfers to a new position which entails noticeable
differences in job content and increased responsibility. A movement through a
salary classification having a series of levels (eg: Accountant I, Accountant II,
Accountant Senior, or Engineer, Staff Engineer, Senior Engineer) is not considered
a promotion.
- Job level changes -
EXEMPT ASSOCIATES: the new position must be ten percent or higher in Hay points
than the present position to be considered a promotion.
*122 NON EXEMPT ASSOCIATES: the new position must be two or more salary job
levels higher than the present position to be considered a promotion.


There are occasions when a transfer, which may not represent an official
promotion according to the guidelines above, can enhance an associates' [sic]
personal growth and development. As a result, the transfer may improve future
opportunities for advancement.


When promoted under the current policy, you may be granted an increase of up to
15 percent of your base salary if the proposed salary falls below the salary range
midpoint of the new position; or up to 10 percent if the proposed salary falls
above the new salary range midpoint.


Selecting associates for transfer or promotion begins by identifying candidates
that possess the critical skills, experience and knowledge necessary to perform
the position's responsibilities.


The process of identifying candidates for a job opening involves utilization of
various resources depending on the opening, available candidates, and location of
the opening.


Goodyear encourages associates to participate in the SKILLS BANK and use the JOB
AWARENESS SYSTEM tools. These tools are designed to assist in identifying
candidates who might not have been otherwise considered for a new opportunity.


Goodyear accepts its obligation to identify and include qualified protected group
members as candidates for promotional opportunities.


Final selection is based upon the candidate's qualifications, performance,
experience, education, interest, attendance and the interview process.


The material presented in this booklet is designed to answer most general

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 50

2006 WL 2612645 (U.S.)

questions abut Goodyear's salary compensation program. If, after reading its
contents, you have any questions, you are encouraged to discuss them with your
department manager.

 As the company faces the future of global competition it is imperative that
staffing levels be maintained that optimize productivity and cost effectiveness.
Qualify of performance, which is often an individual choice, is essential both for
the associate and Goodyear.

 Our salary compensation program gives YOU the opportunity for higher earnings.
The degree to which you take advantage of this opportunity depends on your daily
performance on the job. Your greatest salary opportunities come from you ... pay
for your performance.

 Goodyear wants to give each associate the opportunity to make use of this or her
talents - the right person in the right job, paid accordingly. This will help
assure continued growth of Goodyear, thereby opening new avenues for individual
advancement and the opportunity for high earnings.

 Our salary compensation programs provide flexibility for our managers in
recognizing and rewarding individual performance. These guidelines are an advisory
tool for managers and have never been intended to be a binding contract. They are
subject to revision at any time as circumstances warrant.

                    **124** The Goodyear Tire & Rubber Company
                         Akron, Ohio 44316 - 0001
 Vice President
 January 8, 1996

 To: All Managers Who Administer Salary Increase Budgets
  Subject: Salary Compensation Guidelines for Calendar Year 1996

 In January of last year, we announced the 1995 Corporate Compensation Plan for
salaried associates. This plan was significantly different than previous years'
compensation plans.

 The components of the 1995 compensation system were designed to: 1.) encourage
and recognize significant levels of individual performance through Individual and
Top Performance Awards and 2.) Provide all associates an opportunity to share in
the financial results of the company through the Associates Performance Plan.
These components were implemented to help achieve levels of performance necessary
for our future success as a global company and to more directly align total
compensation with business objectives and results.

 As part of the compensation system implementation process, these new pay
components were evaluated and measured during the year to ensure fairness and that
design objectives were being met. In this ongoing analysis process, it was
determined that program objectives were met and that these new components should
be carried into 1996.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 51

2006 WL 2612645 (U.S.)


 Details of the 1996 Corporate Compensation Plan are outlined in the attached
letter. In summary, the 1996 Plan contains:
    1.) Individual Performance Awards
    2.) Top Performance Awards
    3.) the Associate Performance Plan

 Critical to the success of the 1996 Compensation Plan are quality performance
appraisals. These are critical to help managers determine eligibility for various
performance awards but also to *125 provide a basis for discussion with associates
on how individuals can increase performance levels.

 Your cooperation was essential to the successful implementation of the 1995 Plan.
Your future support will help assure continued success in 1996.
    /s/
    Vice President
    Human Resources & total Quality Culture

 M L Burns


 mlbguide.ltr

                      *126 THE GOODYEAR TIRE & RUBBER COMPANY
                         PERSONNEL POLICY & PROCEDURE LETTER
                                   AKRON, OHIO
      DATE: January 8, 1996

      SC NO 61

      SUBJECT: 1996 CORPORATE COMPENSATION PLAN
       TO: ALL MANAGERS WHO ADMINISTER SALARY INCREASE BUDGETS
       This letter outlines salary administration policies and guidelines to be
    administered during calendar year 1996 (1-1-96 through 12-31-96) for salaried
    associates under the Corporate Compensation Plan. Coverage includes the following
    locations:
       Akron corporate Headquarters
       US Expatriates at International Locations
       Non-Retail field Locations
       San Angelo and all Parent Company Plant Locations (not including traditional
    hourly associates at Lawton, Mt. Pleasant, Bayport, Beaumont, Norfolk, San Angelo,
    Asheboro, Spartanburg and Greenville)

     Purpose
       The purpose of this letter is to set forth policies and guidelines designed to
    provide equitable and consistent salary associates covered by the Corporate
    Compensation Plan. Any deviations or exceptions to these policies must be
    submitted to Salaried Compensation (D/804), Akron, for review and management
    approval.

     ISSUED BY: Salaried Compensation


        © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645 (U.S.)

| OFFICERS OF THE COMPANY | TIRE DIVISION | GENERAL PRODUCTS DIVISION | FINANCE DIVISION | GEN COUNSEL & SECRETARY'S DIV | HUMAN RESOURCES | PUBLIC AFFAIRS |
|---|---|---|---|---|---|---|
| S F Gibara | | | | | E S Lucas | |
| M L Burns | | | | | F Martone | |
| | | | | RESEARCH & DEVELOPMENT | | OTHER |

The Developmental Increase program that was implemented in 1994 for exempt associates will continue into 1996. This program was implemented to help:
- Recognize and reward associates that accept career development job assignments that are not promotions and are significant moves that cross business, product, function, division, or developmental lines.
- Create and promote a more flexible work environment intended to enhance associate value, skills and competencies.

A. Defining Developmental Moves
Not all lateral or downward moves are considered as career development moves. To be considered as a career development move and eligible for a Developmental Increase, a position change:
- Must be part of an individual's long term career development/succession plan that has been approved by the Vice President Human Resources Planning, Development and Organization and the principal officer of the requesting division.
- There must be a significant change in an associate's function, department, division or location that encompasses acquiring a new set of skills or competencies that emphasizes diversity of functions outside an associate's existing level/area. A physical change must also take place.

B. Developmental Increase Guideline
Associates approved for a developmental assignment may receive a Developmental Increase of up to 10% of base salary (or lump sum). Granting the increase would start a new interval towards performance award eligibility. Factors taken into consideration in recommending the amount of a Developmental Increase would be position in the new salary range, *129 performance, salary of peers, length of time to be on the developmental assignment and closeness to the individual's last increase.

Individual G565s requesting consideration for this program must be coded as DI (Developmental Increase) and processed through the office of the VP Human Resources Planning, Development and Organization. A letter of justification must be included with the proposed increase stating the associate's long term career

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645 (U.S.)

path and an explanation as to how the developmental assignment fits within the identified career structure. The letter and G565 must be approved by the principal officer of the division. Commitments to associates should not be made until the proposed increase receives final approval by the division officer and Vice President Human Resources Planning, Development and Organization.

For 1996, the performance award systems introduced in 1995 will be continued. These two systems are the:

1) Individual Performance Award (IPA)
- For competent and above average performers
and

2) Top Performance Award (TPA)
- For only the highest level of individual performance and contribution in an organization. Limited to not more than 30% of the number of salaried associates in an organization.

Each current merit budget manager will receive a 1.7% allocation for Individual Performance Awards. Function/Business Unit Leaders will receive a separate 0.8% allocation for Top Performance Awards. Details of these performance award systems follow.

A. Individual Performance Award Policy
As outlined in various communications, the Individual Performance Award (IPA) is one of the first steps in moving from our traditional merit programs of the past.
*130 IPAs are intended to be granted only to the good competent and above average performer/contributor. Based on allocations and performance criteria, not all associates will receive a performance award during the year. Managers will be faced with very difficult decision in using the IPA as it was intended. It is not intended as a general increase, cost of living or longevity based pay system.
Demonstrated performance/contribution is the key in consideration for an IPA. In using the IPA, there are several guidelines that should be followed. These apply to exempt and non-exempt associates equally.
1) An allocation of Individual performance Award funds will be made along the same lines of our previous merit allocations. Old Merit Budget numbers will be retained but they will be called Individual Performance Award Allocations. A 1.7% allocation will be established in 1996 for Individual performance Awards (1.7% of 12/31/95 base salaries). Allocations will be released in late January or early February-increases may be retroactive to January 1, 1996.
2) The maximum amount of IPA will be 5.0% and can be granted as a base salary adjustment, lump sum (calculated on annual base salary) or a combination of both not to exceed 5.0%. Base salaries cannot increase above salary range maximums. Proposed increases should be coded on G-565s as IP (Individual Performance Award) or PI (Individual Performance Award Lump Sum).
3) The average amount of increase for any group of associates receiving IPAs must be greater than the IPA allocation percent. As an example, if the IPA allocation is 1.7% of salaries, IPAs granted must average more than 1.7%.
4) The minimum time interval from the last increase (developmental, promotional or performance) is 12 months. The average interval for any group (department,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 54

2006 WL 2612645 (U.S.)

division, plan) receiving IPAs must be greater than 12 months. For exempt
associates, this average must not be *131 less than 14 months and non-exempt
associates must average not less than 16 months. This excludes top performers.

5) A plan for IPA consideration should be made for each associate and approved
in January. This plan should be followed through the year. The process is the same
as required under the former merit system.

6) The primary factor in determining eligibility and amount of award is
performance and contribution to the organization. Higher levels of performance and
contribution should be recognized by greater and more frequent IPAs.

7) IPAs may be granted within these general guidelines but not to exceed them.
Allocations for Individual Performance Budgets may not be exceeded. Funds not
utilized by 12/31/96 will be cancelled.

Individual Performance Award Summary
Allocation: 1.7%
Eligibility: Salaried Associates (Exempt and Non-exempt) - competent and above
average performance.
- Individual Performance Awards of up to 5.0% of base salary (regular) or annual
salary (lump sum) or a combination not to exceed 5.0% may be granted.
- Minimum interval from last increase (developmental, promotional or
performance)- 12 months. Average interval of those receiving IPAs (Excluding Top
Performers): Exempt-not less than 14 months, Non-exempt-not less than 16 months.
- Average amount of increase of those receiving an IPA must be greater than
1.7%.
- Salaries-cannot exceed salary range maximum.
- Not intended for longevity or cost of living considerations.
- allocation based on 12.31.95 salaries.

*132 B. Top Performance Award Policy
In structuring the performance award system, a second type of performance award
called a Top Performance Award (TPA) may also be granted.

It is critical that TPAs only be granted to those individuals who have
demonstrated through value added contributions, that they are in fact the top
performers in the company.

It has been established that only up to 30% of the total number of associates in
a function, department, business unit or division be considered as eligible for a
TPA. This means that 30% is the maximum number of associates in your area that can
receive an award and less than 30% is acceptable and in some cases a desirable
number.

Function/Business Unit leaders will receive a 0.8% TPA allocation calculated on
the base salaries (as of 12/31/95) of associates under the Function// Business
Unit. It is up to the Leader to manage the allocation and properly distribute it
within the intent of this program.

It is suggested that the process of nominating associates to be considered for
TPAs start at as low a level as practical (Dept Manager, Plant Manager, Director).
Each function/Business Unit Leader should review TPA candidates and make final
determinations based on performance evaluations, performance rankings, succession
planning and other such criteria that relates to performance/contributions.

Based on funding available, not all nominated for a TPA will be able to receive
a maximum amount. In cases where proper planning is not done, allocations will be

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645 (U.S.)

depleted without adequately recognizing top performers.

The Top Performance Award system has been structured so that the first TPA granted in any year must be combined with an equal amount from the Individual Performance Award (IPA) fund. As an example, if a 6% performance increase is considered for a top performer, 3% would be funded from the Individual Performance Award allocation and 3% from the Top Performance Award allocation. These *133 must be granted on the same date. Once the combined increase is granted, a top performer may receive another TPA of up to 5.0% on a minimum time interval of 6 months from the effective date of the combined performance increase.

As an example, a top performer could receive a 6% Performance Award (3% TPA, 3% IPA) on 2/1/96 and up to an additional 5% TPA on or after 8/1/96. This feature was designed to give the flexibility of rewarding the top performers both in interval and amount without going through the policy exception process. These types of dual performance awards were intended to be used to reward and recognize the uppermost level of top performer.

All Top performance Awards must be approved by the Function/Business Unit Leader (or designee). Proposed increases should be coded on G-565s as TP (Top Performance Award) or TL (Top Performance Award-Lump Sum) along with the proper coding for Individual Performance Awards (IP,PI).

Top Performance Award Summary
  Allocation: 0.8%
  Eligibility: Salaried Associates (Exempt and Non-exempt)- highest levels of performance only.
  - Awards are intended to be granted to recognize only the highest level of individual performance and contributions in an organization.
  - Limited to not more than 30% of the total number of salaried associates by policy officer.
  - Function/Business Unit leaders will be granted a top performance Award Allocation to be administered by that Leader.
  - Top Performance Awards of up to 5.0% of base salary (regular) or annual salary (lump sum) or a combination not to exceed 5.0% may be granted.
  - The first TPA granted in any year must be used in conjunction with an Individual Performance Award (IPA) *134 of an equal amount. A minimum interval of 12 months from the last increase (developmental, promotional, or performance) is required.
  - A second TPA (up to 5.0%) may be granted to a top performer in any year (12 mos). There must be a 6-month interval from the last TPA (not to be used in conjunction with any other award/increase).
  - Top Performance Awards require function/Business Unit Leader (or designee) approval on the G-565.
  - Allocation amounts may not be transferred to the Individual Performance Allocations.
  - Salaries cannot exceed salary range maximum.

C. Performance Award Administration

1) Performance Appraisal
  Since quality individual performance appraisals are a critical factor in determining performance awards, annual performance appraisals are mandatory.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 56

2006 WL 2612645 (U.S.)

Annual performance appraisals should be completed within the established schedule
for your division.

  2) Planning of Performance Awards
  An associate's salary should be reviewed at least once annually.
  Effective administration of performance awards requires both pre-planning and
follow-up at frequent intervals. The quarterly Performance Planning report is
provided by Department 604 (Payroll/Personnel Information) for your use as an aid
in reviewing and planning your Performance Award program. A Salaried performance
Award Planning Document (Attachment I) has been designed to assist you in this
process.
  In planning performance awards to be granted during the year, each manager
should carefully review the following items:
  *135 a. The amount and timing of each associate's past salary treatment.
  b. Performance of the associate.
  c. Present Performance Award guidelines.
  d. Position within salary range.
  e. Amount of available performance award allocations.
  As part of the 1996 Program, each division will be required to submit a detailed
merit plan to the officer of the division for approval. This plan must show
individuals, dates and amounts of Performance Awards proposed for 1996. Plans must
be approved by the head of the division prior to any increase being granted.

  3) Exceptions to Performance Award Guidelines
  Performance Awards which are below the minimum time interval, exceed the salary
range maximum, or exceed the maximum guideline amount will require approval as
exceptions to policy.
  Such an increase should be clearly identified as a "Exception to Policy" in the
explanation section of the G-565 at time of origination, and include justification
for granting the exception to policy. Salary Records (D/604) will then route for
management approval. Any G-565's not meeting these requirements will be returned
to the originator.
  All increases that are exceptions to policy and all increases coded
"Miscellaneous" will be routed to the Director Global Compensation and the
principal officer in charge of the division (or higher authority depending on the
level of the proposed salary) for review and approval.

  A broad based results sharing plan called the Associate Performance Plan (APP)
will be continued in 1996. This plan provides a potential lump sum payout to
eligible associates in February 1997 based on 1996 company performance. The APP
will include most associates covered under this letter.

  *136 The plan is structured to provide alum [sic]sum payout of 2.5% of 1996
annual base salary if 100% of performance targets are reached. Based on actual
attainment of targets, the 2.5% could increase to 3.75% (if performance reaches or
exceeds 150% of target) or could be reduced to as low as 0% (zero) based on sub
target performance.

  Performance measures for 1996 will include Cash Flow and Earnings Before Interest
and Taxes (EBIT). Performance targets to these measures will be set by executive

                © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 57

2006 WL 2612645 (U.S.)


management for 1996 performance. The following provides an example of how the plan
will work:

                    1996 Performance to Target Examples

% of target performance achieved in 1996   Actual payout % of annual base salary
----------------------------------------   -------------------------------------
150% or above                              3.75% of base (2.5
124%                                       3.10% of base (2.5
100%                                       2.5% of base (2.5
 76%                                       1.90% of base (2.5
 24%                                       0.60% of base (2.5
  0%                                       0.00 of base (2.5


 1996 plan details will be provided to all associates in the future.

 The following policies and guidelines are applicable to promotional increases:
  A. Promotional increases will be administered under the following policies for
1996.
  Exempt Positions: A promotional increase may be granted when an associate
transfers to a position with a definite change and increase in responsibility and
which is evaluated at one or more exempt grades higher than the position to which
the associate is currently assigned.
  Non-Exempt Positions: A promotional increase may be granted when an associate
transfers to a position with a definite change and increase in responsibility and
which *137 is evaluated at one or more non-exempt grades higher than the position
to which the associate is currently assigned.
  B. On moves from non-exempt to exempt positions, a promotion is defined as a
transfer to a position with a change and increase in responsibility where the
salary range midpoint of the exempt position is greater than the non-exempt
position.
  C. A promotional increase up to 15% of an associate's current base salary may be
granted if the proposed salary does not exceed the salary range maximum of the new
position.
  - An additional amount of up to 5% may be granted when the promotion results in
an increase of two (2) or more grade levels.
  - In cases where an associates' [sic] salary, with the promotional increase, is
below the salary range minimum of the new position, an additional promotional
amount will be granted to immediately bring the proposed salary to range minimum.
  D. A promotional increase must be processed within 90 days of the effective date
of promotion. Increases initiated after 90 days must be considered as performance
awards.
  E. Movement through a salary classification having a series of ranges (eg
Accountant I, Accountant II, Accountant Sr. or Engineer, Staff Engineer, Sr
Engineer) is not considered promotional and associates involved in such title
changes are not eligible for promotional increases.
  F. There are situations where, due to job reevaluation, the grade of a position
is increased. In most cases this is due to restructuring of a department or
division, where responsibilities are added to an existing position. In some

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                        Page 58

2006 WL 2612645 (U.S.)

instances, the incumbent stays on the old job and basically performs the same
functions of the old job plus the new responsibilities. In those situations where
the same individual is performing the same basic job functions but, due to
reevaluation, the grade is increased, *138 there must be at least a two grade
increase in job grades before a promotional increase may be considered within
policy.

   G. Exceptions to the above guidelines must be approved by the Director Global
compensation and principal officer in charge of the division, or higher authority
depending upon the level of the proposed salary. Such an increase should be
clearly identified as an "Exception to Policy" in the "Explanation" section of the
G-565 at time of origination, and include justification for granting the exception
to policy. Salary Records (D/604) will then route for management approval. Any
G-565's not meeting these requirements will be returned to the originator.

   In initiating a salary increase, managers are reminded that no commitments,
promises or inferences should be made regarding a forthcoming or pending salary
increase until the G-565 has been fully approved and an updated G-565 is returned
to the Manager. It is very important that each salary increase is audited for
conformance to existing policy and bears full management approval before a firm
salary commitment is made.

   In order to properly administer our salary administration program, it is
necessary that all salaried positions be described and evaluated. It is imperative
that detailed Position Descriptions be submitted to Salaried Compensation for all
new and revised positions. No promotional or merit increases will be process for
salaried associates without an assigned salary range.

   New or revised incentive compensation plans, including bonuses and commissions,
will be routed to the Executive Compensation Department for evaluation and
approval.

                    *139 1996 CORPORATE COMPENSATION PLAN
                         Summary of SC-61 Letter
   I. Developmental Increases (DI) - Associates approved for Developmental
Assignment as part of a long term career development plan.
   - Up to 10% of base salary
   - Moves may be lateral or downward
   - Approval by VP Human Resources Planning, Development & Organization


   II. Performance Increases - Not to exceed salary range maximum
   A. Individual Performance Award (IP)
   - Up to 5% base salary or Lump Sum (PI)
   - Interval minimum: 12 months
   Departmental average: Exempt - not less than 14 months
   (Not incl. TP) Non-exempt - not less than 16 months
   - Allocation 1.7% of 12/31/95 Base Salaries
   B. Top Performance Award (TP)
   -Up to 5% Base Salary or Lump Sum (TL)
   - Used in conjunction with IP - equal amounts/same date and interval
   - May receive a second TP (no match from IP) after 6 months

          © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                   Page 59

2006 WL 2612645 (U.S.)


  - Allocation 0.8% of 12/31/95 Base Salaries to Function/Business Unit Leaders
  - Must be approved by appropriate function/Business Unit leader (or approved designee)

III. Promotional Increases - Not to exceed salary range maximum
  - Increase of one or more salary grades (except move through job family)
  - Up to 15% increase - or to range minimum if greater
  - If move up is 2 or more levels, up to additional 5% increase may be granted

*140 IV. Associate Performance Plan - Lump Sum payout based on Performance
  - At 100% target 2.5% of 1996 base salary
  - Actual payout 0% to 150% (3.75%) of target based on 1996 results
  *141 ATTACHMENT I

(Year Beginning_____ & Ending_____)
  Dept: _____
  Location: _____
  Date: _____


| NAME | CLASSIFICATION | SALARY RANGE MIN MID MAX | PRESENT SALARY | DATE LAST INCR | [FN*] PERF RANK | EFFECT DATE | PROPOSED PERFORMANCE AWARD PLAN | | |
|------|----------------|--------------------------|----------------|----------------|-----------------|-------------|------|---|---|
| | | | | | | | IPA -or- TPA | % | AMOUNT |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FN* High to Low


  *142 Prepared By: _____

  Reviewed By: _____
  Total IPA Allocation $_____
  TPA Allocation Req.d/Appr'd $_____

                © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 60

2006 WL 2612645 (U.S.)


**\*143** [Note: left-hand side of form is partially obliterated]

EEOC [obliterated] Only

130982853

824 OMC

Name (Intake Officer)

[obliterated] answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the [obliterated] will talk with you after you complete this form.

Date of Birth #XXXX

Social Security Number #XXXX

LILLY M LEDBETTER

(First) (Middle Name or Initial) (Last)

DATE 3/25/98

P O BOX 742

JACKSONVILLE

COUNTY CALHOUN

TELEPHONE NO. 256-435/6757

STATE AL

ZIP 36235

[obliterated] provide the name of an individual at a different address in your local area who would know how to reach you.

PHILLIP LEDBETTER

PO BOX 2403

ZIP 36202

PHONE 256-237-6601
  237-7001

RELATIONSHIP SON

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 61

2006 WL 2612645 (U.S.)


CITY ANNISTON

STATE AL

_____

[obliterated] ve I was discriminated against by: (check those that apply)

<<SYM>> EMPLOYER

[ ] EMPLOYMENT AGENCY

[obliterated] NO. EMPLOYED BY

[obliterated] MPLOYER

[ ] UNION (Give Local No.)

[ ] OTHER (Specify)

2000-LOCAL

[obliterated] "Employer" above, are you now employed by the Employer that you
believe discriminated against you?

From 2/05/79
  (date)

TECH. ENGINEER
  (current position)

 What action was taken against you that you believe to be discriminatory? What
harm, if any, was caused to you or others in your work situation as a result of
that action? (If more space is required, use reverse.)

 [obliterated] TRANSFERRED TO TECH. ENG. (QUALITY) FROM PRODUCTION AREA MANAGER
2ND WEEK ON JOB MISSED WRONG SPEC. PROVIDED FOR CODE CHANGE WHICH RESULTED IN SOME
SCRAP GOODYEAR MADE DECISION TO LAY-OFF MYSELF, AREA MANAGER W. SCOTT AND UNION
SET-UP J. SMITH. THERE WERE 133 TIRE HOLDS-RESULTING IN SCRAP IN 1997 - NO
LAYOFFS. W. SCOTT IS A BLACK MAN & I AM A WHITE FEMALE THEY ARE MAKING AN EXAMPLE
OF. EXAMPLES 3/5/97 - R. ARTLEDGE TURNED POWER OFF RESULT-300+ SCRAP AND COULD
HAVE KILLED SOMEONE [obliterated] EED OF 3/9-3/14 - J. SHEARS MADE WRONG SET UP.

 WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE? _____

                    *145 Reverse side of Form 283 (Test 10/94)
 Why do you believe this action was taken against you?

Goodyear Representative told me last Oct. (1997) that they did not want me and
that I was not getting job done. I ask for production record comparison of my crew
vs my peers but they could not provide them. Later they advised me I needed to

         © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 62

2006 WL 2612645 (U.S.)

transfer to Tech. Dept. & sent me for interview. They trained me - if putting me
with an individual that was told in his [illegible] if they could lay someone off
it would be him. The procedure on checking specs wasn't covered in training. They
action of bring only one (and W. Scott) being laid off which all the "Good O1
White Boys" Have Not been laid off. I ask to treat me the same as the others
involved in tire holds.

 Normally, your identity as a complainant will be disclosed to the organization
which allegedly discriminated against you.

 Do you <<SYM>> consent or [ ] not consent to such disclosures?

 Have you sought assistance about the action you think was discriminatory from any
agent, from your union, an attorney, or from any other source?

 <<SYM>> No [ ] Yes (If answer is yes, complete below.)

 Have you filed a complaint about the action you think was discriminatory with any
other Federal, State, or Local Government anti-discrmination agency?

 <<SYM>> No [ ] Yes (If answer is yes, complete below.)

 Have you filed an EEOC charge in the past?

 [ ] No <<SYM>> Yes (If answer is yes, complete below.)

 APPROX. DATE FILED

 JAN 1983

 CHARGE NUMBER (IF KNOWN)

 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
  ORGANIZATION CHARGED
  GOODYEAR

 I declare under penalty of perjury that the foregoing is true and correct.

 *146 SIGNATURE /s/Lilly M. Ledbetter
  DATE 3/25/98

 *147 EEOC FORM 5 (Rev. 06/92)

 AGENCY

 [ ] FEPA

 [x] EEOC

 CHARGE NUMBER

              © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 63

2006 WL 2612645 (U.S.)


130982853

NAME

Mrs. Lilly M. Ledbetter

HOME TELEPHONE

(256) ??5-6757

STREET ADDRESS CITY, STATE AND ZIP CODE

Po Box 742, Jacksonville, AL 36265

DATE OF BIRTH

#XXXX

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP
COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more
than one list below.)

NAME

Goodyear Tire & Rubber Company

TELEPHONE

(256) 549-2250

NUMBER OF EMPLOYEES, MEMBERS

Cat A (15-100)

STREET ADDRESS CITY, STATE AND ZIP CODE

922 E. Meigham Blvd, Gadsden, AL 35999

COUNTY

055

NAME

Goodyear Tire & Rubber Company

TELEPHONE NUMBER

(216) 796-2121

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                      Page 64

2006 WL 2612645 (U.S.)


STREET ADDRESS CITY, STATE AND ZIP CODE

1144 East Market Street Akron, Ohio 44309

COUNTY

*148 CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE [ ] COLOR [x] SEX [ ] RELIGION

[ ] RETALIATION [x] AGE [ ] DISABILITY

[ ] OTHER (Specify)

DATE DISCRMINATION TOOK PLACE

EARLIEST

01/05/98

LATEST

07/20/98

[x] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

On July 20, 1998 I was suspended from my position as technical engineer for three days due to an error that was placed in the computer by an area manger, and was passed on to me to act upon it. I was transferred involuntarily from an area manager's position on January 5, 1998, to the position as technical engineer. At the time that I was transferred, I learned that the male area managers were earning a higher salary than me. I am also being paid less wages than similarly situated technical engineers who are males. On a continuous basis, I have been subjected to adverse terms and conditions of employment, in that since my transfer, my male co-workers have made comments to me that I am a trouble maker and they have to watch out for me. Younger male employees who have made errors and cost the company economically, have not been suspended as I presently have been. I was given four weeks training by three male employees, only on the job duties that they performed during their shifts. I was not given a job description nor a training manual for the technical engineer position. The on-the-job training that I received was far short of being comprehensive.

I was informed by Ross Hotz, TTL Final Finish, that I had made a terrible error and that I had to be laid off for three days. I inquired why, when others have made errors and *149 nothing happened to them. Mr. Hotz stated that they have not been consistent in the way they discipline, but that he was trying to start making it consistent.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
2006 WL 2612645                                          Page 65
```

2006 WL 2612645 (U.S.)


** Text Continued on Attached Sheet(s) **

[ ] I want this charge filed with both the EEOC and the State or local agency, if
any. I will advise the agencies if I change my address or telephone number and
cooperate fully with them in the processing of my charge in accordance with their
procedures. I declare under penalty of perjury that the foregoing is true and
correct.

7/21/98

Date

/s/ Lilly M. Ledbetter

Charging Party (Signature)

*150 Jul 21 11:30 1998

Chg # 130982853, Attachment Page

CP Initials _____

------------------------------------------------------------------------
Equal Employment Opportunity Commission

Form 5 - Charge of Discrimination,

Additional Text

------------------------------------------------------------------------
I believe that I have been discriminated against because of my sex, female, and
age/60, in violation of Title VII of the Civil Rights Act of 1964, as amended and
the Age Discrimination in Employment Act of 1967, as amended, in that similarly
situated younger male employees were treated favorably as compared to me.

Charge orginally [sic] on March 25, 1998

## *151 AREA MANAGER BASE SALARY COMPARISON CHART
### (Excluding Overtime)

| LILLY LEDBETTER | | TERRY AMBERSON | | DAVID BARNES | |
| Date: | Base Salary: | Date: | Base Salary: | Date: | Base Salary: |
| ------- | ------------ | ------- | ------------ | ------- | ------------ |
| 4/1/79 | $16,760.52 | 4/1/79 | $16,760.52 | 4/1/79 | $16,760.52 |
| 4/16/79 | 17,842.56 | 4/16/79 | 17,842.56 | 4/16/79 | 17,842.56 |
| 10/1/79 | 18,216.96 | 7/1/79 | 18,216.96 | 7/1/79 | 18,216.96 |
| 10/1/79 | 18,633.00 | 10/1/79 | 18,633.00 | 10/1/79 | 18,633.00 |
| 11/1/98 | 44,724.00 | 7/1/98 | 59,028.00 | 9/1/98 | 55,679.16 |
| | (Last day worked) | 4/1/99 | 60,816.00 | 4/1/99 | 58,463.16 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 66

2006 WL 2612645 (U.S.)

```
                    4/1/99   64,944.00    4/1/99   61,247.16
                    5/1/99   67,541.52    5/1/01   63,383.16
                    5/1/02   69,221.52
```

```
      DONALD MYERS           JERRY THOMPSON          JIMMY TODD
 Date:   Base Salary:   Date:   Base Salary:   Date:   Base Salary:
 -------  ------------  --------  ------------  -------  ------------
 4/1/79   $16,760.52    4/1/79   $16,760.52    4/1/79   $16,760.52
 4/16/79   17,842.56    4/16/79   17,842.56    4/16/79   17,842.56
 7/1/79    18,216.96    7/1/79    18,216.96    7/1/79    18,216.96
 10/1/79   18,633.00    10/1/79   18,633.00    10/1/79   18,633.00

 11/1/98   57,696.00    5/1/98    58,266.88    9/1/00    58,464.00
 1/1/99    66,348.00    4/16/99   60,555.96    5/1/01    60,444.00
                        4/16/99   64,049.16    5/1/02    61,656.00
                        10/16/00  73,644.00
                        5/1/01    76,956.00
                        5/1/02    78,876.00
```

*153 Backpay for Ledbetter from 3/25/96 to Present if she continued working
                    as Area Manager
        Comparator: Donald Myers (base rate excluding overtime)

| Back Pay | | PBack Pay Per Hr | Comparator Per Hour | Back Pay Per Hr | Hrs Wkd Per Day | Back Pay Rate |
|---|---|---|---|---|---|---|
| From | To | | | | | |
| 03/25/96 | 03/31/96 | $21.51 | $23.47 | $1.96 | 8 | $ 62.72 |
| 04/01/96 | 06/30/96 | 21.51 | 23.47 | 1.96 | 8 | 1,003.52 |
| 07/01/96 | 09/30/96 | 21.51 | 23.47 | 1.96 | 8 | 1,019.20 |
| 10/01/96 | 12/31/96 | 21.51 | 23.47 | 1.96 | 8 | 1,019.20 |
| 01/01/97 | 03/31/97 | 21.51 | 24.54 | 3.03 | 8 | 1,527.12 |
| 04/01/97 | 06/30/97 | 21.51 | 24.54 | 3.03 | 8 | 1,551.36 |
| 07/01/97 | 09/30/97 | 21.51 | 24.54 | 3.03 | 8 | 1,575.60 |
| 10/01/97 | 12/31/97 | 21.51 | 24.54 | 3.03 | 8 | 1,575.60 |
| 01/01/98 | 03/31/98 | 21.51 | 25.22 | 3.71 | 8 | 1,869.84 |
| 04/01/98 | 06/30/98 | 21.51 | 25.22 | 3.71 | 8 | 1,899.52 |
| 07/01/98 | 09/30/98 | 21.51 | 25.22 | 3.71 | 8 | 1,929.20 |
| 10/01/98 | 11/01/98 | 21.51 | 25.22 | 3.71 | 8 | 623.28 |
| 11/02/98 | 12/31/98 | 0.00 | 25.22 | 25.22 | 8 | 8,675.68 |
| 01/01/99 | 03/31/99 | 0.00 | 31.72 | 31.72 | 8 | 15,986.88 |
| 04/01/99 | 06/30/99 | 0.00 | 31.72 | 31.72 | 8 | 16,240.64 |
| 07/01/99 | 09/30/99 | 0.00 | 31.72 | 31.72 | 8 | 16,494.40 |
| 10/01/99 | 12/31/99 | 0.00 | 31.72 | 31.72 | 8 | 16,494.40 |
| 01/01/00 | 03/31/00 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 04/01/00 | 06/30/00 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 67

2006 WL 2612645 (U.S.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/00 | 09/30/00 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 10/01/00 | 12/31/00 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 01/01/01 | 03/31/01 | 0.00 | 31.90 | 31.90 | 8 | 16,332.80 |
| 04/01/01 | 06/30/01 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 07/01/01 | 09/30/01 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 10/01/01 | 12/31/01 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 01/01/02 | 03/31/02 | 0.00 | 31.90 | 31.90 | 8 | 16,077.60 |
| 04/01/02 | 06/30/02 | 0.00 | 31.90 | 31.90 | 8 | 16,332.80 |
| 07/01/02 | 09/30/02 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 10/01/02 | 12/31/02 | 0.00 | 31.90 | 31.90 | 8 | 16,588.00 |
| 01/01/03 | 01/21/03 | 0.00 | 31.90 | 31.90 | 8 | 3,572.80 |

| Interim Earnings | Accum'd Principal | Int Rate % | NLRB Rate Factor | Interest | Total |
|---|---|---|---|---|---|
| $0.00 | $    62.72 | 9 | 0.0015 | $   0.09 | $    62.81 |
| 0.00 | 1,066.33 | 8 | 0.02 | 21.33 | 1,087.66 |
| 0.00 | 2,106.86 | 9 | 0.02275 | 47.93 | 2,154.79 |
| 0.00 | 3,173.99 | 9 | 0.02275 | 72.21 | 3,246.20 |
| 0.00 | 4,773.32 | 9 | 0.02225 | 106.21 | 4,879.53 |
| 0.00 | 6,430.89 | 9 | 0.0225 | 144.69 | 6,575.58 |
| 0.00 | 8,151.18 | 9 | 0.02275 | 185.44 | 8,336.62 |
| 0.00 | 9,912.22 | 9 | 0.02275 | 225.50 | 10,137.72 |
| 0.00 | 12,007.56 | 9 | 0.02225 | 267.17 | 12,274.73 |
| 0.00 | 14,174.25 | 8 | 0.02 | 283.49 | 14,457.74 |
| 0.00 | 16,386.94 | 8 | 0.02022222 | 331.38 | 16,718.32 |
| 0.00 | 17,341.60 | 8 | 0.00688889 | 119.46 | 17,461.06 |
| 0.00 | 26,136.74 | 8 | 0.01311111 | 342.68 | 26,479.42 |
| 0.00 | 42,466.30 | 7 | 0.01730556 | 734.90 | 43,201.21 |
| 0.00 | 59,441.85 | 8 | 0.02 | 1,188.84 | 60,630.68 |
| 0.00 | 77,125.08 | 8 | 0.02022222 | 1,559.64 | 78,684.72 |
| 0.00 | 95,179.12 | 8 | 0.02022222 | 1,924.73 | 97,103.86 |
| 0.00 | 113,691.86 | 8 | 0.02 | 2,273.84 | 115,965.69 |
| 0.00 | 132,553.69 | 9 | 0.0225 | 2,982.46 | 135,536.15 |
| 0.00 | 152,124.15 | 9 | 0.02275 | 3,460.82 | 155,584.98 |
| 0.00 | 172,172.98 | 9 | 0.02275 | 3,916.94 | 176,089.91 |
| 209.63 | 192,213.08 | 9 | 0.02225 | 4,276.74 | 196,489.82 |
| 209.63 | 212,868.19 | 8 | 0.02 | 4,257.36 | 217,125.56 |
| 209.63 | 233,503.93 | 7 | 0.01769444 | 4,131.72 | 237,635.65 |
| 209.63 | 254,014.02 | 7 | 0.01769444 | 4,494.64 | 258,508.66 |
| 692.30 | 273,893.96 | 6 | 0.01483333 | 4,062.76 | 277,956.72 |
| 692.30 | 293,597.22 | 6 | 0.015 | 4,403.96 | 298,001.18 |
| 692.30 | 313,896.88 | 6 | 0.01516667 | 4,760.77 | 318,657.64 |
| 692.30 | 334,553.34 | 6 | 0.01516667 | 5,074.06 | 339,627.40 |
| 0.00 | 343,200.20 | 5 | 0.00277778 | 953.33 | 344,153.54 |

*155 A This Backpay Chart covers the time period from March 25, 1996 through

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 68

2006 WL 2612645 (U.S.)


November 1, 1998 and represents base pay rates with interest accruing through
January 21, 2003.

  B National Labor Relations Board Guidelines were followed in compounding
interest on the accumulated quarterly basis principle, Darnell v. City of Jasper,
Alabama, 730 F.2d 653 (11th Cir. 1994).
  C IRS prime rate of interest used for applicable time periods as promulgated by
the National Labor Relations Board pursuant to EEOC v. Guardian Pools, Inc., 828
F.2d 1507, 1512 (11th Cir. 1987).

 Interest rates are calculated based upon the "short term Federal rate" i.e. the
rate assessed by the Internal Revenue Service on the underpayment of taxes, as
published by the NLRB in Memorandum GC 97-7.

 Interest rates are compounded on a quarterly basis as provided for in Darnell v.
City of Jasper, 730 F.2d 653 (11th Cir. 1984).

    *156 Backpay for Ledbetter from 3/25/96 to Present if she continued working
                       as Area Manager
            Comparator: Jimmy Todd (base rate excluding overtime)

| Back Pay | | PBack Pay Per Hr | Comparator Per Hour | Back Pay Per Hr | Hrs Wkd Per Day | Back Pay Rate |
|---|---|---|---|---|---|---|
| From | To | | | | | |
| 03/25/96 | 03/31/96 | $21.51 | $26.90 | $5.39 | 8 | $   172.48 |
| 04/01/96 | 06/30/96 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/96 | 09/30/96 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/96 | 12/31/96 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 01/01/97 | 03/31/97 | 21.51 | 26.90 | 5.39 | 8 | 2,716.56 |
| 04/01/97 | 06/30/97 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/97 | 09/30/97 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/97 | 12/31/97 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 01/01/98 | 03/31/98 | 21.51 | 26.90 | 5.39 | 8 | 2,716.56 |
| 04/01/98 | 06/30/98 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/98 | 09/30/98 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/98 | 11/01/98 | 21.51 | 26.90 | 5.39 | 8 | 905.52 |
| 11/02/98 | 12/31/98 | 0.00 | 26.90 | 26.90 | 8 | 9,253.60 |
| 01/01/99 | 03/31/99 | 0.00 | 26.90 | 26.90 | 8 | 13,557.60 |
| 04/01/99 | 06/30/99 | 0.00 | 26.90 | 26.90 | 8 | 13,772.80 |
| 07/01/99 | 09/30/99 | 0.00 | 26.90 | 26.90 | 8 | 13,988.00 |
| 10/01/99 | 12/31/99 | 0.00 | 26.90 | 26.90 | 8 | 13,988.00 |
| 01/01/00 | 03/31/00 | 0.00 | 27.45 | 27.45 | 8 | 14,274.00 |
| 04/01/00 | 06/30/00 | 0.00 | 27.45 | 27.45 | 8 | 14,274.00 |
| 07/01/00 | 09/30/00 | 0.00 | 27.45 | 27.45 | 8 | 14,274.00 |
| 10/01/00 | 12/31/00 | 0.00 | 27.45 | 27.45 | 8 | 14,274.00 |
| 01/01/01 | 03/31/01 | 0.00 | 28.74 | 28.74 | 8 | 14,714.88 |
| 04/01/01 | 06/30/01 | 0.00 | 28.74 | 28.74 | 8 | 14,944.80 |
| 07/01/01 | 09/30/01 | 0.00 | 28.74 | 28.74 | 8 | 14,944.80 |

          © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 69

2006 WL 2612645 (U.S.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/01 | 12/31/01 | 0.00 | 28.74 | 28.74 | 8 | 14,944.80 |
| 01/01/02 | 03/31/02 | 0.00 | 29.45 | 29.45 | 8 | 14,842.80 |
| 04/01/02 | 06/30/02 | 0.00 | 29.45 | 29.45 | 8 | 15,078.40 |
| 07/01/02 | 09/30/02 | 0.00 | 29.45 | 29.45 | 8 | 15,314.00 |
| 10/01/02 | 12/31/02 | 0.00 | 29.45 | 29.45 | 8 | 15,314.00 |
| 01/01/03 | 01/21/03 | 0.00 | 29.45 | 29.45 | 8 | 3,298.40 |

| Interim Earnings | Accum'd Principal | Int Rate % | NLRB Rate Factor | Interest | Total |
|---|---|---|---|---|---|
| $0.00 | $ 172.48 | 9 | 0.0015 | $ 0.26 | $ 172.74 |
| 0.00 | 2,932.42 | 8 | 0.02 | 58.65 | 2,991.07 |
| 0.00 | 5,793.87 | 9 | 0.02275 | 131.81 | 5,925.68 |
| 0.00 | 8,728.48 | 9 | 0.02275 | 198.57 | 8,927.05 |
| 0.00 | 11,643.61 | 9 | 0.02225 | 259.07 | 11,902.68 |
| 0.00 | 14,662.36 | 9 | 0.0225 | 329.90 | 14,992.26 |
| 0.00 | 17,795.06 | 9 | 0.02275 | 404.84 | 18,199.90 |
| 0.00 | 21,002.70 | 9 | 0.02275 | 477.81 | 21,480.51 |
| 0.00 | 24,197.07 | 9 | 0.02225 | 538.38 | 24,735.46 |
| 0.00 | 27,495.14 | 8 | 0.02 | 549.90 | 28,045.04 |
| 0.00 | 30,847.84 | 8 | 0.02022222 | 623.81 | 31,471.65 |
| 0.00 | 32,377.17 | 8 | 0.00688889 | 223.04 | 32,600.22 |
| 0.00 | 41,853.82 | 8 | 0.01311111 | 548.75 | 42,402.57 |
| 0.00 | 55,960.17 | 7 | 0.01730556 | 968.42 | 56,928.59 |
| 0.00 | 70,701.39 | 8 | 0.02 | 1,414.03 | 72,115.41 |
| 0.00 | 86,103.41 | 8 | 0.02022222 | 1,741.20 | 87,844.62 |
| 0.00 | 101,832.62 | 8 | 0.02022222 | 2,059.28 | 103,891.90 |
| 0.00 | 118,165.90 | 8 | 0.02 | 2,363.32 | 120,529.22 |
| 0.00 | 134,803.22 | 9 | 0.0225 | 3,033.07 | 137,836.29 |
| 0.00 | 152,110.29 | 9 | 0.02275 | 3,460.51 | 155,570.80 |
| 0.00 | 169,844.80 | 9 | 0.02275 | 3,863.97 | 173,708.77 |
| 209.63 | 188,214.02 | 9 | 0.02225 | 4,187.76 | 192,401.78 |
| 209.63 | 207,136.95 | 8 | 0.02 | 4,142.74 | 211,279.69 |
| 209.63 | 226,014.86 | 7 | 0.01769444 | 3,999.21 | 230,014.07 |
| 209.63 | 244,749.24 | 7 | 0.01769444 | 4,330.70 | 249,079.94 |
| 692.30 | 263,230.44 | 6 | 0.01483333 | 3,904.58 | 267,135.02 |
| 692.30 | 281,521.12 | 6 | 0.015 | 4,222.82 | 285,743.94 |
| 692.30 | 300,365.64 | 6 | 0.01516667 | 4,555.55 | 304,921.18 |
| 692.30 | 319,542.88 | 6 | 0.01516667 | 4,846.40 | 324,389.29 |
| 0.00 | 327,687.69 | 5 | 0.00277778 | 910.24 | 328,597.93 |

   *158 A This Backpay Chart covers the time period from March 25, 1996 through
November 1, 1998 and represents base pay rates with interest accruing through
January 21, 2003.

   B National Labor Relations Board Guidelines were followed in compounding
interest on the accumulated quarterly basis principle, Darnell v. City of Jasper,

       © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 70

2006 WL 2612645 (U.S.)


Alabama, 730 F.2d 653 (11th Cir. 1994).
   C IRS prime rate of interest used for applicable time periods as promulgated by
the National Labor Relations Board pursuant to EEOC v. Guardian Pools, Inc., 828
F.2d 1507, 1512 (11th Cir. 1987).
   Interest rates are calculated based upon the "short term Federal rate" i.e. the
rate assessed by the Internal Revenue Service on the underpayment of taxes, as
published by the NLRB in Memorandum GC 97-7.

   Interest rates are compounded on a quarterly basis as provided for in  Darnell v.
City of Jasper, 730 F.2d 653 (11th Cir. 1984).

   *159 Backpay for Ledbetter from 3/25/96 to Present had she continued working
                        as Technology Engineer
            Comparator: Donald Myers (base rate excluding overtime)

| | Back Pay | PBack Pay Per Hr | Comparator Per Hour | Back Pay Per Hr | Hrs Wkd Per Day | Back Pay Rate |
|---|---|---|---|---|---|---|
| From | To | | | | | |
| 03/25/96 | 03/31/96 | $21.51 | $23.47 | $1.96 | 8 | $    62.72 |
| 04/01/96 | 06/30/96 | 21.51 | 23.47 | 1.96 | 8 | 1,003.52 |
| 07/01/96 | 09/30/96 | 21.51 | 23.47 | 1.96 | 8 | 1,019.20 |
| 10/01/96 | 12/31/96 | 21.51 | 23.47 | 1.96 | 8 | 1,019.20 |
| 01/01/97 | 03/31/97 | 21.51 | 24.54 | 3.03 | 8 | 1,527.12 |
| 04/01/97 | 06/30/97 | 21.51 | 24.54 | 3.03 | 8 | 1,551.36 |
| 07/01/97 | 09/30/97 | 21.51 | 24.54 | 3.03 | 8 | 1,575.60 |
| 10/01/97 | 12/31/97 | 21.51 | 24.54 | 3.03 | 8 | 1,575.60 |
| 01/01/98 | 03/31/98 | 21.51 | 25.22 | 3.71 | 8 | 1,869.84 |
| 04/01/98 | 06/30/98 | 21.51 | 25.22 | 3.71 | 8 | 1,899.52 |
| 07/01/98 | 09/30/98 | 21.51 | 25.22 | 3.71 | 8 | 1,929.20 |
| 10/01/98 | 11/01/98 | 21.51 | 25.22 | 3.71 | 8 | 623.28 |
| 11/02/98 | 12/31/98 | 21.51 | 25.22 | 3.71 | 8 | 1,276.24 |
| 01/01/99 | 03/31/99 | 21.51 | 31.72 | 10.21 | 8 | 5,145.84 |
| 04/01/99 | 06/30/99 | 21.51 | 31.72 | 10.21 | 8 | 5,227.52 |
| 07/01/99 | 09/30/99 | 21.51 | 31.72 | 10.21 | 8 | 5,309.20 |
| 10/01/99 | 12/31/99 | 21.51 | 31.72 | 10.21 | 8 | 5,309.20 |
| 01/01/00 | 03/31/00 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 04/01/00 | 06/30/00 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 07/01/00 | 09/30/00 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 10/01/00 | 12/31/00 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 01/01/01 | 03/31/01 | 21.51 | 31.90 | 10.39 | 8 | 5,319.68 |
| 04/01/01 | 06/30/01 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 07/01/01 | 09/30/01 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 10/01/01 | 12/31/01 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 01/01/02 | 03/31/02 | 21.51 | 31.90 | 10.39 | 8 | 5,236.56 |
| 04/01/02 | 06/30/02 | 21.51 | 31.90 | 10.39 | 8 | 5,319.68 |
| 07/01/02 | 09/30/02 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 10/01/02 | 12/31/02 | 21.51 | 31.90 | 10.39 | 8 | 5,402.80 |
| 01/01/03 | 01/21/03 | 21.51 | 31.90 | 10.39 | 8 | 1,163.68 |

            © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                           Page 71

2006 WL 2612645 (U.S.)

| Interim Earnings | Accum'd Principal | Int Rate % | NLRB Rate Factor | Interest | Total |
|---|---|---|---|---|---|
| $0.00 | $ 62.72 | 9 | 0.0015 | $ 0.09 | $ 62.81 |
| 0.00 | 1,066.33 | 8 | 0.02 | 21.33 | 1,087.66 |
| 0.00 | 2,106.86 | 9 | 0.02275 | 47.93 | 2,154.79 |
| 0.00 | 3,173.99 | 9 | 0.02275 | 72.21 | 3,246.20 |
| 0.00 | 4,773.32 | 9 | 0.02225 | 106.21 | 4,879.53 |
| 0.00 | 6,430.89 | 9 | 0.0225 | 144.69 | 6,575.58 |
| 0.00 | 8,151.18 | 9 | 0.02275 | 185.44 | 8,336.62 |
| 0.00 | 9,912.22 | 9 | 0.02275 | 225.50 | 10,137.72 |
| 0.00 | 12,007.56 | 9 | 0.02225 | 267.17 | 12,274.73 |
| 0.00 | 14,174.25 | 8 | 0.02 | 283.49 | 14,457.74 |
| 0.00 | 16,386.94 | 8 | 0.02022222 | 331.38 | 16,718.32 |
| 0.00 | 17,341.60 | 8 | 0.00688889 | 119.46 | 17,461.06 |
| 0.00 | 18,737.30 | 8 | 0.01311111 | 245.67 | 18,982.97 |
| 0.00 | 24,128.81 | 7 | 0.01730556 | 417.56 | 24,546.37 |
| 0.00 | 29,773.89 | 8 | 0.02 | 595.48 | 30,369.37 |
| 0.00 | 35,678.57 | 8 | 0.02022222 | 721.50 | 36,400.07 |
| 0.00 | 41,709.27 | 8 | 0.02022222 | 843.45 | 42,552.72 |
| 0.00 | 47,955.52 | 8 | 0.02 | 959.11 | 48,914.63 |
| 0.00 | 54,317.43 | 9 | 0.0225 | 1,222.14 | 55,539.58 |
| 0.00 | 60,942.38 | 9 | 0.02275 | 1,386.44 | 62,328.81 |
| 0.00 | 67,731.61 | 9 | 0.02275 | 1,540.89 | 69,272.51 |
| 0.00 | 74,592.19 | 9 | 0.02225 | 1,659.68 | 76,251.87 |
| 0.00 | 81,654.67 | 8 | 0.02 | 1,633.09 | 83,287.76 |
| 0.00 | 88,690.56 | 7 | 0.01769444 | 1,569.33 | 90,259.89 |
| 0.00 | 95,662.69 | 7 | 0.01769444 | 1,692.70 | 97,355.39 |
| 0.00 | 102,591.95 | 6 | 0.01483333 | 1,521.78 | 104,113.73 |
| 0.00 | 109,433.41 | 6 | 0.015 | 1,641.50 | 111,074.91 |
| 0.00 | 116,477.71 | 6 | 0.01516667 | 1,766.58 | 118,244.29 |
| 0.00 | 123,647.09 | 6 | 0.01516667 | 1,875.31 | 125,522.40 |
| 0.00 | 126,686.08 | 5 | 0.00277778 | 351.91 | 127,037.99 |

*161 A This Backpay Chart covers the time period from March 25, 1996 through
November 1, 1998 and represents base pay rates with interest accruing through
January 21, 2003.

B National Labor Relations Board Guidelines were followed in compounding
interest on the accumulated quarterly basis principle, Darnell v. City of Jasper,
Alabama, 730 F.2d 653 (11th Cir. 1994).

C IRS prime rate of interest used for applicable time periods as promulgated by
the National Labor Relations Board pursuant to EEOC v. Guardian Pools, Inc., 828
F.2d 1507, 1512 (11th Cir. 1987).

Interest rates are calculated based upon the "short term Federal rate" i.e. the
rate assessed by the Internal Revenue Service on the underpayment of taxes, as

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 72

2006 WL 2612645 (U.S.)


published by the NLRB in Memorandum GC 97-7.

  Interest rates are compounded on a quarterly basis as provided for in  Darnell v.
City of Jasper, 730 F.2d 653 (11th Cir. 1984).

       *162 Backpay for Ledbetter from 3/25/96 to Present if she continued working
                       as a Technology Engineer
              Comparator: Jimmy Todd (base rate excluding overtime)

| Back Pay | | PBack Pay Per Hr | Comparator Per Hour | Back Pay Per Hr | Hrs Wkd Per Day | Back Pay Rate |
|---|---|---|---|---|---|---|
| From | To | | | | | |
| 03/25/96 | 03/31/96 | $21.51 | $26.90 | $5.39 | 8 | $  172.48 |
| 04/01/96 | 06/30/96 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/96 | 09/30/96 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/96 | 12/31/96 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 01/01/97 | 03/31/97 | 21.51 | 26.90 | 5.39 | 8 | 2,716.56 |
| 04/01/97 | 06/30/97 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/97 | 09/30/97 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/97 | 12/31/97 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 01/01/98 | 03/31/98 | 21.51 | 26.90 | 5.39 | 8 | 2,716.56 |
| 04/01/98 | 06/30/98 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/98 | 09/30/98 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/98 | 11/01/98 | 21.51 | 26.90 | 5.39 | 8 | 905.52 |
| 11/02/98 | 12/31/98 | 21.51 | 26.90 | 5.39 | 8 | 1,854.16 |
| 01/01/99 | 03/31/99 | 21.51 | 26.90 | 5.39 | 8 | 2,716.56 |
| 04/01/99 | 06/30/99 | 21.51 | 26.90 | 5.39 | 8 | 2,759.68 |
| 07/01/99 | 09/30/99 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 10/01/99 | 12/31/99 | 21.51 | 26.90 | 5.39 | 8 | 2,802.80 |
| 01/01/00 | 03/31/00 | 21.51 | 27.45 | 5.94 | 8 | 3,088.80 |
| 04/01/00 | 06/30/00 | 21.51 | 27.45 | 5.94 | 8 | 3,088.80 |
| 07/01/00 | 09/30/00 | 21.51 | 27.45 | 5.94 | 8 | 3,088.80 |
| 10/01/00 | 12/31/00 | 21.51 | 27.45 | 5.94 | 8 | 3,088.80 |
| 01/01/01 | 03/31/01 | 21.51 | 28.74 | 7.23 | 8 | 3,701.76 |
| 04/01/01 | 06/30/01 | 21.51 | 28.74 | 7.23 | 8 | 3,759.60 |
| 07/01/01 | 09/30/01 | 21.51 | 28.74 | 7.23 | 8 | 3,759.60 |
| 10/01/01 | 12/31/01 | 21.51 | 28.74 | 7.23 | 8 | 3,759.60 |
| 01/01/02 | 03/31/02 | 21.51 | 29.45 | 7.94 | 8 | 4,001.76 |
| 04/01/02 | 06/30/02 | 21.51 | 29.45 | 7.94 | 8 | 4,065.28 |
| 07/01/02 | 09/30/02 | 21.51 | 29.45 | 7.94 | 8 | 4,128.80 |
| 10/01/02 | 12/31/02 | 21.51 | 29.45 | 7.94 | 8 | 4,128.80 |
| 01/01/03 | 01/21/03 | 21.51 | 29.45 | 7.94 | 8 | 889.28 |

| Interim Earnings | Accum'd Principal | Int Rate % | NLRB Rate Factor | Interest | Total |
|---|---|---|---|---|---|

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 73

2006 WL 2612645 (U.S.)

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $    172.48 | 9 | 0.0015 | $    0.26 | $    172.74 |
| 0.00 | 2,932.42 | 8 | 0.02 | 58.65 | 2,991.07 |
| 0.00 | 5,793.87 | 9 | 0.02275 | 131.81 | 5,925.68 |
| 0.00 | 8,728.48 | 9 | 0.02275 | 198.57 | 8,927.05 |
| 0.00 | 11,643.61 | 9 | 0.02225 | 259.07 | 11,902.68 |
| 0.00 | 14,662.36 | 9 | 0.0225 | 329.90 | 14,992.26 |
| 0.00 | 17,795.06 | 9 | 0.02275 | 404.84 | 18,199.90 |
| 0.00 | 21,002.70 | 9 | 0.02275 | 477.81 | 21,480.51 |
| 0.00 | 24,197.07 | 9 | 0.02225 | 538.38 | 24,735.46 |
| 0.00 | 27,495.14 | 8 | 0.02 | 549.90 | 28,045.04 |
| 0.00 | 30,847.84 | 8 | 0.02022222 | 623.81 | 31,471.65 |
| 0.00 | 32,377.17 | 8 | 0.00688889 | 223.04 | 32,600.22 |
| 0.00 | 34,454.38 | 8 | 0.01311111 | 451.74 | 34,906.11 |
| 0.00 | 37,622.67 | 7 | 0.01730556 | 651.08 | 38,273.75 |
| 0.00 | 41,033.43 | 8 | 0.02 | 820.67 | 41,854.10 |
| 0.00 | 44,656.90 | 8 | 0.02022222 | 903.06 | 45,559.96 |
| 0.00 | 48,362.76 | 8 | 0.02022222 | 978.00 | 49,340.76 |
| 0.00 | 52,429.56 | 8 | 0.02 | 1,048.59 | 53,478.16 |
| 0.00 | 56,566.96 | 9 | 0.0225 | 1,272.76 | 57,839.71 |
| 0.00 | 60,928.51 | 9 | 0.02275 | 1,386.12 | 62,314.64 |
| 0.00 | 65,403.44 | 9 | 0.02275 | 1,487.93 | 66,891.36 |
| 0.00 | 70,593.12 | 9 | 0.02275 | 1,570.70 | 72,163.82 |
| 0.00 | 75,923.42 | 8 | 0.02 | 1,518.47 | 77,441.89 |
| 0.00 | 81,201.49 | 7 | 0.01769444 | 1,436.82 | 82,638.30 |
| 0.00 | 86,397.90 | 7 | 0.01769444 | 1,528.76 | 87,926.67 |
| 0.00 | 91,928.43 | 6 | 0.01483333 | 1,363.61 | 93,292.03 |
| 0.00 | 97,357.31 | 6 | 0.015 | 1,460.36 | 98,817.67 |
| 0.00 | 102,946.47 | 6 | 0.01516667 | 1,561.35 | 104,507.83 |
| 0.00 | 108,636.63 | 6 | 0.01516667 | 1,647.66 | 110,284.28 |
| 0.00 | 111,173.56 | 5 | 0.00277778 | 308.82 | 111,482.38 |

   *164 A This Backpay Chart covers the time period from March 25, 1996 through
January 21, 2003 and represents base pay rates with interest accruing through
January 21, 2003.

   B National Labor Relations Board Guidelines were followed in compounding
interest on the accumulated quarterly basis principle, Darnell v. City of Jasper,
Alabama, 730 F.2d 653 (11th Cir. 1994).
   C IRS prime rate of interest used for applicable time periods as promulgated by
the National Labor Relations Board pursuant to EEOC v. Guardian Pools, Inc., 828
F.2d 1507, 1512 (11th Cir. 1987).

   Interest rates are calculated based upon the "short term Federal rate" i.e. the
rate assessed by the Internal Revenue Service on the underpayment of taxes, as
published by the NLRB in Memorandum GC 97-7.

   Interest rates are compounded on a quarterly basis as provided for in  Darnell v.
City of Jasper, 730 F.2d 653 (11th Cir. 1984).

        © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 74

2006 WL 2612645 (U.S.)


**\*165** 09/29/98

10:27:29

                    GOODYEAR EMPLOYEE MANAGEMENT SYSTEM
                         ** EMPLOYEE PROFILE **

PAGE: 001

FROM: 01/01


                         EMPLOYEE: LEDBETTER, LILLY M
                         EMPLOYEE NUMBER: XXXXXXXXXXX

PO BOX 742

JACKSONVILLE AL 36265

DOB: #XXXX

CSD: 02/05/79

RACE: WHITE

VET: NO MILITARY

DOD:

PSD: 02/05/79

HNCP: NOT DISABLED

CIT: U S CITIZEN

SEX: F

JSD: 08/01/9

AGE:

STATUS: A ACTIVE

EMPCC: FS FULL TIME SALARIED

GRADE: E03

UNREP:

POS: 46002272504

TITLE: TECHNOLOGY ENGINEER

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645

2006 WL 2612645 (U.S.)


FLSA: 2

DEPT: 5040

LOCN: GT131

MIN: 3,075

MID: 4,150

MAX: 5,225

ORG1: PRODUCT SUPPLY

ORG2: NORTH AMERICAN TIRE

ORG3: GTR GADSDEN PLT

BASRT: 3,727.0000

PYRCD: 10011

PAY FREQ: S

BASE FREQ: M

MERIT BUDGET: 001

HIGH SCHOOL GRADUATE


| AS OF | BASE RATE | LOCATION | DEPT | TITLE | TYP | GRADE | EEO |
|---|---|---|---|---|---|---|---|
| 08/01/98 | 3,727.0000 | GTR GADSDE | 5040 | TECHNOLOGY ENGINEER | TC | E03 | B |
| 07/20/98 | 3,727.0000 | GTR GADSDE | 5510 | AREA MGR-PRODCTN/MAI | RS | E04 | A |
| 05/05/98 | 2,608.9000 | GTR GADSDE | 5510 | AREA MGR-PRODCTN/MAI | PP | E04 | A |
| 03/05/98 | 3 727.0000 | GTR GADSDE | 5510 | AREA MGR-PRODCTN/MAI | LA | E04 | A |
| 09/01/97 | 3,727.0000 | GTR GADSDE | 5510 | AREA MGR-PRODCTN/MAI | DC | E04 | A |
| 01/01/97 | 3,727.0000 | GTR GADSDE | 5520 | AREA MGR-PRODCTN/MAI | IC | E04 | A |
| 12/16/96 | 3,727.0000 | GTR GADSDE | 5520 | AREA MGR-PRODCTN/MAI | RS | E04 | A |
| 11/09/96 | 3,727.0000 | GTR GADSDE | 5520 | AREA MGR-PRODCTN/MAI | LA | E04 | A |
| 12/01/95 | 3,727.0000 | GTR GADSDE | 5510 | AREA MGR-PRODCTN/MAI | TP | E04 | A |
| 12/01/95 | 3,589.0000 | GTR GADSDE | 5520 | AREA | IP | 381 | A |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 76

2006 WL 2612645 (U.S.)

| | | | | MGR-PRODCTN/MAI | | | |
|---|---|---|---|---|---|---|---|
| 02/01/95 | 3,451.0000 | GTR GADSDE | 5520 | AREA | IC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 10/01/94 | 3,451.0000 | GTR GADSDE | 5520 | AREA | ME | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 04/01/94 | 3,288.0000 | GTR GADSDE | 5520 | AREA | IC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 01/01/94 | 3,288.0000 | GTR GADSDE | 5520 | AREA | SC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 04/01/93 | 3,288.0000 | GTR GADSDE | 5520 | AREA | ME | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 04/01/92 | 3,123.0000 | GTR GADSDE | 5520 | AREA | ME | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 02/10/92 | 2,928.0000 | GTR GADSDE | 5520 | AREA | DC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 11/01/91 | 2,928.0000 | GTR GADSDE | 5560 | AREA | RO | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 03/16/91 | 2,928.0000 | GTR GADSDE | 5560 | AREA | ME | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 02/19/90 | 2,687.0000 | GTR GADSDE | 5560 | AREA | TR | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 11/27/89 | 2,687.0000 | GTR GADSDE | 5430 | AREA | TR | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 09/26/89 | 2,687.0000 | GTR GADSDE | 5040 | AREA | RC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 09/25/89 | 2,687.0000 | GTR GADSDE | 5040 | AREA | RC | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 09/01/89 | 2,687.0000 | GTR AKR CO | 995 | AREA | RO | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 07/16/89 | 2,687.0000 | GT131 | 995 | AREA | LD | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |
| 07/15/89 | 2,687.0000 | GT131 | 995 | AREA | TR | 381 | A |
| | | | | MGR-PRODCTN/MAI | | | |

*167 09/29/98

10:27:29

GOODYEAR EMPLOYEE MANAGEMENT SYSTEM
** EMPLOYEE PROFILE **

PAGE: 002

FROM:01/01/01

EMPLOYEE: LEDBETTER, LILLY M
EMPLOYEE NUMBER: XXXXXXXXXXX

| AS OF | BASE RATE | LOCATION | DEPT | TITLE | TYP | GRADE | EEO |
|---|---|---|---|---|---|---|---|
| 03/01/89 | 2,687.0000 | GT131 | 1320 | AREA MGR-PRODCTN/MAI | ME | 381 | A |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 77

2006 WL 2612645 (U.S.)

| 08/17/87 | 2,535.0000 | GT131 | 132 | AREA MGR-PRODCTN/MAI | RC | 381 | A |
|----------|-----------|----------|------|----------------------|-----|-----|---|
| 12/16/85 | 2,535.0000 | GT131 | 5500 | AREA MGR-PRODCTN/MAI | TR | 381 | A |
| 11/01/85 | 2,535.0000 | GT131 | 5500 | AREA MGR-PRODCTN/MAI | ME | 381 | A |
| 09/01/84 | 2,365.0000 | GT131 | 5500 | SPRVSR-PRODCTN REC & | ME | 319 | A |
| 06/01/83 | 2,245.0000 | GTR GADSDE | 5500 | SPRVSR-PRODCTN REC & | ME | 25 | A |
| 02/01/82 | 2,110.0000 | GTR GADSDE | 5500 | SPRVSR-PRODCTN REC & | ME | 25 | A |
| 12/07/81 | 1,960.0200 | GTR GADSDE | 5500 | SPRVSR-PRODCTN REC & | RS | 25 | A |
| 10/28/81 | 1,960.0200 | GTR GADSDE | 5500 | SPRVSR-PRODCTN REC & | LA | 25 | A |
| 10/01/81 | 1,960.0200 | GTR GADSDE | 5500 | SPRVSR-PRODCTN REC & | GC | 25 | A |
| 07/01/81 | 1,918.5200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 24 | A |
| 04/01/81 | 1,877.0200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 24 | A |
| 01/01/81 | 1,835.5200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 24 | A |
| 12/01/80 | 1,794.0200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | ME | 23 | A |
| 10/01/80 | 1,733.0200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 23 | A |
| 07/01/80 | 1,701.8200 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 23 | A |
| 04/16/80 | 1,641.1500 | GT1316 | 5500 | SPRVSR-PRODCTN REC & | GC | 23 | A |
| 04/01/80 | 1,615.1500 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 23 | A |
| 01/01/80 | 1,580.4800 | GT131 | 5500 | SPRVSR-PRODCTN REC & | GC | 23 | A |
| 10/16/79 | 1,552.7500 | GT131 | 5500 | SPRVSR-PRODCTN REC & | TR | 23 | A |
| 10/01/79 | 1,552.7500 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | GC | 0 | B |
| 07/01/79 | 1,518.0800 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | GC | 0 | B |
| 04/16/79 | 1,452.2100 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | GI | 0 | B |
| 04/16/79 | 1,486.8800 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | GC | 0 | B |
| 04/01/79 | 1,396.7100 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | GC | 0 | B |
| 02/05/79 | 1,370.7100 | GT900 | 1053 | OUTSIDE PLNT SQD TRAI | NH | 0 | B |

| AS OF | DESCRIPTION | ELIG | DEFER | USED | BANKED |
|-------|-------------|--------|-------|--------|--------|
| 01/01/98 | VOCATIONAL | 352.00 | 0.00 | 0.00 | 0.00 |
| 01/01/98 | VACATION | 160.00 | 54.00 | 100.00 | 0.00 |
| 01/01/98 | SICK PAY | 352.00 | 0.00 | 352.00 | 0.00 |
| 01/01/97 | VOCATIONAL | 352.00 | 0.00 | 0.00 | 0.00 |
| 01/01/97 | VACATION | 160.00 | 14.00 | 120.00 | 0.00 |
| 01/01/97 | SICK PAY | 352.00 | 0.00 | 24.00 | 0.00 |
| 01/01/96 | VOCATIONAL | 352.00 | 0.00 | 0.00 | 0.00 |
| 01/01/96 | VACATION | 160.00 | 0.00 | 146.00 | 0.00 |
| 01/01/96 | SICK PAY | 352.00 | 0.00 | 276.00 | 0.00 |
| 01/01/95 | VOCATIONAL | 352.00 | 0.00 | 0.00 | 0.00 |
| 01/01/95 | VACATION | 160.00 | 26.00 | 186.00 | 0.00 |
| 01/01/95 | SICK PAY | 352.00 | 0.00 | 48.00 | 0.00 |

| AS OF | COURSE | COURSE DESCRIPTION |
|-------|--------|---------------------|
| 09/09/98 | GD6222 | BUSINESS CONDUCT |
| 05/04/98 | GD7055 | ISO 9000 ELEMENT STUDY |
| 02/02/98 | GD1018 | RADIATION - MISCELLANEOUS |
| 09/15/97 | GD1059 | PERSONNEL TRANSPORT VEH REVIEW |
| 02/28/97 | GD7048 | ISO9000 PJ INTERNAL AUDITOR |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 78

2006 WL 2612645 (U.S.)


```
10/19/96  GD7057  QS9000-CONCEPT & INTERPRET
10/02/96  GD7055  ISO 9000 ELEMENT STUDY
07/15/96  GD7053  ISO PUBLIC VIEW
02/19/93  MFG001  ADVANCED LEADERSHIP SKILLS
05/01/88  MFG004  AREA MANAGER TIRES
```

*170 09/29/98

10:27:29

                    GOODYEAR EMPLOYEE MANAGEMENT SYSTEM
                         ** EMPLOYEE PROFILE **

PAGE: 003

FROM: 01/01/


                    EMPLOYEE: LEDBETTER, LILLY M
                    EMPLOYEE NUMBER: XXXXXXXXXXX


AS OF  COURSE  COURSE DESCRIPTION


                    NO INFORMATION IS CURRENTLY ON FILE


    CODES    SKILL-DESCRIPTION                    YRS-EXP  LAST-YR

SKILL-CODES

| CODES | SKILL-DESCRIPTION | YRS-EXP | LAST-YR |
|---|---|---|---|
| AA145 | INVENTORY CONTROL | 10 | 78 |
| AC220 | PAPER (INCLUDING FORMS PURCHASING) | 10 | 78 |
| AG120 | EMPLOYEE APPRAISAL PLANS | 08 | 78 |
| AH105 | CONTRACT INTERPRETATION | 08 | 78 |
| AJ120 | GOVERNMENT REGULATIONS | 08 | 78 |
| AK110 | CAPITAL INVESTMENT EQUIPMENT PLANNI | 04 | 78 |
| AK145 | MANAGEMENT TRAINING | 08 | 78 |
| AL165 | PERFORMANCE MANAGEMENT SYSTEM | 08 | 78 |
| AL105 | COLLEGE RELATIONS | 06 | 78 |
| AL110 | COUNSELING | 07 | 78 |
| AL120 | EMPLOYMENT | 08 | 78 |
| AL155 | MOTIVATION TECHNIQUE | 06 | 78 |
| AL175 | PERSONNEL PLACEMENT | 05 | 78 |
| AL180 | PERSONNEL POLICIES | 05 | 78 |
| AL185 | PERSONNEL RECORDS RETENTION / MAINT | 06 | 78 |
| AL190 | RECRUITING | 06 | 78 |
| BC325 | GOV'T IMPOSED CONSTRAINTS | 09 | 78 |
| BE110 | EEO LAWS AND REGULATIONS | 06 | 78 |
| BF190 | OSHA PROCEDURES / LAWS | 07 | 78 |
| BF225 | SAFETY PROMOTION | 06 | 78 |
| BG235 | LABOR LAW | 07 | 78 |
| BG330 | FEDERAL REPORTS | 08 | 78 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                      Page 79

2006 WL 2612645 (U.S.)


```
      BG370   TAX AND TAXATION LAW            10      78
      JF 100  QUALITY CONTROL - GENERAL       WE      84
      NA120   PASSENGER TIRES                 WM      84
```

WD 110 WILLING TO RELOCATE IN THE UNITED S


```
01/01/76  02/01/79  DISTRICT MANAGER          H & R BLOCK INC.
05/01/74  01/01/76  ASSISTANT TO FINANCIAL AID JACKSONVILLE STATE UNVIVERS
07/01/73  05/01/74  OFFICE MANAGER-BOOKKEEPER WOMAN'S CLIMIC PA
12/01/72  06/01/73  ASSISTANT MANAGER         H & R BLOCK INC.
07/01/72  12/01/72  ACCOUNTANT                MORGAN & COPELAND ACCOUNTIN
```

PRESIDENT AMA ANNISTON 1982-1983
AL PRIVATE SCHOOL LICENSE BRD 79-81
CERTIFICATE OF APPRECIATION 1976

*173 09/29/98

10:27:29

GOODYEAR EMPLOYEE MANAGEMENT SYSTEM
** EMPLOYEE PROFILE **

PAGE: 004

FROM: 01/01/


EMPLOYEE: LEDBETTER, LILLY M
EMPLOYEE NUMBER: XXXXXXXXXXX

```
      CODES            SKILL-DESCRIPTION            YRS-EXP  LAST-YR
ACTIVITIES  SPECIAL OLYMPICS PROGRAM
            YMCA VOLUNTEER
DEVELOPMENT-COURSES
            PRACTICAL SPEAKING UP&OUT 1 DAY    84
            HIGH TECHNOLOGY-IMPACT ON MGT 2HR  84
            MANAGING EFFECTIVE MEETING 2HRS    84
            PREVENTIVE LABOR RELATIONS 1 DAY   83
            PUBLIC SPEAKING IN LEADERSHIP 2HR  83
            TIME MANAGEMENT 2 HOURS 1983
            PROD PLANNING & SCHEDULING 4 HRS   83
            PARTICIPATIVE MANAGEMENT 4 HOURS   83
                ***** END OF DOCUMENT *****
```

*174 ATTACHMENT I

Dept. 5520

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 80

2006 WL 2612645 (U.S.)


  Location: GADSDEN
  Date: 3-26-93

                    SALARIED EMPLOYEES
                  MERIT INCREASE PLANNING
              (Year Beginning Jan 93 & Ending Dec 93)

[Note: The following TABLE/FORM is too wide to be displayed on one screen.
You must print it for a meaningful review of its contents. The table has been
divided into multiple pieces with each piece containing information to help you
assemble a printout of the table. The information for each piece includes: (1)
a three line message preceding the tabular data showing by line # and
character # the position of the upper left-hand corner of the piece and the
position of the piece within the entire table; and (2) a numeric scale
following the tabular data displaying the character positions.]

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 81

2006 WL 2612645 (U.S.)


*****************************************************************
******** This is piece 1. -- It begins at character 1 of table line 1. ********
*****************************************************************


| Name | Classification | Rate Range | | | | | |
|------|----------------|-----|-----|-----|---------|------|------|
| | | Min | Mid | Max | Present Salary | Date Last Merit | Perf Grp |
| R.D. Jones | Area Mgr Prod/Maint | 3185 | 3981 | 4777 | 4187.02 | 3-1-92 | 1 |
| J.S. Thompson | Area Mgr Prod/Maint | 3185 | 3981 | 4777 | 4120.00 | 7-1-92 | 2 |
| W.C. Miller | Area Mgr Prod/Maint | 3185 | 3981 | 4777 | 4420.00 | 9-1-92 | 2 |
| W.G. Bice | Maint. Section Mgr | 3040 | 3800 | 4560 | 3813.00 | 5-1-92 | 2 |
| L.M. Ledbetter | Area Mgr Prod/Maint | 3185 | 3981 | 4777 | 3123.00 | 4-1-92 | 2 |
| J.R. Todd | Area Mgr Prod/Maint | 3185 | 3981 | 4777 | 4412.00 | 6-1-92 | 3 |

1...+...10....+...20....+...30....+...40....+...50....+...60....+...70....+..


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                         Page 82

2006 WL 2612645 (U.S.)

```
*******************************************************************************
******* This is piece 2. -- It begins at character 78 of table line 1. *******
*******************************************************************************
   Proposed Merit Plan
 ----------------------
                 Increase
                 -----------
   Effect.    %    Amount
     Date

 ----------------------
   3-1-93    5.-   250.00
             9
             7
 ----------------------
   9-1-93    4.-   200.00
             8
             5
 ----------------------
  11-1-93    4.-   205.00
             6
             4
 ----------------------
   7-1-93    4.-   182.00
             7
             8
 ----------------------
   4-1-93    5.-   165.00
             2
             8
 ----------------------
     -        -      0

 78.....+...90....+....
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 83

2006 WL 2612645 (U.S.)


 Prepared By: /s/ M.V. Tucker

 Reviewed by: [not signed]

 Total Allocation $1,002.00

 Expenditure $1,002.00
 *175 ATTACHMENT I
 Dept. 5520
 Location: GADSDEN
 Date: 3-9-94

                    SALARIED EMPLOYEES
                 MERIT INCREASE PLANNING
            (Year Beginning Jan 94 & Ending Dec 94)

[Note:  The following TABLE/FORM is too wide to be displayed on one screen.
You must print it for a meaningful review of its contents.  The table has been
divided into multiple pieces with each piece containing information to help you
assemble a printout of the table.  The information for each piece includes: (1)
a three line message preceding the tabular data showing by line # and
character # the position of the upper left-hand corner of the piece and the
position of the piece within the entire table; and (2) a numeric scale
following the tabular data displaying the character positions.]

               © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 84

2006 WL 2612645 (U.S.)


**************************************************************************
******** This is piece 1. -- It begins at character 1 of table line 1. ********
**************************************************************************

| Name | Classification | Rate Range | | | Present Salary | Date Last Merit | Perf Grp |
|------|----------------|------------|------|------|---------|-----------|------|
|      |                | Min | Mid | Max | | | |
| R.D. Jones | Area Mgr Prod/Main | 2967 | 3857 | 4747 | 4437.02 | 3-1-93 | 1 |
| W.C. Miller | Area Mgr Prod/Maint | 2967 | 3857 | 4747 | 4625.00 | 11-1-93 | 2 |
| J.S. Thompson | Area Mgr Prod/Maint | 2967 | 3857 | 4747 | 4320.00 | 9-1-93 | 2 |
| J.R. Todd | Area Mgr. Prod/Maint | 2967 | 3857 | 4747 | 4412.00 | 6-1-92 | 2 |
| W.G. Bice | Maint. Section Mgr | 2967 | 3857 | 4747 | 3995.00 | 7-1-93 | 2 |
| L.M. Ledbetter | Area Mgr Prod/Maint | 2967 | 3857 | 4747 | 3288.00 | 4-1-93 | 3 |

1...+...10....+...20....+...30....+...40....+...50....+...60....+...70....+..

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
2006 WL 2612645                                              Page 85

2006 WL 2612645 (U.S.)


*****************************************************************
******* This is piece 2. -- It begins at character 78 of table line 1. *******
*****************************************************************
 Proposed Merit Plan
 ----------------------
              Increase
              -----------
 Effect.    %   Amount
  Date

 ----------------------
 5-1-94     6.-  288.00
            5
            0
 ----------------------
     -

 ----------------------
     -

 ----------------------
 2-1-94     5.-  250.00
            6
            6
 ----------------------
 10-1-94    5.-  205.00
            1
            0
 ----------------------
 11-1-94    5.-  163.00
            0
            0
 78.....+...90....+....
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                          Page 86

2006 WL 2612645 (U.S.)


 Prepared By: /s/ M.V. Tucker

 Reviewed by: /s/ H. Smith

 Total Allocation $906.00

 Expenditure $906.00

| Name | Title | Exempt/Non-Ex. | Peer Pos. | Present Salary |
|------|-------|----------------|-----------|----------------|
| Amberson, T.R. | Area Mgr | Exempt | 18 | 4595.00 |
| Barnes, D.A. | Area Mgr | Exempt | 12 | 4186.00 |
| Bice, W.G. | Maint Sect Mgr | Exempt | 6 | 4200.00 |
| Burnes, R.L. | Sec Fec Coun'l | Non Exempt | 7 | 2200.00 |
| Cheatwood, J.L. | Area Mgr | Exempt | 5 | 4100.00 |
| Dorn, D.R. | Maint. Mgr | Exempt | 13 | 4785.00 |
| Elliott, C.B. | Area Mgr | Exempt | 20 | 4551.00 |
| Gunter, R.D. | Area Mgr | Exempt | 14 | 4141.00 |
| Hicks, W.W. | Area Mgr | Exempt | 8 | 4566.00 |
| Holderfield, V.B. | Prod. Specialist | Exempt | 9 | 5306.00 |
| Jenkins, A. | Maint Sec. Mgr | Exempt | 22 | 3952.00 |
| Jones, R.D. | Area Mgr | Exempt | 2 | 5105.00 |
| Kell, J.A. | Area Mgr | Exempt | 11 | 4582.00 |
| Ledbetter, L.M. | Area Mgr | Exempt | 23 | 3727.00 |
| Maudsley, M.V. | Prod Auditor | Exempt | 10 | 5315.00 |
| Maydall, B.J. | Maint Mgr | Exempt | 16 | 5470.00 |
| McLeod, P.M. | Area Mgr | Exempt | 1 | 4745.00 |
| Miller, W.C. | Area Mgr | Exempt | 17 | 4905.00 |
| Maske, R.J. | Area Mgr | Exempt | 3 | 4435.00 |
| Sitz, P.S. | Area Mgr | Exempt | 19 | 4350.00 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 87

2006 WL 2612645 (U.S.)

| Name | | | | | |
|------|------|--------|----|---------|
| Thomas, W.O. | Area Mgr | Exempt | 15 | 4192.00 |
| Todd, J.R. | Area Mgr | Exempt | 24 | 4662.00 |
| Thompson, J.S. | Area Mgr | Exempt | 21 | 4560.00 |
| Welsh, B.F. | Area Mgr | Exempt | 4 | 4840.00 |

TOTALS

| Range Min | Max | Last Incr Date | Last Inc % | Eff Date | IPA % | IPA $ | TPA % | TPA |
|------|------|------|------|------|------|------|------|------|
| 3265 | 5549 | 10-1-95 | 3.84 | | | | | |
| 3265 | 5549 | 10-1-94 | 4.23 | 3-1-96 | 3.5 | 145.00 | | |
| 2903 | 4935 | 10-1-94 | 5.13 | 3-1-96 | 2.4 | 100.0 | 2.4 | 100.00 |
| 1626 | 2602 | 9-1-94 | 3.53 | 2-1-96 | 2.2 | 50.00 | 2.2 | 50.00 |
| 3265 | 5549 | 10-1-94 | 5.37 | 3-1-96 | 2.4 | 100.00 | 2.4 | 100.00 |
| 3702 | 6292 | 5-1-95 | 4.02 | 10-1-96 | 3.2 | 150.00 | | |
| 3265 | 5549 | 4-1-95 | 4.12 | | | | | |
| 3265 | 5549 | 6-15-95 | 9.99 | 11-1-96 | 3.5 | 145.00 | | |
| 3265 | 5549 | 12-1-94 | 3.87 | 5-1-96 | 2.2 | 100.00 | 2.2 | 100.00 |
| 3265 | 5549 | 5-1-95 | 8.42 | 9-1-96 | 3.8 | 200.00 | | |
| 2903 | 4935 | 5-1-95 | 4.77 | | | | | |
| 3265 | 5549 | 9-1-95 | 7.89 | | | | | |
| 3265 | 5549 | 7-1-95 | 6.21 | 11-1-96 | 3.0 | 145.00 | | |
| 3265 | 5549 | 12-1-95 | 7.85 | | | | | |
| 3702 | 6292 | 7-1-95 | 2.09 | 11-1-96 | 3.8 | 200.00 | | |
| 3702 | 6292 | 12-1-95 | 3.99 | | | | | |
| 3265 | 5549 | 11-1-94 | 3.26 | 3-1-96 | 3.0 | 140.00 | 3.0 | 140.00 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 88

2006 WL 2612645 (U.S.)


| 3265 | 5549 | 4-1-95  | 5.97 |         |     |        |     |        |
|------|------|---------|------|---------|-----|--------|-----|--------|
| 3265 | 5549 | 10-1-94 | 4.11 | 3-1-96  | 2.4 | 105.00 | 2.4 | 105.00 |
| 3265 | 5549 | 10-1-95 | 3.57 |         |     |        |     |        |
| 3265 | 5549 | 12-1-94 | 4.23 | 5-1-96  | 3.2 | 140.00 |     |        |
| 3265 | 5549 | 2-1-94  | 5.67 |         |     |        |     |        |
| 3265 | 5549 | 4-1-95  | 5.42 |         |     |        |     |        |
| 3265 | 5549 | 7-1-95  | 2.87 | 11-1-96 | 2.5 | 120.00 | 2.5 | 120.00 |
|      |      |         |      |         |     |      1 |     |      2 |


  *177 Total IPA Allocation - $1,852.00 Total IPA - 1840.00

  Total TPA Allocation - $825.00 Total TPA - 715.00
   Time Interval exempt - 16 months
   Time Interval non exempt - 17 months
   /s/ Peter T. Buchanan 4/20/96

  *178 Associate Name: Lilly Ledbetter

  Performance Review Year: 1997

  Major Responsibility: Safety


  __Extremely important __ Very Important __Important

  PS#1 - Actively involved in the business center safety
   1) Does not attend weekly safety meetings in the business center.
   2) Fills out safety investigations and finds root cause
   3) Needs improvement on monthly safety tours with safety rep.
   4) Good reduction in OSHA rates in 1997.
   5) Utilizes LOTO/CHE procedures. Should develop a documented audit external to
  the auditor's audits.

  [handwritten note: "Bad external audits."]

  PS#2 - Effectively manages light duty labor.
   1) Utilizes light duty labor effectively

  PS#3 - Insures safety and accident investigations are complete and root cause is
  eliminated.
   1) Utilizes crew safety representative to investigate accidents.
   2) Investigates all OSHA reportable accidents and finds root cause.

         © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 89

2006 WL 2612645 (U.S.)


PS#4 - Department adheres to PPE policy and other safety guidelines.
  1) Wears personal PPE.
  2) Team's compliance during PPE audits is the worst in the department. This
needs improvement in 1998.

Associate Comments: _____

_____
_____

Rater Comments:

_____
_____
_____

*179 Overall evaluation of Major Responsibility (Circle One)


|     5     |     4     |     3     |     2     |     1     |
| Highly Outstndg | Good Effec | Effec | Needs | Poor |
| Perform. | Perform. | Perform. | Improvmnt | Perform. |


[Number 1 (Poor Performance) is circled.]

Major Responsibility: Quality and Waste

__Extremely important __ Very Important __Important

PS#1 - Business center Demonstrates continuous improvement in waste.
  1) Average cured waste performance for the year.
  2)
  3) Does an excellent job of filling out necessary scrap tags.
  4) Repairs scrap when possible.

PS#2 - Visible on the floor working on waste related issues.
  1) Very visible on the floor working on waste. Lilly needs to expect this same
effort out of the associates that work for her.
  2) Some follow-up on machines that are having waste issues in person.
  3) Lacks machine .
  4) Needs to work more closely with technology associates to reduce waste to the
department goals.

PS#3 - Follows QS9000 systems and continually strives to improve quality.
  1) Department does daily QS9000 contacts.
  2) Followed up and on all QS9000 audit non-conformances and implement corrective
action where required.

*180 PS#4 - Holds associates accountable for following procedures and generating
scrap.
  1) Has to be encouraged to hold people accountable for waste.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 90

2006 WL 2612645 (U.S.)


  2)
  3) Procedures for ensuring the right stock is loaded need to be audited to find potential problems before there is a tire hold. People should be held accountable before the problem manifests itself as a hold.

Associate Comments: _____

_____
_____

Rater Comments:

_____
_____
_____

Overall evaluation of Major Responsibility (Circle One)


       5                 4              3            2            1
Highly Good Outstndg   Good Effec    Effec        Needs        Poor
    Perform.            Perform.     Perform.    Improvmnt     Perform


[Number 3 (Effective Performance) is circled.]

Major Responsibility: Product delivery and Output per hour

 __Extremely important __ Very Important __Important

PS#1 - Achieves production goals.
  1) Production goals were not met for 1997. Lilly was tied for the worst production in her section.
  2) Improvements are needed in the ARFs. She needs to put ownership of building tires on the builders not herself.
  3) Lacks mechanical and electrical knowledge of the machine.

  *181 PS#2 - Manages customer losses.
  1) Knows what the customer needs and works with the other tire room managers to ensure the correct machines are turboed.
  2) Effectively prioritizes turbo machine production to ensure curing losses are minimal.

  PS#3 - Manages output per associate hour worked.
  1) Her section needs to improve production to reduce hours of overtime worked to support low codes.
  2) Needs to better utilize existing associates on housekeeping and other misc. tasks to reduce overtime hours.
  3) Improvement needed on engineering utilization to prevent overtime hours worked to due misc. projects.

  PS#4 - Maintains equipment

        © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                Page 91

2006 WL 2612645 (U.S.)


   1) Works on the machines when needed.
   2) Works with engineering to improve the machines level of operating condition.

Associate Comments: _____

_____
_____

Rater Comments:

_____
_____
_____

Overall evaluation of Major Responsibility (Circle One)


        5                4               3             2             1
 Highly Outstndg    Good Effec       Effec         Needs         Poor
    Perform.          Perform.       Perform.      Imprvmnt      Perform.


   [Number 2 (Needs Improvement) is circled.]

Major Responsibility: Housekeeping

   __Extremely important __ Very Important __Important

*182 PS#1 - Performs housekeeping tours.
   1) In 1998, housekeeping tours need to be performed daily.
   2) Improvements in components on the floor, decluttering should be top priority.

PS#2 - Utilizes available labor to improve housekeeping.
   1) Utilized light duty labor for cleaning in T/A.
   2) Need improvement on utilizing labor on down machines for housekeeping.
   3) Need to utilize engineering associates for improving and maintaining the
areas.

PS#3 - Maintains outstanding housekeeping in high visibility areas.
   1) High visible areas are good.

Associate Comments: _____

_____
_____

Rater Comments: _____

_____
_____
_____

Overall evaluation of Major Responsibility (Circle One)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                      Page 92

2006 WL 2612645 (U.S.)


|          5          |          4          |          3          |          2          |          1          |
|---------------------|---------------------|---------------------|---------------------|---------------------|
| Highly Outstndg     | Good Effec          | Effec               | Needs               | Poor                |
| Perform.            | Perform.            | Perform.            | Imprvmnt            | Perform.            |


[Number 3 (Effective Performance) is circled.]

Major Responsibility: Cost Control

__Extremely important __ Very Important __Important

PS#1 - Manages overtime cost
  1) Utilizes G.O.s to fill vacancies
  2) Needs to better utilize builders in the area of housekeeping to *183 prevent
overtime for visits
  3) Needs to better utilize craftsmen idle time to do misc. work and bench work.

PS#2 - Holds associates accountable for non-contractual absenteeism.
  1) Holds associates accountable if encouraged.

Associate Comments: _____

_____

_____

Rater Comments:

_____

_____

_____

             Overall evaluation of Major Responsibility (Circle One)

|          5          |          4          |          3          |          2          |          1          |
|---------------------|---------------------|---------------------|---------------------|---------------------|
| Highly Outstndg     | Good Effec          | Effec               | Needs               | Poor                |
| Perform.            | Perform.            | Perform.            | Improvnmt           | Perform.            |


[Numbers 2 (Needs Improvement) and 3 (Good Effective Performance) are circled.]

Major Responsibility: Associate and Team Development

__Extremely important __Very Important __Important

PS#1 - Holds team building meetings
  1) Hold limited team meetings in 1997. In 1998 team meetings in the section need
to be on a bimonthly basis.

PS#2 - Develops relationships, maintains relationships and communicates to
associates
  1) She is a very good communicator

                © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 93

2006 WL 2612645 (U.S.)


  2) She works well with the union representatives.
  3) Maintains good relationships with all his team.

  *184 PS#3 - Provides feedback on performance to associates
  1) Keeps team informed of key communications items.
  2) Provides feedback to associates on controllable waste.

Associate Comments: _____

_____
_____

Rater Comments:

  [handwritten] Lilly used external resource for team meetings to Improve team
performance until stopped for overtime costs.

_____

        Overall evaluation of Major Responsibility (Circle One)

       5                4               3               2               1
  Highly Outstndg   Good Effec        Effec          Needs           Poor
     Perform.        Perform.        Perform.       Improvnmt        Perform.


  [Number 3 (Good Effective Performance) is circled.]

  Major Responsibility: Implementation of Policies and Procedures

  __Extremely important __ Very Important __Important

  PS#1 - Performs audits.
  1) She does not perform daily audits on PPE
  2) Several associates do not consistently wear all their PPE.
  3) CHE/LOTO audits need to be formalized in 1998.
  4) Exceptions need to be managed and discipline used when appropriate.

  *185 PS#2 - Effectively manages Discipline system.
  1) Apply discipline consistently as needed on quality, waste and attendance
problems.
  2) Needs to utilize discipline in the area of production, waste and other
policy-related problems.

  PS#3 - Ensures associates work throughout shift
  1) ARFs run throughout the shift.
  2) Could make gains by better utilizing turbo time on the ARFs.
  3) Needs to focus on reducing exceptions.

Associate Comments: _____

_____

        © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                              Page 94

2006 WL 2612645 (U.S.)

_____

Rater Comments:

_____
_____
_____

            Overall evaluation of Major Responsibility (Circle One)

      5                4              3              2              1
Highly Outstndg    Good Effec      Effec        Needs          Poor
   Perform.         Perform.      Perform.     Improvnmt      Perform.


[Number 1 (Poor Performance) is circled.]

   *186 TRAINING AND DEVELOPMENTAL EXPERIENCES TO ENHANCE PERFORMANCE ON MAJOR
                          RESPONSIBLITIES
Associate Name: Lilly Ledbetter For Performance Review

Year: 1997


                  Developmental Needs   Developmental Plans
      Major       List knowledge, skills Describe training    Date to be
Responsibilities  or experiences that   problems, job        Completed
    (MR's)        can be enhanced to    assignments, special
                  increase performance  projects or coaching
                  within a major        that will take place
                  responsibility        in the upcoming
                                        year.
-------------------------------------------------------------------------------
      1
-------------------------------------------------------------------------------
      2
-------------------------------------------------------------------------------
      3
-------------------------------------------------------------------------------
      4
-------------------------------------------------------------------------------
      5
-------------------------------------------------------------------------------
      6
-------------------------------------------------------------------------------
      7
-------------------------------------------------------------------------------
      8
-------------------------------------------------------------------------------
      9
-------------------------------------------------------------------------------
     10

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                      Page 95

2006 WL 2612645 (U.S.)


-------------------------------------------------------------------------------
 Overall/Specific
   Development
       Needs


 [The word "NONE" is handwritten diagonally across rows 1 and 2 in the second
column.]

                        *187 PERFORMANCE EVALUATION SUMMARY

MR Inportance                Performance Categories
3 = Extremely Important      5 = Outstanding Performance
2 = Very Important           4 = Highly Effective Performance
1 = Important                3 = Good, Effective Performance
                             2 = Needs Improvement
                             1 = Poor Performance




         Importance          Rating

MR 1          3                 1
        ----------------  ----------------
MR 2          3                 3
        ----------------  ----------------
MR 3          3                 2
        ----------------  ----------------
MR 4          3                 2
        ----------------  ----------------
MR 5          3                 3
        ----------------  ----------------
MR 6          3                 3
        ----------------  ----------------
MR 7          3                 1
        ----------------  ----------------
MR 8    _____  _____
MR 9    _____  _____
MR 10   _____  _____


 Period Reviewed: From 1/97 To 12/97

 Performance Evaluated By: /s/ R. K. Owen Date 2/4/98

 Associate comments:

    _____
    _____
    _____

            © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                   Page 96

2006 WL 2612645 (U.S.)


_____
_____
_____
_____

I have discussed the contents of this performance appraisal with my manager.

/s/ Lilly M. Ledbetter
Associate's Signature
2/5/93
Date


**\*188** 1997 Reviews

| Name | 1 Safety | 2 Q&W | 3 Production | 4 Cost | 5 Housekeeping | 6 Team Dev. | 7 Imp. | Av. Score |
|------|------|------|------|------|------|------|------|------|
| R. Jones | 4 | 5 | 4 | 3 | 4 | 4 | 3 | 3.86 |
| McCleod | 4 | 4 | 5 | 3 | 3 | 4 | 4 | 3.86 |
| Miller | 4 | 4 | 4.5 | 4 | 4 | 4.5 | 2 | 3.86 |
| Barnes | 3 | 2 | 3 | 4 | 3 | 5 | 4 | 3.43 |
| Amberson | 3 | 3 | 4 | 3.5 | 3 | 4-5 | 2 | 3.29 |
| Cheatwood | 3 | 3 | 4 | 3 | 3 | 3.5 | 3.5 | 3.29 |
| Thompson | 3 | 3 | 3 | 5 | 3 | 4 | 2 | 3.29 |
| Elliott | 3 | 2 | 3.5 | 3 | 3.5 | 3 | 4 | 3.14 |
| Kell | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3.14 |
| Welch | 3 | 3 | 4 | 3 | 4 | 3 | 2 | 3.14 |
| Hicks | 4 | 2 | 3 | 3 | 3 | 3 | 3 | 3 |
| Gunter | 2 | 4 | 2 | 3 | 4 | 3 | 2 | 2.86 |
| Myers | 3 | 4 | 2 | 3 | 3 | 3 | 2 | 2.86 |
| Sitz | 4 | 3 | 3 | 2 | 3 | 3 | 2 | 2.86 |
| W. Chapman | 3 | 2 | 3 | 3 | 2 | 3 | 3 | 2.71 |
| J. Todd | 2 | 2.8 | 3.6 | 3.1 | 2.8 | 2 | 2.5 | 2.69 |
| Penny | 2 | 3 | 2.5 | 2.5 | 3 | 3 | 2 | 2.57 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645 (U.S.)

```
--------------------------------------------------------------------
Ledbetter    1     3     2     2     3        3     1     2.14
--------------------------------------------------------------------
Nance        2     1     2     1     2.5      2     2     1.79
```

**\*189** TIRE ASSEMBLY SALARIED MERIT PLAN YEAR BEGINNING 1/1/98 & ENDING
12/31/98

| RANK | NAME | TITLE | PAY GRADE | PRESENT SALARY |
|------|------|-------|-----------|----------------|
| 1  | Owen, RK        | Bus Ctr Mgr       | GGE08 | 6852    |
| 2  | Holderfield, VB | Prod Spec         | GGE04 | 5710    |
| 3  | Mcloud, PM      | Ar Mgr Pr Mtn     | GGE04 | 5236.05 |
| 4  | Jones, RD       | Prod Spec         | GGE04 | 5329.64 |
| 5  | Miller, WC      | Ar Mgr Pr Mtn     | GGE04 | 5106.11 |
| 6  | Dean, DR        | Maint Mgr         | GGE05 | 5122    |
| 7  | Barnes, DA      | Ar Mgr Pr Mtn     | GGE04 | 4460.93 |
| 8  | Cheatwood, JL   | Ar Mgr Pr Mtn     | GGE04 | 4394    |
| 9  | Maudsley, MV    | Prod Bs Ctr Aud   | GGE05 | 5515    |
| 10 | Elliott, CB     | Ar Mgr Pr Mtn     | GGE04 | 4673.88 |
| 11 | Thompson, JS    | Ar Mgr Pr Mtn     | GGE04 | 4692.24 |
| 12 | Kell, JA        | Ar Mgr Pr Mtn     | GGE04 | 4727    |
| 13 | Gunter, RD      | Ar Mgr Pr Mtn     | GGE04 | 4286    |
| 14 | Welch, BF       | Ar Mgr Pr Mtn     | GGE04 | 5080    |
| 15 | Amberson, TR    | Ar Mgr Pr Mtn     | GGE04 | 4769.61 |
| 16 | Hicks, WW       | Ar Mgr Pr Mtn     | GGE04 | 4870    |
| 17 | Burnes, RL      | Secy to Fact      | GGE04 | 2398.90 |
| 18 | Bice, WG        | Maint Sec Mgr     | GGE03 | 4532    |
| 19 | Gilchrist, JA   | Maint Sec Mgr     | GGE03 | 5064.51 |
| 20 | Sitz, PS        | Ar Mgr Pr Mtn     | GGE04 | 4480.50 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 98

2006 WL 2612645 (U.S.)

```
----------------------------------------------------------------
21  Penney, WJ      Ar Mgr Pr Mtn    GGE04        5065
----------------------------------------------------------------
22  Myers, DB       Ar Mgr Pr Mtn    GGE04        4600
----------------------------------------------------------------
23  Ledbetter, LM   Ar Mgr Pr Mtn    GGE04        3727
----------------------------------------------------------------
24  Nance, WD       Ar Mgr Pr Mtn    GGE04        4652.67
----------------------------------------------------------------
                    TOTALS                     115345.04
```

MERIT ALLOCATION: 2883.626

| COMP RATIO | PAY RANGE | | | LAST INCREASE | | LDR RECOG | |
|---|---|---|---|---|---|---|---|
| | MIN | MID | MAX | % | DATE | % | AMT |
| 0.92 | 3905 | 7470 | 10035 | 10 | 7/21/97 | 7.0 | 480.00 |
| 1.22 | 3458 | 4667 | 5876 | 3.7 | 12-1-97 | | |
| 1.12 | 3458 | 4667 | 5876 | 4.2 | 5/1/97 | | |
| 1.14 | 3458 | 4667 | 5876 | 4.4 | 1/1/97 | | |
| 1.14 | 3458 | 4667 | 5876 | 4.1 | 1/1/97 | | |
| 0.97 | 3919 | 5291 | 6663 | 3.7 | 12/1/97 | | |
| 0.96 | 3458 | 4667 | 5876 | 3.0 | 7/1/97 | | |
| 0.94 | 3458 | 4667 | 5876 | 2.1 | 11/1/97 | | |
| 1.04 | 3919 | 5291 | 6663 | 3.7 | 11/1/96 | | |
| 1.00 | 3458 | 4667 | 5876 | 2.7 | 1/1/97 | | |
| 1.01 | 3458 | 4667 | 5876 | 2.9 | 1/1/97 | | |
| 1.01 | 3458 | 4667 | 5876 | 3.1 | 11/1/96 | | |
| 0.92 | 3458 | 4667 | 5876 | 3.5 | 11/1/96 | | |
| 1.09 | 3458 | 4667 | 5876 | 2.4 | 11/1/96 | | |
| 1.02 | 3458 | 4667 | 5876 | 3.8 | 2/1/97 | | |
| 1.04 | 3458 | 4667 | 5876 | 2.1 | 10/1/97 | | |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645 (U.S.)

```
----------------------------------------------------------------
     0.51  3458  4667  5876   4.3    4/1/97
----------------------------------------------------------------
     1.09  3075  4150  5225   3.0    7/1/97
----------------------------------------------------------------
     1.22  3075  4150  5225   3.0   11/1/97
----------------------------------------------------------------
     0.96  3458  4667  5876   3.0    2/1/97
----------------------------------------------------------------
     1.09  3458  4667  5876   2.8   10/1/96
----------------------------------------------------------------
     0.99  3458  4667  5876
----------------------------------------------------------------
     0.80  3458  4667  5876   3.8   12/1/95
----------------------------------------------------------------
     1.00  3458  4667  5876   4.0   11/1/95
----------------------------------------------------------------
     1.01                            480.00
```

| RANK | NAME | LEVEL 1 | | LEVEL 2 | | LUMP SUM |
|------|------|---------|-----|---------|-----|----------|
|      |      | %       | AMT | %       | AMT |          |
| 1    | Owen, RK         |      |        |      |        | |
| 2    | Holderfield, VB  |      |        |      |        | |
| 3    | Mcloud, PM       | 4.11 | 215.00 |      |        | |
| 4    | Jones, RD        | 4.00 | 213.00 |      |        | |
| 5    | Miller, WC       | 4.01 | 205.00 |      |        | |
| 6    | Dean, DR         |      |        |      |        | |
| 7    | Barnes, DA       | 4.01 | 179.00 |      |        | |
| 8    | Cheatwood, JL    |      |        |      |        | |
| 9    | Maudsley, MV     |      |        | 3.25 | 179.00 | |
| 10   | Elliott, CB      |      |        | 3.42 | 160.00 | |
| 11   | Thompson, JS     |      |        | 3.41 | 160.00 | |
| 12   | Kell, JA         |      |        |      |        | |
| 13   | Gunter, RD       |      |        | 3.62 | 155.00 | |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 2612645                                                    Page 100

2006 WL 2612645 (U.S.)

```
14   Welch, BF                      3.05  155.00
     ------------------------------------------------------------
15   Amberson, TR                   3.14  150.00
     ------------------------------------------------------------
16   Hicks, WW                      3.08  150.00
     ------------------------------------------------------------
17   Burnes, RL                     3.84   92.00
     ------------------------------------------------------------
18   Bice, WG                       3.09  140.00
     ------------------------------------------------------------
19   Gilchrist, JA
     ------------------------------------------------------------
20   Sitx, PS                       3.01  135.00
     ------------------------------------------------------------
21   Penney, WJ
     ------------------------------------------------------------
22   Myers, DB
     ------------------------------------------------------------
23   Ledbetter, LM
     ------------------------------------------------------------
24   Nance, WD
     ------------------------------------------------------------
     TOTALS              812.00          1476.00
```

U.S.,2006.
Ledbetter v. Goodyear Tire and Rubber Company, Inc.
2006 WL 2612645
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.