# TAB A
## Case No. 3:02cv00821 (AWT)

New York Law Journal
Volume 220, Number 86
Copyright 1998 by the New York Law Publishing Company

Monday, November 2, 1998

CITY'S BIG FIRMS PAY SIMILARLY AND WELL

7TH-YEAR ASSOCIATES CAN EARN OVER $200,000

By Anna Snider

WITH SOME SMALL differences, New York City's largest law firms pay their associates similarly, and well.

The 1998 salary scales at the top firms do not follow each other in lockstep. But at most firms, plus or minus a few thousand dollars, associates can expect to make at least $101,000 in their first year; $110,000 in year two; low to mid $130s in year three; mid $150s in year four; high $170s in year five and mid $190s in year six. (See chart on page for specific salaries for the classes of 1992 through 1998 at each firm.)

Since the Law Journal last published an associate salary survey for all class levels in 1995, beginning salaries have jumped about 17 percent; second-and third-year associates pay has risen 9 percent, and senior associates are earning an additional 5 percent.

Bonus and More Bonus

The salary leaders are Sullivan & Cromwell, White & Case and Milbank, Tweed, Hadley & McCloy, which set themselves apart in recent weeks by announcing "special" bonuses to be paid in addition to normal bonuses, boosting their lawyers' pay well above the prevailing wage scale.

For Sullivan & Cromwell, the extra bonuses amount to $8,000 for the Class of 1997; $9,000 for the Class of 1996; $10,000 for the Class of 1995; $12,500 for the Class of 1994; $15,000 for the Class of 1993 and $17,500 for the Class of 1992.

White & Case is paying a special bonus of $10,000 per associate and Milbank is giving at least $7,500 per associate, and possibly more by the end of the year.

Other firms have yet to match or exceed those sums. But last year, handing out "boom-year" bonuses of $15,000 per associate were Cravath, Swaine & Moore; Cleary, Gottlieb, Steen & Hamilton; Fried, Frank, Harris, Shriver & Jacobson; Paul, Weiss, Rifkind, Wharton & Garrison; Simpson Thacher & Bartlett and Willkie Farr & Gallagher.

Even without counting the special bonuses, Sullivan & Cromwell's base salaries and traditional twice-yearly bonuses would still make it the highest-paying among the city's largest firms. The pay packages at White & Case and Milbank Tweed, without bonuses, would fall in the middle of the firms surveyed.

To rank the firms from highest paying to lowest paying, the Law Journal averaged compensation in the classes of 1992 through 1997. Fifteen firms completed questionnaires asking for salary information. For the nine remaining firms, data was obtained from partners, current and former

associates and recruiters, generally on the condition that they would not be named as sources. Firms were given an opportunity to confirm or correct that information.

The insurance defense firm Wilson, Elser, Moskowitz, Edelman & Dicker, the city's 13th largest firm, is not included, as its salaries are not competitive with those of full-service firms.

It was not possible to obtain compensation data for the classes of 1991 and above for all firms. There are few associates left at those levels, either because they have moved to new firms or been elevated to partner.

## Cravath Lagging

Cravath, which has often been the salary leader, is lagging behind six other firms. Pay in the classes of 1993, 1994 and 1996 are several thousand dollars below those at the highest paying firms.

Only members of Cravath's Class of 1995, who are paid $139,000 per year, and those in the Class of 1992, who are paid $205,000, stand out as more highly paid than their peers at other firms. The salary for third-year associates is about $5,000 to $9,000 higher than at 22 other firms, although Sullivan & Cromwell still trumps them, paying $149,000 to third-year associates. For Cravath's sixth-year associates, pay is about $9,000 more than at most other firms, except for Sullivan & Cromwell, which is paying associates of the same rank $218,500.

Simpson Thacher & Bartlett, trailing 15 other firms, is even more off the mark. For example, to match one of its traditional competitors, Cleary Gottlieb, the firm would have to raise salaries by $2,000 to $4,000 per class.

## Variable Bonuses

At all but two firms, LeBoeuf, Lamb, Greene & MacRae and Kelley Drye & Warren, associates are virtually guaranteed full bonuses unless their evaluations are abysmal. Because the full bonus is not a certainty at Kelley Drye, a midpoint between zero and the top bonus amount per individual class was factored in to
place that firm in the average salary rankings. To get the maximum bonus at Kelley Drye, several associates said they must bill 2,400 hours.

Without the full credit for bonuses, Kelley Drye placed last in the survey.

LeBoeuf bonuses also were discounted and the firm placed second to last. In calculating LeBoeuf's average salary, credit was given only for a non-discretionary bonus given to all associates billing 2,000 hours per year, including 200 pro bono hours. The size of the non-discretionary bonus varies from year to year, but because it amounted to 10 percent of base salary last year, that figure was factored in.

But LeBoeuf associates have the potential to qualify for a second, discretionary bonus as high as 25 percent of their base salaries. That bonus is not tied to billable hours, but is generally reserved for the firm's most productive associates, said the firm's recruiting director Stephen DiCarmine.

If associates earn the maximum discretionary bonus, plus the non-discretionary bonus, their total compensation would be well above the pay at any other firm.

One first-year associate got a full 35 percent bonus last year which brought her salary to $121,500, Mr. DiCarmine said. "We pay at the top of the market for our stars."

LeBoeuf's system potentially brings down compensation for associates working in departments where business is slower, like bankruptcy, as compared to corporate associates, who have lately been working longer hours.

"But when the market turns around, they [bankruptcy associates] are up and the others are down," he said.

Big Firms, Big Bucks. New York's Highest Paying Firms*
1. Sullivan & Cromwell
2. White & Case
3. Milbank, Tweed, Hadley & McCloy
4. Cleary, Gottlieb, Steen & Hamilton
5. Shearman & Sterling

*Based on average salaries for six classes of associates.
****
1998 Associate Salaries at New York's Larges Firms In Rank Order

Total Annual Compensation

(Bonus Portion) [FN1]

Average Salary [FN2]: $163,700

Law Firm: Sullivan & Cromwell [FN3]

Class of 1998 [FN4]: $103,000 ($9,000)

1997: $111,000 ($17,000)
1996: $130,000 ($26,000)
1995: $149,000 ($30,000)
1994: $173,500 ($34,500)
1993: $200,000 ($38,500)
1992: $218,500 ($54,500)
Average Salary [FN2]: 154,500 Law Firm: White & Case [FN3]

Class of 1998 [FN4]: 101,000 (5,000)

1997: 111,000 (15,000)
1996: 121,000 (20,000)
1995: 142,000 (25,000)
1994: 165,000 (27,500)
1993: 185,000 (30,000)
1992: 203,000 (32,000)
Average Salary [FN2]: 151,800 Law Firm: Milbank Tweed [FN3]

Class of 1998 [FN4]: 100,000

1997: 107,500 (7,500)

1996: 119,500 (7,500)
1995: 138,000 (7,500)
1994: 162,500 (7,500)
1993: 186,500 (7,500)
1992: 196,500 (7,500)
Average Salary [FN2]: 147,300 Law Firm: Cleary Gottlieb

Class of 1998 [FN4]: 102,000

1997: 102,000
1996: 114,000
1995: 134,000
1994: 156,000
1993: 182,000
1992: 196,000
Average Salary [FN2]: 146,800 Law Firm: Shearman & Sterling

Class of 1998 [FN4]: 100,000 (5,000)

1997: 100,000 (5,000)
1996: 115,000 (6,000)

1995: 133,000 (8,000)
1994: 155,000 (10,000)
1993: 183,000 (18,000)
1992: 195,000 (20,000)
Average Salary [FN2]: 146,500 Law Firm: Skadden Arps

Class of 1998 [FN4]: 101,000

1997: 101,000
1996: 115,000 (12,000)
1995: 132,000 (18,000)
1994: 155,000 (23,000)
1993: 180,000 (28,000)
1992: 196,000 (30,000)
Average Salary [FN2]: 146,500 Law Firm: Cravath

Class of 1998 [FN4]: 100,000 (6,000)

1997: 100,000 (6,000)
1996: 115,000 (6,000)
1995: 139,000 (9,000)

1994: 150,000 (12,000)
1993: 175,000 (20,000)
1992: 205,000
Average Salary [FN2]: 145,700 Law Firm: Fried Frank

Class of 1998 [FN4]: 101,000

1997: 101,000
1996: 112,000 (4,000)
1995: 131,000 (9,000)
1994: 155,000 (15,000)
1993: 180,000 (22,000)
1992: 195,000 (21,000)
Average Salary [FN2]: 145,500 Law Firm: Debevoise

Class of 1998 [FN4]: 101,000 (7,000)

1997: 101,000 (7,000)
1996: 113,000 (7,000)
1995: 131,000 (9,000)
1994: 153,000 (18,000)

1993: 180,000 (25,000)
1992: 195,000 (35,000)
Average Salary [FN2]: 145,500 Law Firm: Davis Polk

Class of 1998 [FN4]: 100,000

1997: 100,000
1996: 112,000
1995: 132,000
1994: 155,000
1993: 179,000
1992: 195,000
Average Salary [FN2]: 145,500 Law Firm: Rogers & Wells

Class of 1998 [FN4]: 101,000 (6,000)

1997: 101,000 (6,000)
1996: 113,000 (6,000)
1995: 131,000 (10,000)
1994: 153,000 (20,000)
1993: 180,000 (25,000)

1992: 195,000 (35,000)
Average Salary [FN2]: 145,300 Law Firm: Paul Weiss

Class of 1998 [FN4]: 101,000 (7,000)

1997: 101,000 (7,000)
1996: 112,000 (9,000)
1995: 132,000 (14,000)
1994: 154,000 (17,000)
1993: 179,000 (21,000)
1992: 194,000 (24,000)
Average Salary [FN2]: 145,200 Law Firm: Willkie Farr

Class of 1998 [FN4]: 101,500 (5,000)

1997: 101,500 (5,000)
1996: 113,000 (10,000)
1995: 132,000 (12,000)
1994: 155,000 (20,000)
1993: 180,000 (20,000)
1992: 190,000 (20,000)

Average Salary [FN2]: 145,100 Law Firm: Weil Gotshal

Class of 1998 [FN4]: 101,000

1997: 101,000
1996: 110,000
1995: 130,000
1994: 155,000
1993: 180,000
1992: 195,000
Average Salary [FN2]: 145,100 Law Firm: Stroock

Class of 1998 [FN4]: 101,000 (5,000)

1997: 101,000 (5,000)
1996: 113,000 (10,000)
1995: 133,000 (15,000)
1994: 154,000 (20,000)
1993: 180,000 (25,000)
1992: 190,000 (25,000)
Average Salary [FN2]: 144,700 Law Firm: Simpson Thacher [FN5]

Class of 1998 [FN4]: 100,000 (6,000)

1997: 100,000 (6,000)

1996: 112,000 (12,000)
1995: 132,500 (22,500)
1994: 152,700 (28,000)
1993: 178,000 (45,000)
1992: 193,000 (48,000)
Average Salary [FN2]: 144,700 Law Firm: Proskauer Rose

Class of 1998 [FN4]: 100,000 (9,000)

1997: 100,000 (9,000)
1996: 112,000 (13,500)
1995: 132,000 (21,000)
1994: 152,000 (28,000)
1993: 177,000 (39,500)
1992: 195,000 (44,000)
Average Salary [FN2]: 144,300 Law Firm: Brown & Wood

Class of 1998 [FN4]: 101,000 (3,000)

1997: 101,000 (3,000)
1996: 112,500 (7,500)
1995: 130,000 (15,000)
1994: 155,000 (20,000)
1993: 177,500 (22,500)
1992: 190,000 (25,000)
Average Salary [FN2]: 143,100 Law Firm: Dewey Ballantine

Class of 1998 [FN4]: 101,000 (3,000)

1997: 101,000 (3,000)
1996: 110,500 (7,500)
1995: 128,000 (11,000)
1994: 150,000 (16,000)
1993: 178,000 (28,500)
1992: 193,000 (26,500)
Average Salary [FN2]: 142,700 Law Firm: Coudert Brothers

Class of 1998 [FN4]: 101,000 (10,000)

1997: 101,000 (10,000)
1996: 115,000 (15,000)
1995: 135,000 (25,000)
1994: 150,000 (25,000)
1993: 170,000 (30,000)
1992: 185,000 (30,000)

Average Salary [FN2]: 142,500 Law Firm: Chadbourne

Class of 1998 [FN4]: 100,000 (5,000)

1997: 100,000 (5,000)
1996: 110,000 (10,000)
1995: 130,000 (18,000)
1994: 150,000 (20,000)
1993: 175,000 (25,000)
1992: 190,000 (25,000)
Average Salary [FN2]: 142,300 Law Firm: Kaye Scholer

Class of 1998 [FN4]: 102,000 (12,000)

1997: 102,000 (12,000)

1996: 112,000 (17,000)
1995: 130,000 (19,000)
1994: 150,000 (23,000)
1993: 175,000 (27,000)
1992: 185,000 (28,000)
Average Salary [FN2]: 136,000 Law Firm: LeBoeuf [FN6]

Class of 1998 [FN4]: 101,000 (5,000)

1997: 101,000 (5,000)
1996: 100,000
1995: 110,000
1994: 130,000
1993: 150,000
1992: 160,000
Average Salary [FN2]: 129,500 Law Firm: Kelley Drye

Class of 1998 [FN4]: 101,000 (5,000)

1997: 101,000 (5,000)
1996: 114,000 (13,000)

1995: 134,000 (27,000)
1994: 153,000 (37,000)
1993: 179,000 (51,000)
1992: 190,000 (55,000)

FN1. The bonuses listed in parentheses are included in total annual compensation.

FN2. Compensation for the classes of 1992 through 1997 was averaged to rank the firms.

FN3. Total compensation and supplemental bonus numbers for Sullivan & Cromwell, White & Case and Milbank Tweed include recently announced special bonuses.

FN4. Class of 1998 bonuses are generally pro-rated or not paid until the associate has been with the firm for a full calendar year.

FN5. At Simpson Thacher, associates may choose to have the firm contribute to a 401K retirement plan or take the payments as part of their salary. Most choose the salary option and those sums are included in the bonuses above.

FN6. LeBoeuf pays a 10 percent bonus to all associates billing 2,000 hours a year. Associates are eligible for an additional discretionary bonus of up to 25 percent of base salary.
11/

New York Law Journal
Volume 218, Number 34
Copyright 1997 by the New York Law Publishing Company

Monday, August 18, 1997

MORE WORK, MORE MONEY FOR NEW ASSOCIATES

By Edward A. Adams

WITH THE recruiting season under way at area law schools, New York's major firms say they cannot hire enough first-year associates, and it seems they cannot pay them too much either.
At the beginning of the summer, Cravath, Swaine & Moore was the only firm, among the city's 25 largest, paying first-year associates $91,000 (NYLJ, May 19). Since then, five more firms have announced they will guarantee that amount, and two others will pay $91,000 or more to those first-year associates who earn performance-based bonuses (See chart).
While major firms generally exhibit a pack mentality when it comes to first-year salaries, that does not mean they are happy about the increases. "We're wimps, no doubt about it," said a senior staffer at one firm that felt it had to match Cravath.
But firms have little choice if they want to be in the running for top graduates in what is shaping up to be the most competitive hiring season in a decade. Many firms say they want to hire more third-year law students who worked this summer for other firms, because their own summer associate programs were too small to satisfy their demand for fall 1998.
Columbia University School of Law's early interview week, which began on Wednesday, is 10 percent larger than last year, with about 13,000 interviews scheduled, said Ellen Wayne, assistant dean for placement.
New York University School of Law's early interview program gets under way today, with 13,768 interviews scheduled - about 1,000 more than last year, according to Irene Dorzback, director of career planning. The number of firms that will come to campus during the week rose from 285 last year, to 319 this year, she said.
Despite the seemingly insatiable appetite for new recruits, memories of the recession earlier this decade have made firms a little superstitious. At a lunch with recruiters last week, "someone called it a 'boom market,' and then everybody took a breath and wondered, 'Should we say that?'" Ms. Wayne recalled.

Perhaps no firm illustrates the return to the 1980s' money-centered culture more than Coudert Brothers. It had been paying first-year associates $85,000 and has never been considered a salary leader. But "we want to rectify that," said partner Darrell Prescott, who chairs the firm's associates committee.
Coudert Brothers has increased its pay to $91,000 because "we need the top people from the top schools, and more of them," said Mr. Prescott. While law students "look at many factors" when choosing a firm, "money is one part of the picture, and we think it can make a difference" in the firm's recruiting, he said.
First-year associates "used to have more of a honeymoon period," but with the mountains of work firms currently have, more and more first-year associates are handling "the volume of work that second-year associates carry," said Columbia's Ms. Wayne.

Some firms are beginning to alter compensation formulas to recognize those harsher economic realities, paying first-year associates based on the amount of time they bill or the quality of their work.

Dewey Ballantine increased its base salary to $88,000 from $86,000 this year, but will begin requiring first-year lawyers to work 2,000 hours to earn a $3,000 bonus.  Upper-level associates have the same requirement, said recruiting director Bill Davis.

LeBoeuf, Lamb, Greene & MacRae was the first major New York firm to take the incentive-pay approach, adopting a two-tier bonus system four years ago.  This year, first-year associates will earn a $90,000 salary, and will be paid a 5 percent bonus, or $4,500, if they work 2,000 hours or more.  In addition, they can earn up to $13,500 more, based on the quality of their work, for a maximum pay package of $108,000.

The incentive-based pay has helped the firm realize "enchanced productivity and quality," said William G. Primps, associates committee chair.

Even the New York office of Los Angeles's Latham & Watkins - where one first-year associate earned salary and bonus totaling $120,000 last year - is now requiring that associates work a predetermined number of hours to earn some of their bonuses.

The firm pays about $92,000 in base salary, including a $7,000 stipend the summer before students join the firm, so they can study for the bar without having to work.  If they put in 1,900 hours their first year - not difficult given the amount of work Latham and other firms have - they receive a $3,000 bonus, for total pay of $95,000.

On top of all that, the firm pays merit bonuses based on the firm's profit in a given year and the quality of an associate's performance.  Last year, bonuses for first-year associates ran as high as $30,000, and averaged $11,000, according to New York hiring attorney Robert F. Kennedy.

Even though most Latham associates earned total pay packages last year well above the market rate, the firm instituted the hours requirement to provide "people who are risk-averse, who might go to another firm, some assurance that they will earn over the market rate" at Latham, no matter what kind of year the firm has, said Mr. Kennedy.

The National Law Journal
Volume 21, Number 12
Copyright 1998 by the New York Law Publishing Company
The National Law Journal

Monday, November 16, 1998

ASSOCIATE SALARIES

NEW YORK PAY RISING

Anna Snider

WITH SOME SMALL differences, New York's largest law firms pay their associates similarly, and well.

The 1998 salary scales at the top firms do not follow each other in lockstep.  But at most firms, give or take a few thousand dollars, associates can expect to make at least $101,000 in their first year, $110,000 in year two, low to mid $130s in year three, mid $150s in year four, high $170s in year five and mid $190s in year six.

Since 1995, when the New York Law Journal last published an associate salary survey for all class levels, starting salaries have jumped about 17 percent; second-and third-year associate pay has risen 9 percent, and senior associates are earning an 5 percent more.  Salary leaders are Sullivan & Cromwell, White & Case L.L.P. and Milbank, Tweed, Hadley & McCloy, which set themselves apart in recent weeks by announcing "special" bonuses on top of normal bonuses, boosting pay well above the prevailing scale.

For Sullivan & Cromwell, the extra bonuses amount to $8,000 for the class of 1997.  White & Case is paying a special bonus of $10,000 per associate, and Milbank is giving at least $7,500 per associate, possibly more by year's end. But last year, a half dozen firms handed out "boom year" bonuses.  Even without counting the special bonuses, Sullivan & Cromwell's base salaries and traditional semiannual bonuses would still make it the highest-paying among the city's largest firms.

The National Law Journal
Volume 21, Number 4
Copyright 1998 by the New York Law Publishing Company
The National Law Journal

Monday, September 21, 1998

Sidebar:  News of the Profession

# SKY-HIGH SALARIES

## ASSOCIATES ENJOYING THE BOOM

Michael D. Goldhaber

THE LATEST SURVEY from the National Association for Law Placement confirms what many already knew:  Associate salaries are skyrocketing.

Nationwide, the median base salary for the first-year class of '98 is $72,500, up from $63,250 a year ago.  The most eye-popping rise, of course, was in New York, where the leading firms have cracked the six-digit barrier.  Newbies there are taking home $96,000, up $11,000 from last year. Manhattan first-years make more than eighth-years in Seattle, Portland, Ore., and Phoenix.  In fact, the typical big-firm New York first-year hauls in more money than half the eighth-years in the country.  New York first-years' median base pay this year at big firms-$99,000-is the same as the median aggregate pay of all eighth-years.  Lagging behind is Tallahassee, Fla., where first-years earn $48,000.

Perhaps the biggest winners are in San Francisco, with first-year pay of  $94,500, up from $76,000.  "California seems to be catching up to New York," said recruiter Kimberly Fullerton, of Major, Hagen & Africa.  She said Silicon Valley helps drive the trend, as graduates seek the booming markets and other regions feel the need to compete.

Some cities, such as Philadelphia, have not yet joined the party, noted Cathy Abelson, of Cathy Abelson Legal Search.  But it's only a matter of time, she said:  "Nationwide, we haven't yet seen the end of...salary hikes."

The Connecticut Law Tribune
Vol. 23, No. 29
Copyright 1997 by American Lawyer Media, ALM LLC

July 14, 1997

Special Issue: The Tribune 10

BETWEEN A ROCK AND A HARD PLACE

RED-HOT LEGAL MARKETS IN NEW YORK AND BOSTON BRING HIGHER
SALARIES, FAT RAISES
AND TEMPTATION FOR CONNECTICUT ASSOCIATES

Scott Brede

 Even the morning gridlock on Interstate 95 doesn't seem so bad when you're making an extra
$20,000 or more a year in the Big Apple.
 And, with associates' annual salaries skyrocketing at top New York City firms, that's the
temptation top associates here in Connecticut--especially those in
Fairfield County--are facing, perhaps more now than in recent memory.
 "It's a competitive threat to us," says William H. Narwold, managing partner of Stamford-based
Cummings & Lockwood, of the escalating amounts that New York firms are dangling in front of
bright associates.
 One former C&L associate now billing time at a Manhattan firm admits money-- namely, an
instant $23,000 annual pay raise--was a big reason for the switch.
 "You can't overlook it. You just can't," says the associate, who wishes to remain anonymous, of
that kind of salary hike.
 Narwold says New York firms have plucked five associates from Cummings & Lockwood's
Stamford and Greenwich offices in the last 12 to 14 months.
 For at least two of the five, the money factor "clearly influenced their decision," Narwold says.
". . . They were being offered numbers that were significantly greater than what we could ever
hope to offer them," he says.
 As for the other three, Narwold says he knows one of them was already living in New York--
paying higher taxes--and commuting to Stamford. He's not quite sure what motivated the
remaining two associates, he says.
 Except for the senior trusts and estates associate who was already living in New York, Narwold
says the defectors were all no more than three years out of law school. They also were all
corporate lawyers, he says.
 Corporate transaction work "is just so robust that [firms] are just desperate to hire good
corporate associates," Narwold adds. "Corporate associates are
very hot items right now."
 And, with the huge sums that New York firms are raking in, they clearly are in a position to
offer associates much larger salaries than his or any other Connecticut firm could, Narwold says.

Rapid Response

But that doesn't mean 154-attorney C&L is not responding to the situation. "We're looking at [the salary disparity] and recognizing that it's going to be a cost for us," Narwold says.

Effective July 1, the firm knocked the annual salaries for first-year associates in its Stamford and Greenwich offices up five grand to $65,000, he says. First-year associates in its Hartford and New Haven offices, he adds, will continue to be paid $60,000 a year.

Though he won't reveal what the salary increases are for the firm's other associate classes, Narwold says "as a practical matter [annual salaries] for the senior classes are going to go up by more than $5,000."

Cummings & Lockwood is also doubling the pool of money from which associates receive once-a-year merit bonuses, he says, without specifying the amount the firm spent handing out such bonuses before.

Despite the boost, C&L salaries still pale in comparison to what associates at big New York firms are currently getting due to a recent surge there in the market rates for young lawyers.

First-years at New York's Cravath, Swaine & Moore now take home a previously unheard of $91,000 a year, according to Laura S. Carrao, of Manhattan-based Carrao, Miller, Rush & Wiesenthal Legal Search Consultants Inc. (Cravath hiring partner Marc S. Rosenberg says the firm's first-years earn $85,000 a year and get another $6,000 after completing their first full calendar year.)

But generally the going rate at top-of-the-line New York firms for associates right out of law school is $87,000 to $88,000, Carrao says.

In some cases, associates at those same firms who are four years out of law school are probably making around $150,000, she estimates.

Brion A. Bickerton, of Boston-based Bickerton & Gordon Attorney Placement Consultants, says the salary range for fourth-year associates at Connecticut's largest firms is $65,000 to $72,000. Generally speaking, Connecticut big-firm associate salaries remain tightly compressed "all the way up to partnership," Bickerton says.

Money alone is not everything, says Carrao, adding that there are usually other factors, such as lifestyle issues, involved in an associate's decision to switch markets. But "at a certain point, if the salaries are that much higher in New York, it changes the picture. . . . It pays to commute to New York," she says.

Still, Carrao says the flow of Connecticut associates into the Big Apple hasn't risen noticeably since the New York firms upped their salaries. "I can't tell you that I'm seeing that problem yet," she says.

"I think that it takes a while" before New York salary increases impact Connecticut associates' career decisions, Carrao says.

New York firms have always paid better than Connecticut firms, and, Narwold says, it's not as if Cummings & Lockwood's associates came to the firm "not realizing" they could make more money if they worked in Manhattan.

But Narwold knows that New York headhunters are actively soliciting C&L's associates quite a bit, he says. Though maybe not at first, "at some point, [if you're an associate] you start to take a look" at those offers, he adds.

The Boston Connection

New York firms aren't the only ones applying pressure on its Connecticut competitors. Boston also has upped its associate salaries within the last year or so, putting the squeeze on Hartford firms to respond.

The going rate for entry-level associates at top Bean Town firms is between $71,000 and $78,000, says Alan R. Stone, a Boston-based attorney placement consultant. Fourth-year associates in Boston, he says, can make "at or above six figures."

"The salary gap [between Boston and Connecticut] is very apparent," Stone says.

Still like Carrao in New York, Stone says he hasn't seen a dramatic increase in the number of Connecticut associates jumping to Boston-based firms. "There's a certain lag effect as news filters though the ranks," he says.

But the salary disparity is "something to keep one's eyes on," Stone adds. "If you allow that perception [that Boston firms pay its associates substantially more than Connecticut firms] to endure, it will, at some point, have a tangible effect on the quality of applicants" seeking employment at the Connecticut outfits, he says.

Stone's message hasn't fallen on deaf ears. Large Hartford-based firms are beginning to awaken after a deep slumber when it comes to associate salaries, which, at least for first-years, were essentially frozen over the last couple years.

As of Jan. 1, starting salaries at Hartford-based Day, Berry & Howard--the state's largest firm at 220 lawyers--were bumped up a bit, according to its hiring partner, Thomas D. Goldberg.

With the increase, first-years in its Hartford office now earn $59,000 a year, first-years in its Stamford office earn $67,000 a year, and first-years in its Boston office earn $71,000, Goldberg says. Last year, the annual salaries for new associates at Day, Berry were: $58,000, $65,000 and $70,000, respectively,
at its Hartford, Stamford and Boston quarters, he says.

On top of the first-year salary hikes, Goldberg says pay raises have been divvied out "across the board" to the rest of the firm's associates. Day, Berry also made "some increase" to its associate bonus program, he says, declining to be more specific. Associates begin to be eligible for those bonuses once they start their fourth year at the firm, he notes.

No Fear?

Still, "it's not fair to say that we set our Stamford salaries on what New York [firms] are paying their associates," Goldberg insists. Nor are the recent raises a response to any fear the firm may have of losing associates to its New York or Boston competitors, he says.

Goldberg says he can recall only one such departure at Day Berry--a Hartford associate who left to work for a large Boston-based firm--in the last two or three years. "We've lost more [associates] to many other causes than that," he says, listing corporate in-house jobs, staying home to take care of young children and moves to other parts of the country, as other reasons why Day, Berry associates have left in the past.

In raising associates' salaries, the firm's goal, he says, is to "remain competitive" with other New England firms when it comes to recruiting new
lawyers.

Hartford-based Murtha, Cullina, Richter and Pinney is also raising starting annual salaries at the 68-lawyer firm from $57,000 to $59,000, as of Jan. 1, 1988, says its managing partner, Paul R.

McCary. The move is based on "our perception of the market and what it would take to continue to attract top-notch talent," McCary says.

George D. Royster Jr., managing partner at Hartford's 72-attorney Halloran & Sage, says the firm has no set first-year salary because it hires very few associates out of law school. The firm tends to hire experienced associates that cost less to train. Still, the firm is likely to institute a wage hike this year for all of its associates, he says, declining to guess as to what that wage hike might be.

"I don't really care that much what Boston and New York [firms] are doing," Royster says. "I care about what the major firms in Connecticut are doing."

Halloran & Sage associates who earn the "full bonus" under the firm's bonus plan are likely making "way over" what those "major firms are paying" their associates, Royster says. But he admits that it's "somewhat unusual" for associates at the firm to earn the full bonus. One-third to one-half of its associates earn "some bonus," he says. Royster, however, won't say how many associates there earn the full bonus amount.

New associates starting at Hartford's Hebb & Gitlin this fall will take home a base salary of $60,000--$1,000 more than they would if they started last year, says the firm's hiring partner Richard F. Casher. "We are not unmindful of what goes on in New York and what goes on in Boston," Casher says as an explanation for the increase.

Large Connecticut firms based outside of Hartford or Stamford also are taking notice of the larger Boston and New York salaries, at least as far as those salaries impact the going rate for associates at other Connecticut firms.

Thomas S. Marrion, New Haven-based Tyler Cooper & Alcorn's hiring partner, says the 63-lawyer firm is aware of the situation, but has yet to decide what it's going to pay associates who will start at the firm this fall. "We intend to stay competitive" is all Marrion will say when asked if the firm is likely to raise its $57,000-a-year salary for first-years.

But in the competition for good associates, Connecticut firms also have to square up against local branches of out-of-state firms, such as the Hartford outpost of Boston's Bingham, Dana & Gould, which offers its first-years an annual salary of $65,000, according to the National Association for Legal Placement's 1997 Directory of Legal Employers. Associates starting this year at the Stamford office of New York's Kelley Drye & Warren will earn a whopping $85,000 annual salary, according to the NALP directory. Both Bingham, Dana and Kelly Drye confirm the salary numbers.

Further adding to the "upward salary pressures" in Connecticut, says Stone, the Boston-based attorney placement consultant, are the salary amounts some firms in Connecticut are offering in-house lawyers to entice them back into private practice. Going after corporate attorneys, Stone adds, is increasing with the rising demand for experienced associates. But in-house lawyers-- accustomed to fairly lofty salaries, bonuses and stock options--aren't coming over cheap, he says.

Not Just Cash

Still, high salaries, though important, aren't the only way to get associates on board, and Connecticut firms have some things that New York and Boston firms don't--better partnership opportunities and more responsibilities for young lawyers, to name a few, says Day, Berry's Goldberg. (Day, Berry has made six new partners in the last four years.)

Also, a new associate at Cummings & Lockwood is "not going to get lost" like he or she could at a large New York firm that adds several dozen first-years each fall, says C&L's Narwold. "Every one of [Cummings' first-year associates] knows me," he says.

Stone, however, calls the belief that New York and Boston associates don't get as much responsibility early on as their Connecticut peers a "generalization," and says there are probably "100 Boston firms" that would line up to dispute that claim.

Bickerton, the other Boston-based attorney placement consultant, says it's certainly tougher to make partner at the top New York firms than it is at the top Connecticut firms. "But I don't think there's that much of a difference" between partnership opportunities at top Boston firms and those at top Connecticut firms, he says. "It's not nearly as tough to make [partner] in Boston as it is in New York at those top firms," Bickerton adds.

Also debatable is the difference between Connecticut, Boston and New York associates when it comes to the hours they are required to bill each year.

Associates in "the larger Hartford firms we perceive to be pretty much as hardworking as their Boston counterparts," says Stone.

Carrao, the New York attorney placement consultant, says she's also not sold on the belief that New York associates bill substantially more hours than their Connecticut peers. "I'm not sure that's very true. I think they're working very hard" at Connecticut firms as well, she says.

Narwold, however, disagrees. Of C&L's 80 to 90 associates, probably 15 of them bill more than 2,000 hours a year, he says. Most associates there, he adds, fall into the 1,800-to-1,900-billable-hours-a-year range.

"At any New York firm that I'm familiar with . . . I would say that number is between 2,300 and 2,500" billable hours a year, Narwold says.

Bickerton backs Narwold up. "On average, I think that would have to be true," he says of associates at top Boston and New York firms billing more hours than associates at the largest Connecticut firms.

Lesser billing requirements is "a factor why [an associate] might choose [to work in] Connecticut," says Goldberg, Day, Berry's hiring partner. "But it's not something I would stress" in making a pitch to an applicant, he says.

Eric D. Daniels, the hiring partner at Hartford-based Robinson & Cole, wouldn't either. "I'm not sure that kind of sales pitch attracts the kind of candidate you want," Daniels says.

He, however, agrees that better partnership opportunities are one advantage Connecticut firms have in recruiting battles with the Boston and New York mega-firms. Though tough, making partner in a large Connecticut firm is "still an attainable goal in this market," he says.

Connecticut firms' recruiting efforts, however, are hurt by the perception that "there's more going on" from an entertainment standpoint in New York and Boston, Daniels says. For certain associates, that matters, he adds, and media attention on such things as the departure of the Hartford Whalers professional hockey team "doesn't help."

Still, there are lots and lots of applicants who would take living in a suburb and having a more reasonable commute to work over big-city life any day, Daniels says.

Narwold agrees. But he recognizes that, for some law students, the higher salaries that firms in New York offer don't leave them much choice. "When you're coming out of law school and you've got substantial debt, you're looking to pay that off," he says.

Scott Brede's e-mail address is scott.brede@counsel.com.

# THE WALL STREET JOURNAL.

April 29, 1998 Wednesday

SECTION: Legal Beat; Pg. B1

LENGTH: 1039 words

HEADLINE: Rookie Lawyers See Pay Soar Above $100,000

BYLINE: By Frances A. McMorris, Staff Reporter of The Wall Street Journal

BODY:

Freshly minted associates at New York's prestigious law firms have hit a monetary milestone -- annual compensation exceeding $100,000 -- and that is making corporate clients nervous.

In recent months, the firms, flush with work on mergers and corporate finance, have been boosting starting pay by 10% or more to attract the best and brightest students graduating from law school this spring.

Willkie Farr & Gallagher, for instance, earlier this month announced a compensation package of $101,000, consisting of $96,000 in salary plus a $5,000 guaranteed bonus. That is up nearly 11% from $91,000 a year ago. "It's the competitive rate for a top firm," explains Thomas Cerabino, the firm's recruiting partner.

At Sullivan & Cromwell, new lawyers are paid salaries of $94,000 plus two bonuses that bring their compensation to $103,000. Cravath, Swaine & Moore is paying $88,000 in salary and $12,000 in bonus.

In corporate America, however, clients are starting to worry that increases in billing rates won't be far behind. "The law firms don't eat these costs," says William Lytton, general counsel of International Paper Co. in Purchase, N.Y. Although Mr. Lytton uses New York's Skadden, Arps, Slate, Meagher & Flom for its mergers-and-acquisitions work, his company is among those already trying to cut costs by using firms in other states. The quality is the same and they "charge a heck of a lot less than the New York firms," he says.

Keith Lembo, deputy general counsel at First Union Corp., the Charlotte, N.C., bank that has grown rapidly through acquisitions, says "there's always concern in the client community about escalating fees." If the big increases in pay result in big jumps in fees, First Union "would be prepared" to drop a top New York firm, he says. His company has used Sullivan & Cromwell for some acquisitions.

At Allegiance Healthcare Corp. in McGaw Park, Ill., Assistant General Counsel Sam Eberts adds that virtually all of the 100 law firms he uses around the country have proposed rate increases for 1998 in the 10% to 15% range, compared with increases just two years ago of 3% to 5%. He says he is negotiating with the firms to try and soften the blow.

The rookies' big payday comes as salaries and bonuses are rising for more experienced lawyers as well. With so many of this group jumping ship for corporate jobs or investment

banking, some firms are even offering recruiting bonuses of as much as $10,000 to staffers who help them hire experienced attorneys.

The overheated legal employment market is reminiscent of the 1980s, when Wall Street was also hot and salaries soared. By the late 1980s, first-year lawyers were earning $80,000, up from $41,000 in the early part of the decade. But in the early 1990s, when legal work dried up, some young lawyers lost their jobs and salaries stagnated.

As in the last boom, firms are so eager to sell themselves to law-school students that they are boosting salaries early in the year. This also benefits the current crop of first-year lawyers, who started last fall and are generally getting raises retroactive to January. This fall, they will get another raise and will be eligible for even larger bonuses paid out in good years to second-year associates.

Some firms are also expanding. For example, Milbank, Tweed, Hadley & McCloy, which just raised its first-year package to $94,000 in salary and a $6,000 bonus, has 70 more lawyers now than it did last year.

This time around, out-of-town firms with New York offices are joining the fray, putting even more pressure on pay scales. "Out-of-town salaries have also gone up and that's created a demand that the New York salaries go up," says Earle Yaffa, the managing director at Skadden Arps, where first-year associate compensation is now $101,000.

For instance, Dallas-based Akin, Gump, Strauss, Hauer & Feld is now paying first-year associates who work in New York $95,000 in salary and a $6,000 bonus for a total of $101,000, up 16% from a year ago. First-year associates in the New York office of Chicago-based Mayer, Brown & Platt, meanwhile, get a sign-on bonus of $9,500, plus base pay of $89,000 and a guaranteed year-end bonus of $5,000. Total compensation: $103,500.

California is a hot market too. At Los Angeles-based O'Melveny & Myers, the total package this year rose by 12% to $93,000 from $83,000 a year ago. And at Wilson Sonsini Goodrich & Rosati in Palo Alto, Calif., first-year compensation rose nearly 8% to $91,500, compared with a salary and bonus that totaled $85,000 a year ago. "We try to stay competitive with Silicon Valley and New York salaries to the extent that we can," said Kelly McHaffie, the firm's director of attorney recruiting.

Even Cleveland-based Jones, Day, Reavis & Pogue recently raised its firmwide starting salary for the first time in nearly a decade to $75,000 from $70,000. In recent years, the firm had been boosting salaries only for lawyers in the competitive New York, Chicago, Dallas, Los Angeles and Washington, D.C., markets, says the firm's recruiting chairman, Jim Hagy. This year, the base for first-year associates in New York also rose to a respectable $91,000.

But those princely sums come at a price. Associates are expected to sacrifice their weekends and toil well into the wee hours of the morning on mind-numbing assignments. In addition, today's associates often carry crushing student loans requiring monthly payments of $900 or more and, in New York, they must contend with sky-high rents.

The hours are no deterrent to Darryl Parson, 32 years old, who will head to the New York office of Latham & Watkins after he graduates from Columbia Law School. First-year associates there now are guaranteed $101,000 and can earn as much as $112,000 if they work extraordinary hours. "It's a lot of money but, if you consider the number of hours you put in, I think it's a fair level of compensation," Mr. Parson says.

Bradford Hildebrandt, a legal consultant in Somerset, N.J., warns that layoffs for young lawyers will be more severe than those of the early 1990s because firms won't be able to cover the higher costs when work slows down. "There's a predictable market reaction," he says. "You push up the numbers, you push up the costs, the clients push back."

The New York Times

August 14, 1997, Thursday, Late Edition - Final

**SECTION:** Section B; Page 1; Column 2; Metropolitan Desk

**LENGTH:** 1429 words

**HEADLINE:** Summer at the Firm: Party Hearty;
But No 80's Excess at Law Students' Summer Programs

**BYLINE:**  By LISA W. FODERARO

**BODY:**
The other night at the Pull Cart, a ceramic studio in a Manhattan loft, dozens of men and women in their 20's were staring intently at unpainted pottery bowls, cups and saucers. Paintbrushes poised, they deliberated. Stripe versus swirl? Cornflower blue versus heather green?

This was not an art therapy class, but a gathering of some of the country's best and brightest law students. This summer they have been working at Debevoise & Plimpton, which has been host to many such outings for its "summers," as the students are known, hoping to make a lasting impression.

"If the summer program isn't enough like summer camp already," said Bruce E. Yannett, a Debevoise partner, "we wanted to be able to send a bowl home to their mothers."

Not since the high-rolling days of the late 1980's have New York's corporate law firms wooed the top law students so assiduously. The economy is surging, lawyers are doing very nicely, thank you, and firms are eager for these students to return after graduation to take up full-time entry-level positions. By some estimates, a firm can spend more than $250,000 to entertain its summer associates.

But though the courtship is now as ardent as a decade ago, the courting style has changed. Deliberately putting some distance between themselves and a tarnished decade that has become synonymous with conspicuous consumption, many New York law firms this summer have adopted an approach that is more, well, down home.

Of course, the de rigueur cocktail parties at places like Windows on the World and boat cruises around the Statue of Liberty by moonlight continue apace. But the emphasis has shifted to folksier, more intimate activities like canoe trips, walking tours, Shakespeare in the Park, softball games and pottery-painting parties.

The paradox for the summer class of '97 is that because many of the students are so swamped with work, they cannot always break away for the events and parties in their honor. It is not unusual for a firm to pack as many as two dozen activities into a summer to introduce summer associates to partners and associates.

"There are days when it's too much," said one law student at a prominent midtown firm who asked that her name not be used. "There was one week when I had a lot of work and I got sick. All my projects were hitting, and there were three serious events, and I was exhausted from all the running back and forth."

One tradition that was nipped during the recession but has since bounced back is the lavish lunch. Make that plural. In nine weeks, Amanda Perez, a Yale Law School student working at Simpson, Thacher & Bartlett, has dined at the summit of Manhattan's restaurant scene: Nobu, Gramercy Tavern, La Grenouille (twice), Aureole, Le Cirque 2000, Four Seasons and Restaurant Daniel.

"It was mind boggling," said Ms. Perez, one of 68 summer associates at Simpson, Thacher. "During the school year, I eat spaghetti and canned soup and cereal. Suddenly, you're eating in these tremendous restaurants you could never dream of eating in on your own."

During the on-campus interview process, firms boast about the whirlwind of events for their summer associates. But while the extracurricular activities do not appear to make or break a student's decision about a summer job, they certainly put a thumb on the scale.

"I chose this firm because I thought they did the type of work that I wanted to do," said Marcia Bruggeman, a University of Michigan law student who accepted a summer position with Milbank, Tweed, Hadley & McCloy after considering 11 other offers. "But I definitely realized when I was interviewing that this is a firm that will really show you a good time."

Gone, however, are the nights on the town that Simpson, Thacher and a few other firms used to bestow on their interns during the 1980's. The nights were nearly blank-check outings for each summer associate and a guest, allowing them to charge to the firm, say, dinner at Lutece, the opera and dancing at nightclubs like M.K. or Nell's. Firms have also cut back on the opulent bashes at Tavern on the Green or the Guggenheim Museum that used to punctuate the summer.

Instead, many of this summer's activities and social events seem intended to tap into a distinctly 1990's Zeitgeist.

The pottery-painting event, and a canoe trip down the Housatonic River, were hits among the 53 associates at Debevoise & Plimpton. Simpson, Thacher scored with a party at the Central Park Zoo, also attended by lawyers' children. Fried, Frank, Harris, Shriver & Jacobson, with 45 summer associates, offered a white-water rafting trip on the Delaware. Weil, Gotshal & Manges had a bowling party and a private viewing of the Keith Haring exhibition at the Whitney for its 58 summer associates.

And intimate dinners in partners' homes and smaller parties given by a single division of a firm have overtaken the firmwide 80's bashes.

It may seem odd that these young lawyers-to-be are romanced and coddled to such an extent. After all, the summer money alone should be enough to satisfy any 23-year-old: their base salary this year is the equivalent of $87,000 a year, about $1,675 a week. The future holds even more allure. The top law school graduates joining the top New York firms can earn, with bonuses, more than $90,000 a year.

But while a summer associate job is brushed with good-time glamour, a full-time associate turns into the grunt of the firm, often working 80-hour weeks on the most eye-glazing details of a deal or piece of litigation. So in a law students' market like this, with firms desperate to increase staff levels to keep up with the flood of work, firms must sell the summer associates not only on their brand of corporate law but also on the character of the firm, and on New York City.

"I don't think the recruiting intensity has ever been as high as it is right now in New York,"

said Mel M. Immergut, the chairman of Milbank, Tweed, who has given the obligatory cruise a personal touch by taking summer associates out on his 48-foot power boat.

Simpson, Thacher now offers a modified night on the town. A full-time associate will invite a summer associate and a guest for, perhaps, dinner and a Broadway show. "We scaled back on the dream nights in the early 1990's and never added them back," said Mark G. Cunha, a partner who oversees the summer associates program at Simpson, Thacher. "People thought it was too much, that it was a little over the top."

During the recession, many corporate firms lost money because merger and acquisition deals and major construction projects fell off. Some firms laid off lawyers; others went belly up. Now that they are raking in profits and expanding, they are doing all they can to avoid excess, or at least the appearance of it.

The low-key approach toward selling themselves seems to resonate with the summer associates of the 90's. While the dream nights of the 80's must have been exciting, said David Ellis, a 25-year-old summer associate at Debevoise, "You reach a point where it becomes wasteful."

A student at New York University Law School, Mr. Ellis said gatherings like the pottery-painting event, enhanced by red wine and Cole Porter CD's, allowed summer associates to meet the firm's lawyers in a relaxed setting. Of the earlier canoe trip, he reflected: "You'd be dunked into the river along with a partner, which is a rather different experience than what you see in the day-to-day life of the firm."

The low-key events are a welcome respite from the pressured atmosphere at work. Summer associates, who during the recession functioned almost as paralegals, are fielding assignments typical of a first- or second-year associate. They are working well past midnight. Some have been sent abroad for weeks to bolster branch offices overwhelmed by international deals.

Tim Wei, a Milbank, Tweed summer associate who spent a month in Hong Kong for the firm, has worked 70- to 85-hour weeks. "There was not a lot of time or energy to go out after work," he said. He did finally blow off steam during the firm's all-day outing at the Scarsdale Golf Club.

Perhaps the work load has saved the summer associates from any illusions that life in the capital of corporate law is one endless picnic. "This is about recruiting," said Alexandra Lahav, a Harvard law student at Debevoise & Plimpton this summer.

"They're doing their best to make us want to work for them. I know of a partner who stayed up all night for three nights. Everyone's aware of what's going on. We're lawyers, after all."

Well, almost.

.