## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CINDY SLANE,    Plaintiff, | : : : : | CIVIL ACTION NO.3:02 CV 00821 (AWT) |
| v. | : : | |
| QUINNIPIAC UNIVERSITY SCHOOL OF LAW    Defendant. | : : : : | October 2, 2007 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

**THE PLAINTIFF,**  
Cindy Slane

**THE DEFENDANT,**  
Quinnipiac University School of Law

By: _____/s/_____  
 Gregg D. Adler ct05698  
 Livingston, Adler, Pulda, Meiklejohn  
  & Kelly, P.C.  
 557 Prospect Avenue  
 Hartford, CT 06105-2922  
 (860) 233-9821

By: _____/s/_____  
 Lawrence Peikes ct07913  
 Wiggin & Dana  
 400 Atlantic Street, 7th Floor  
 P.O. Box 110325  
 Stamford, CT 06911-0325  
 (203) 363-7609